## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Diocese of Alexandria** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-0491102** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**410 Second St.**<br>**Winnsboro, LA 71295**<br><sub>Number, Street, City, State & ZIP Code</sub><br><br>**Franklin**<br><sub>County</sub> | **Mailing address, if different from principal place of business**<br><br>**4400 Coliseum Blvd.**<br>**Alexandria, LA 71303**<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub><br><br>**Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.diocesealex.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8661

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**      *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 31, 2025**
             MM / DD / YYYY

**X** **/s/ David Brook**                          **David Brook**
    Signature of authorized representative of debtor    Printed name

Title   **CFO**

**18. Signature of attorney**

**X** **/s/ Bradley L. Drell**                     Date   **October 31, 2025**
    Signature of attorney for debtor                      MM / DD / YYYY

**Bradley L. Drell 24387**
Printed name

**Gold, Weems, Bruser, Sues & Rundell**
Firm name

**POB 6118**
**Alexandria, LA 71307-6118**
Number, Street, City, State & ZIP Code

Contact phone   **(318)445-6471**      Email address   _____

**24387 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Diocese of Alexandria**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 31, 2025**          X **/s/ David Brook**
_____          _____
                                         Signature of individual signing on behalf of debtor

                                         **David Brook**
                                         _____
                                         Printed name

                                         **CFO**
                                         _____
                                         Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Diocese of Alexandria** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T 6503 Coliseum Blvd. Suite B Alexandria, LA 71303 | | Chancery, 4400 Coliseum Blvd; Landline phones | | | | $360.72 |
| Atmos Energy 4323 Hwy. 28 East Pineville, LA 71360 | | Parsonage, 601 Maryhill Road/Gas | | | | $58.21 |
| Atmos Energy 4323 Hwy. 28 East Pineville, LA 71360 | | Maryhill /Electricity | | | | $1,257.21 |
| City of Alexandria 625 Murray Street Alexandria, LA 71301 | | Chancery, 4400 Coliseum Blvd; Gas/Electric/Water /Sewer | | | | $2,943.40 |
| City of Alexandria 625 Murray St. Alexandria, LA 71301 | | 2 Parsonages: 2211 Marye Street $389.93 340 Park Place $340.51 | | | | $730.44 |
| City of Alexandria 625 Murray St. Alexandria, LA 71301 | | Bishop's residence - 2038 Albert Street Gas/Electric/Sanit ation/Water/Sewer | | | | $136.96 |
| City of Pineville 405 Sanders St. POB 3820 Pineville, LA 71361 | | Maryhill Sewer | | | | $62.85 |
| City of Pineville 405 Sanders St. POB 3820 Pineville, LA 71361 | | Maryhill/Sewer | | | | $398.40 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CLECO 2030 Donahue Ferry Road POB 5000 Pineville, LA 71361** | | **Parsonage, 601 Maryhill Road/Electricity** | | | | **$185.93** |
| **CLECO 2030 Donahue Ferry Road POB 5000 Pineville, LA 71361** | | **Maryhill/Electricity** | | | | **$7,518.85** |
| **Diocese of Alexandria Priest Ret 4400 Coliseum Blvd Alexandria, LA 71301** | | **Health Insurance and Burial Benefits (per audit report).** | | | | **$7,158,595.00** |
| **Franciscan U of Steubenville c/o Dawn de Fallo 114 Brady Circle East Steubenville, OH 43952** | | **Estimated amount to be billed.** | **Unliquidated** | | | **$10,000.00** |
| **Kinetix 400 Murray Street Alexandria, LA 71301** | | **Chancery, 4400 Coliseum Blvd/Internet** | | | | **$5,219.90** |
| **Optimum 1418 MacArthur Dr. Alexandria, LA 71301** | | **Parsonage, 601 Maryhill Road Cable/Internet** | | | | **$301.63** |
| **Optimum 1418 MacArthur Dr. Alexandria, LA 71301** | | **Maryhill/Internet** | | | | **$498.84** |
| **Optimum 1418 MacArthur Dr. Alexandria, LA 71301** | | **Bishop's residence - 2038 Albert Street Cable/Internet** | | | | **$372.03** |
| **Sabine State Bank 297 Elizabeth St. Many, LA 71449** | | **Guarantee of Loan to Menard Central High School** | | | | **$626,276.61** |
| **Waste Connections Alexandria 1515 England Drive Alexandria, LA 71303** | | **Maryhill/Sanitation** | | | | **$1,116.06** |
| **Waste Connections Alexandria 1515 England Drive Alexandria, LA 71303-4109** | | **Chancery, 4400 Coliseum Blvd/Sanitation** | | | | **$614.33** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waterworks District No. 3 1306 3rd Street POB 580 Tioga, LA 71477-0580** | | **Maryhill/Water** | | | | **$606.49** |

Debtor name   **Diocese of Alexandria**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.............................................     $    **4,736,598.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................     $    **11,930,813.53**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................     $    **16,667,411.53**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................     $    **1,650,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................     $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **7,817,288.06**

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b       $    **9,467,288.06**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IN RE:              CASE NO. 25-_____

  **DIOCESE OF ALEXANDRIA**

    **DEBTOR[1]**          **CHAPTER 11**

## GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Contemporaneously herewith, the Diocese of Alexandria (the "Debtor" or the "Diocese"), as debtor-in-possession, is filing its Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statement of Financial Affairs (collectively with attachments, the "Statement," and together with the Schedules, the "Schedules and Statement"), which were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Schedules and Statement were prepared by management of the Debtor, with the assistance of the Debtor's advisors, and are unaudited.

These *Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statement, and should be referred to and considered in connection with any review of the Schedules and Statement.

The Schedules and Statement have been signed by David Brook, Chief Financial Officer of the Diocese. In reviewing and signing the Schedules and Statement, Mr. Brook necessarily relied

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

1

upon the efforts, statements, and representations of the Debtor's other personnel and advisors. Mr. Brook has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

While the Debtor's management has made reasonable efforts to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtor may discover subsequent information that requires material changes to the Schedules and Statement. Because the Schedules and Statement contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statement are complete. The Debtor and its officers, directors, agents, attorneys, financial advisors, and restructuring advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statement and shall not be liable for any loss or injury arising out of, or causes in whole or in part by, the acts, errors, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statement.

For the avoidance of doubt, the Debtor and its agents, attorneys, financial advisors, and restructuring advisors hereby reserves all of its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate, but expressly do not undertake any obligation to update, supplement, modify, revise, or re-categorize the information provided in the Schedules and Statement or to notify any third party should the information be updated, supplemented, modified, revised, or re-categorized, except as required by applicable law or an order of the Bankruptcy

2

Court. These Global Notes are in addition to any specific notes contained in the Debtor's Schedules or Statement.

Disclosure of information in one or more Schedules, the Statement, or one or more exhibits or attachments to the Schedules or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

## Global Notes and Overview of Methodology

### 1. Description of Case

On October 31, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Louisiana (the "Bankruptcy Court"). The Debtor continues to operate its affairs and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed. No committee has been appointed as of the date of filing these Schedules and Statement.

### 2. "As Of" Information Date

Asset values presented herein represent the asset information of the Debtor at net book value as of June 30, 2025, the end of the fiscal year preceding the filing of this chapter 11 case, unless otherwise indicated (for example, cash balances are stated as of August 31, 2025). As of the Petition Date, the Debtor's fiscal year-end accounting close process was still in progress and potential material forthcoming accounting entries and adjustments are not reflected in the Schedules and Statement. Any amounts ultimately realized from the Debtor's assets may vary from the amounts listed in the Schedules and Statement and such variance may be material. Liability information presented herein, except as expressly noted otherwise, represents the outstanding value as of June 30, 2025. In addition, the amounts shown for total liabilities exclude items

3

identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," are included herein as $0.00 values and, thus, ultimate liabilities may differ materially from those amounts now specifically stated in the Schedules and Statement.

## 3. General Reservation of Rights

As set forth above, reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions, as well as discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statement. The listing of a claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, by the Debtor, and the Debtor reserves all rights with respect to any and all claims. Any failure to designate a claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this chapter 11 case, including without limitation, issues involving or defenses against claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

## 4. Basis of Presentation

Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements. The information presented has been reported in these forms in the good faith belief the information provided is responsive and accurate. The Schedules and Statement have not, however, been subject to procedures that would typically be

4

applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP. Moreover, given, among other things, the uncertainty surrounding the valuation, collection, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

**5. Canonical and Civil References**

As described in the *Declaration of Deacon Richard Mitchell Regarding the Debtor's History, Charitable Mission, and Purpose in Seeking Chapter 11 Relief*, the term "diocese" is a part of the legal name of the Debtor in its capacity as a civil entity organized under Louisiana state law. It is also a canonical term to describe the ecclesiastical nature of the organization. The term "Diocese" is used to refer to the Debtor as a legally incorporated entity, while the term "diocese" is employed in the canonical context, although capitalization is retained for the canonical names of individual diocese as proper nouns (e.g., the "Diocese of Shreveport" or "Diocese of Baton Rouge"). Similarly, the terms "parish" and "school" have both civil and canonical meanings that may be distinguished depending on the context in which they are used in the Schedules and Statement.

**6. Restricted Funds; Funds Held by Foundations; Property Held for Others**

**Because the official forms of the Schedules do not distinguish if an asset is unavailable to satisfy creditor claims, the Debtor had endeavored in these Global Notes and the accompanying Statement, wherever possible, to highlight property that would not be**

5

**available for distribution to the Debtor's creditors as a result of (1) the Debtor holding or administering the property on behalf of others; (2) the Debtor holding the property subject to donor restrictions, trusts, or other legal limitations limiting their use to specific purposes; and (3) certain funds held by foundations for the benefit of various ministries and purposes within the Diocese (collectively, "<u>Property Held for Others</u>"). The Property Held for Others is not property of the bankruptcy estate within the meaning of section 541 of the Bankruptcy Code.** The Debtor determined that the best way to account for Property Held for Others while at the same time providing meaningful disclosure, is to report Property Held for Others in response to Question 21 of the Statement as assets held for another.  The Debtor believes disclosure on the Statement, rather than on Schedule A/B, is more appropriate given that the funds are not property of the estate and would therefore result in a significant overstatement of assets available for distribution to creditors.  Moreover, while the Debtor has endeavored to bifurcate Property Held for Others in the Schedules and Statement, the review of the ongoing review of the Debtor's records may identify additional restrictions.  Therefore, the failure to include identify an asset as restricted and/or to use specific language in the description of the asset, *e.g.*, "restricted," in trust, etc., does not constitute an admission by the Debtor that such an asset is available to satisfy creditor claims. The inclusion of such funds in the Schedules and Statement is for informational purposes only and does not constitute an admission that such funds are property of the estate or are available for distribution to general unsecured creditors. The Debtor expressly reserves all rights with respect to the proper characterization and treatment of all restricted funds, trust funds, and funds held by foundations.

**7. Historical Records Destruction**

**A fire occurred in the Diocesan administrative offices on November 30, 1998, which resulted in the destruction of certain paper records, including but not limited to historical financial records, insurance policies, and other documents.** As a result of this loss of records, certain historical information that would otherwise be available for inclusion in the Schedules and Statement may be incomplete or unavailable. The Debtor has made reasonable efforts to reconstruct historical information where possible but cannot guarantee the completeness of such reconstructed records.

**8. Insurance Information**

**The Debtor retained an insurance archeologist to assist in the identification and reconstruction of historical insurance coverage information.** Despite these efforts, the insurance information contained in the Schedules represents the best available information but may not be complete. **The Debtor does not assert or warrant that the insurance records contained in the Schedules are necessarily complete.** The inclusion or exclusion of any insurance policy in the Schedules does not constitute an admission regarding the existence, validity, or coverage of any such policy.

**9. Executory Contracts and Canon Law**

**The executory contracts listed in Schedule G include only those contracts and agreements that are governed by civil law. The Diocese has numerous obligations arising under Canon Law, including but not limited to obligations to and from parishes, schools, clergy, religious orders, and various ecclesiastical entities. Such canonical obligations are not enforceable in bankruptcy pursuant to the Religious Freedom Restoration Act and the First Amendment to the United States Constitution and therefore are not listed as executory**

7

**contracts.** The exclusion of canonical obligations from Schedule G does not indicate that the Diocese disclaims such obligations as a matter of Canon Law; rather, it reflects the jurisdictional limitations of the Bankruptcy Court.

## 10. Causes of Action

Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statement. The Debtor reserves all rights with respect to any claims and causes of action it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims or causes of action.

## 11. Setoffs

The Debtor incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, returns, refunds, warranties, and other disputes between the Debtor and its creditors. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, to the extent the Debtor has not done so, the Debtor reserves all rights to assert and pursue all setoffs and similar rights.

## 12. Classifications

Listing a claim on Schedule D as "secured," on Schedule E/F as "priority," as "unsecured," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts.

**13. Liabilities**

The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change.

**14. Estimates**

To prepare and file the Schedules and Statement in accordance with the deadline established in this chapter 11 case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

**15. Currency**

Except as otherwise specified, all amounts are reflected in U.S. dollars.

**16. Totals**

All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different from the listed total.

**17. Claim Amounts**

The Debtor has submitted what in its good faith efforts it has determined are the correct amounts for each claim. Claim amounts that could not be quantified by the Debtor are scheduled as "unliquidated." The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

9

**18. Credits and Adjustments**

The claims of individual creditors for, among other things, goods, products or services are listed as amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances and other adjustments.

**19. Protected Information**

Where applicable, the Debtor has redacted the Schedules and Statement to remove personally identifiable information and any other information that could reasonably be used to identify (a) individuals who allege that the Diocese or persons affiliated with the Diocese are liable for his or her injuries arising from abuse, (b) individuals accused of abuse whose identities have not been disclosed publicly through the Debtor's list of accused maintained on its website, and (c) current and former employees, workers' compensation claimants, and minors (the "Protected Information") in accordance with the confidentiality procedures being sought by the Debtor.[2] The Debtor is filing redacted versions of the Schedules and Statement on the public docket and, subject to the entry of an order approving the Confidentiality Protocol, will file unredacted copies under seal and deliver such copies to the Clerk.

**20. Insiders**

In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such

---

[2] *See Debtor's Expedited Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures*, filed contemporaneously herewith. The procedures set forth therein are referred to as the "Confidentiality Protocol."

10

capacities. The individuals identified as "insiders" have been included for informational purposes only. The Debtor does not take any position and reserves all rights with respect to: (i) such person's influence over and/or ability to control the Debtor; (ii) the management responsibilities or functions of such individual; (iii) the decision making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" is not an acknowledgment or concession that such party is an "insider" under applicable bankruptcy law.

### 21. Global Notes Control

In the event that the Schedules and Statement differ from the Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtor's Schedules**</u>

### Schedule A/B

a. **Part 1: Cash and Cash Equivalents.** Amounts reflect the actual amounts in the respective accounts as of August 31, 2025 and may vary from the amounts currently reflected in the Debtor's books and records. The Debtor's cash and cash equivalents include amounts held in various accounts, some of which are restricted for specific purposes pursuant to donor restrictions, trust agreements, or other legal requirements. Funds held for specific ministries, parishes, schools, or other designated purposes, including but not limited to Property Held for Others, are included for informational purposes but may not constitute property of the estate.

b. **Part 3: Accounts Receivable.** Debtor's accounts receivable is presented net of doubtful accounts. The Debtor's accounts receivable balances exclude amounts it treats as

receivable from parishes and schools on account of Cathedraticum assessments. Because parishes and schools are not obligated to pay under applicable law, the Debtor does not have a vested property interest in such receivable amounts. Listing of any amounts with respect to such receivables is not and should not be construed as an admission as to the validity of such receivables.

c. **Part 9: Real Property.** For the Debtor's owned properties, certain real estate, including the Diocese of Alexandria Office Property and Maryhill Renewal Center, have been appraised by Hilco Real Estate Appraisal, LLC, with appraisals dated October 25, 2024 and December 9, 2024, respectively. For the Debtor's other owned real estate for which appraisals were not available, values have been based on the net book values. However, in cases where the net book value does not accurately reflect the current market value, estimates have been derived from general market research or, if the property was recently acquired, from the actual acquisition cost. Church properties are generally owned by individual parishes and are therefore not included, except for those churches specifically listed.

d. **Part 10: Intangibles and Intellectual Property.** Because the Debtor does not attribute value to its donor, parishioner, or other similar lists, and due to the Debtor's duty of confidentiality to those persons identified on such lists, they have not been disclosed or listed as intellectual property.

e. **Part 11: All Other Assets.** Beneficial interests in funds held by foundations are listed at their reported values. These interests may be subject to restrictions on use and distribution pursuant to the governing documents of such foundations and applicable law. While the

12

entire balance is listed, the Debtor's right to these funds is limited by restrictions on distributions imposed by the applicable trust documents.

**Schedule D**

f. **Part 1: Secured Claims.** Prior to the Petition Date, the Debtor entered into a loan agreement with Southern Heritage Bank, with the underlying debt secured by a certificate of deposit. The secured value listed in the Schedule reflects the value of the certificate of deposit listed in these Schedules. The Debtor reserves all rights to dispute the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor.

**Schedule E/F**

g. **Part 1: Priority Unsecured Claims.** Filed contemporaneously herewith is the *Debtor's Expedited Motion for an Order Authorizing the Debtor to Pay Wages and Benefits to its Personnel and to Satisfy Related Obligations*, through which the Debtor seeks authority, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code, including, but not limited to, prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and similar benefits. To the extent such Claims have been paid or may be paid pursuant to further Court order, they may not be included on Part 1 of Schedule E/F. The Debtor has also redacted the Protected Information disclosed in relation to these Claims in accordance with the Confidentiality Protocol. Subject to the entry of an order approving the Confidentiality Protocol, the Debtor will file unredacted copies under seal with the Court and will deliver such copies to the Clerk.

13

h.  **Part 2: Nonpriority Unsecured Claims.** Pursuant to the Confidentiality Protocol, the Debtor has, if applicable, redacted Protected Information pertaining to nonpriority unsecured claimants. Subject to the entry of an order approving the Confidentiality Protocol, unredacted copies will be filed under seal and delivered to the Clerk. The Debtor has not listed certain potential claimants, including but not limited to tort claimants whose claims may be unknown or unliquidated as of the filing date. Certain parties, including but not limited to, parishes, other Dioceses, Religious Orders, and similar entities, may assert contribution, indemnity or similar claims against the Debtor related to abuse and are therefore included in Schedule F. The Debtor reserves all rights to dispute the priority status of any claim listed on Schedule E/F.

**Schedule G**

i.  **Part 2: Executory Contracts and Unexpired Leases.** As noted above, Schedule G includes only contracts governed by civil law and excludes canonical obligations. The Debtor participates in the Louisiana Catholic Workers' Compensation Pool, which is administered as a Self-Insurance Fund pursuant to the Louisiana Insurance Code. The inclusion of the Workers' Compensation Program or any contract or lease on Schedule G is not an admission by the Debtor as to the executory nature or enforceability of such arrangement, nor does it constitute a waiver of any rights with respect thereto. With respect to the School Lunch Program, the funds associated with this program are government-restricted grant funds. As such, these while the executory contract is listed in Schedule G, any funds related to the property are not available for general estate purposes, are therefore not included in Debtor's Schedules A/B, and are instead listed in the Statement.

**Schedule H**

14

**j. Part 1: Codebtors.** In certain instances, other defendants, including but not limited to parishes, other Dioceses, Religious Orders, and similar entities have been named in pending or threatened litigation. Because the Debtor has limited information related to the claims asserted, the Debtor has included out of an abundance of caution a broad list of parishes, Dioceses, and Religious Order that, to the best of the Debtor's knowledge operated with or had some connection with the Diocese regardless of whether such entity has been named in a particular lawsuit or demand.

### Specific Disclosures with Respect to the Debtor's Statement

**a. Statement 1: Gross Revenue from Business.** The figures for fiscal years ending June 30, 2023 and June 30, 2024 are from audited financial statements. The figures for the year ending June 30, 2025 is unaudited and subject to revision.

**b. Statement 3: Certain Payments or Transfers to Creditors Within 90 Days Before Filing the Case.** Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (which payments appear in Statement 4), for gifts or charitable contributions (which payments appear in Statement 9), bankruptcy professionals (which payments appear in Statement 11) and employees.

**c. Statement 7: Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, or Governmental Audits.** Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date and known by the Debtor. At least one Claim listed was dismissed without prejudice as to the Debtor within the two-year period preceding the Petition Date. As discussed above, (*see* Global Notes and Overview of Methodology, ¶ 19), the Debtor has redacted Protected Information in response to this

15

question in accordance with the Confidentiality Protocol. Additionally, The Debtor acknowledges that it may be unaware of certain pending legal disputes or administrative proceedings due to lack of notice.

**d. Statement 17: Retirement Plans Made Available by the Debtor.** The Diocese of Alexandria Priest Retirement Trust is a defined benefit pension plan governed by the 1983 Code of Canon Law and local Canon Law.[3] The Diocesan Law Employee Retirement Plan is governed by local Canon Law and Section 403(b)(9) of the Internal Revenue Code.

**e. Statement 21: Property Held for Another.** The Debtor maintains a segregated account into which funds from the Louisiana Department of Education and payments by students are placed to provide school lunches at Catholic schools in the Diocese. The School Lunch program has its own taxpayer ID and files separate employment tax returns. The School Lunch program's financials have never been reported on the Diocesan financial reports and are therefore not reported in these Schedules and Statement.

---

[3] *See* https://www.diocesealex.org/wp-content/uploads/2023/06/Current-Diocesan-Policy-6-8-2023.pdf at p. 45, Part 7.

16

| Fill in this information to identify the case: |
| --- |

Debtor name **Diocese of Alexandria**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | $150.00 |
| 2. **Cash on hand** | $200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Red River Bank** | **CASH-OPERATING Unrestricted** | | $258,031.01 |
| 3.2. | **Red River Bank** | **CASH-EFT Unrestricted** | 1641 | $240,705.03 |
| 3.3. | **Red River Bank** | **CASH-SAVINGS Unrestricted** | 1666 | $5,620.57 |
| 3.4. | **Ameriprise Account (Listed as LPL on financials)** | **CASH Unrestricted** | | $1,702,818.38 |
| 3.5. | **Catholic Mutual** | **CASH-CLAIMS Unrestricted** | | $15,000.00 |

| | | | |
|---|---|---|---|
| 3.6. | Southern Heritage Bank | Money Market Account | 2033 | $2,755,974.00 |
| 3.7. | Southern Heritage Bank | Certificate of Deposit | 0411 | $1,835,000.00 |
| 3.8. | Southern Heritage Bank | Certificate of Deposit | 0512 | $2,614,012.73 |
| 3.9. | Ouachita Bank | Investment-Ouachita Bank Unrestricted | | $450.00 |
| 3.10. | Southern Heritage Bank | Checking | 1266 | $339,394.89 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

$9,767,356.61

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:　　914,872.66　　-　　396,936.33　　= ....　　$517,936.33
　　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.    **Total of Part 3.**

$517,936.33

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment - See attached Depreciation Schedule. | **$5,667.00** | **Liquidation** | **$5,667.00** |
| Misc. funishings and equipment - see attached Depreciation Schedule.  Book Value. | **$97,396.07** | **N/A** | **$119,955.38** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.
          **$125,622.38**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.1. | **Various vehicles and motorized equipment - see attached Depreciation Schedule.  Book Value** | $33,942.57 | N/A | | $33,992.57 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |---|
    | $33,992.57 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2038 Albert Street, Alexandria, LA** | Ownership | $184,380.00 | Recent cost | $219,000.00 |
| 55.2. **2211 Marye St., Alexandria, LA** | Ownership | $246,000.00 | Recent cost | $246,000.00 |
| 55.3. **209 Georgetown Dr., Alexandria, LA** | Ownership | $126,000.00 | | $126,000.00 |
| 55.4. **601 Maryhill Rd., Pineville, LA (Lots 22 and 23 of North Park Subdivision)** | Ownership | $200,000.00 | Recent cost | $200,000.00 |

| | | | | |
|---|---|---|---|---|
| 55.5. **340 Park Place Dr., Alexandria, LA** | Ownership | $245,000.00 | Recent cost | $259,300.00 |
| 55.6. **Property adjacent to St. Francis Xavier Cathedral (Fourth Street, Alexandria, LA) - subject to perpetual predial servitude in favor of The Congregation of St. Francis Xavier Cathedral Roman Catholic Church of the Parish of Rapides, Louisiana, a non-profit religious corporation.** | ownership subject to perpetual servitude | $0.00 | | $0.00 |
| 55.7. **2 acres on Highway 112, Rapides Parish, LA (in curve of the road) near Lecompte LA; no road access due to ditch; old abandoned cemetery.** | Ownership | Unknown | | $4,000.00 |
| 55.8. **2.06 acres in Rapides Parish, LA, Tax Parcel ID 39-29-83176-7*** St. Jude in Sieper (Mission Church).** | Ownership | $0.00 | | $6,000.00 |
| 55.9. **1.1 acres south of Highway 8 in Rapides Parish, LA - PARCEL I.D. # 45-22-89179-14 Mission Church in Flatwoods, LA** | Ownership | Unknown | | $3,000.00 |
| 55.10. **.125 acres in Lena, LA, Former mission church in Marco, LA. Village of Marco may own this.** | Ownership | Unknown | | $500.00 |
| 55.11. **4400 Coliseum Blvd. - 3 acres - Diocesan Office** | Ownership | Unknown | Appraisal | $2,200,000.00 |

| | | | |
|---|---|---|---|
| 55.12. | **6.77 ACS: BEING PT. LOTS 1, 2 & 3, J.M. ARMSTRONG PART. LYING BETWEEN BAYOU RAPIDES & HWY. 496 (BAYOU RAPIDES ROAD) (CB 1123-902 DON: WATERS) \*\*\*PARCEL I.D. # 24-28-32115-1\*\*\* Behind the Diocesan Office tract; Levee Board has right of way over the land and maintains it.** | Ownership | Unknown | $27,000.00 |
| 55.13. | **Maryhill Conference Center and surrounding land** | Ownership | Unknown | $788,000.00 |
| 55.14. | **2 acres - Immaculate Conception Church, DuPont, LA** | Owner | Unknown | $6,000.00 |
| 55.15. | **.22 acres in the Village of Goudeau, LA** | Owner | Unknown | $1,100.00 |
| 55.16. | **Lots 7 and 8, Block 14, Ferriday, LA - St. Patrick Church** | Owner | Unknown | $12,000.00 |
| 55.17. | **31.5 acres in Black Lake area, Natchitoches Parish** | Owner | Unknown | $236,000.00 |
| 55.18. | **Parking Lot in Natchitoches, LA-across from Holy Cross** | Owner | Unknown | $40,000.00 |
| 55.19. | **St. Augustine Catholic Church, Melrose, LA, a 55.5 acre tract and a 7.563 acre tract** | | $0.00 | $150,000.00 |
| 55.20. | **Former St. Charles Mission, Bermuda, LA - less than 1 acre** | Owner | Unknown | $2,500.00 |

| | | | | |
|---|---|---|---|---|
| 55.21· | **St. Ann Mission, Spanish Lake Area, Natchitoches Parish, LA, including a 40 acre tract, a cemetery (11 ft. by 46 yard stip of land) and a 2.5 acre tract** | Owner | Unknown | | $128,000.00 |
| 55.22· | **Miscellaneous lots near Pineville Expressway, Rapides Parish, Louisiana.** | | $0.00 | | $10,000.00 |
| 55.23· | **A 0.344± ACRE (15,000± SQ. FT.) TRACT LOCATED IN SECTION 36, TOWNSHIP 14 NORTH, RANGE 7 EAST, TOWN OF WINNSBORO, FRANKLIN PARISH, LOUISIANA** | Full Ownership | $72,198.00 | Recent cost | $72,198.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> $4,736,598.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| | **Various Past Liability Insurance Policies.  List contains document references to documents produced to the Ad Hoc Group prior to the bankruptcy filing.  See the Global Notes for disclaimers regarding this schedule.** |

**$0.00**

**For information on current insurance held by the Diocese, this schedule incorporates by reference the First Day Motion addressing insurance.**

**$0.00**

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| | **Potential Causes of Action Against Insurance Companies Listed on the Attached Schedule of Past Policies.** |

**Unknown**

| | |
|---|---|
| Nature of claim | _____ |
| Amount requested | **$0.00** |

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| | **INVESTMENT-MARYHILL-FND Unrestricted Custodian: Catholic Foundation of North-Central Louisiana, Inc.** |

**$45,966.09**

**BENEFICIAL INTEREST-COONEY TRUST Restricted Fund**
**Custodian: Catholic Foundation of North-Central Louisiana, Inc.**

**$34,526.70**

**INVESTMENT-BIT-SERRA Restricted Fund**
**Custodian: Catholic Foundation of North-Central Louisiana, Inc.**

**$91,289.62**

**INVESTMENT-BIT-KRAMER Restricted Fund**
**Custodian: Catholic Foundation of North-Central Louisiana, Inc.**

**$108,914.95**

**INVESTMENT-BIT-CECIL FOLSE Restricted Fund**
**Custodian: Catholic Foundation of North-Central Louisiana, Inc.**

**$371,292.78**

**INVESTMENT-BIT-JMJ FUND Restricted Fund**
**Custodian: Catholic Foundation of North-Central Louisiana, Inc.**

**$12,605.49**

**INVESTMENT-JMJ-HFE Restricted Fund**
**Custodian: Catholic Foundation of North-Central Louisiana, Inc.**

**$345,286.21**

| | |
|---|---|
| **INVESTMENT-FND-GAGNARD/SEM ED Restricted Fund**<br>**Custodian: Catholic Foundation of North-Central**<br>**Louisiana, Inc.** | $73,535.61 |
| **INVESTMENT-FND-GAGNARD-MASSESD/ Restricted**<br>**Fund**<br>**Custodian: Catholic Foundation of North-Central**<br>**Louisiana, Inc.** | $14,707.13 |
| **INVESTMENT-FND-SUSI Restricted Fund**<br>**Custodian: Catholic Foundation of North-Central**<br>**Louisiana, Inc.** | $276,033.94 |
| **INVESTMENT-EARNINGS CAP-TRAVIS Restricted Fund**<br>**Custodian: Catholic Foundation of North-Central**<br>**Louisiana, Inc.** | $111,540.12 |

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Coins**                                                          $207.00

78.    **Total of Part 11.**                                          $1,485,905.64

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,767,356.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $517,936.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $125,622.38 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,992.57 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $4,736,598.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,485,905.64 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,930,813.53 | + 91b. $4,736,598.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $16,667,411.53 |

**A.** Aetna Insurance Company (Chubb) (1970-1971)

**B.** Bituminous Casualty Corporation (1976-1979); Alex_BK_1632

**C.** Bituminous Fire and Marine Insurance Company (1976-1979); Alex_BK_1650

**D.** Dominion Insurance Co. Ltd. (1980-1983); Alex_BK_2567; Alex_BK_2654; Alex_BK_3788

**E.** CNA Reinsurance of London (1980-1983); Alex_BK_2567; Alex_BK_2654; Alex_BK_3788

**F.** Stronghold Ins. Co. (1980-1983); Alex_BK_2567; Alex_BK_2654; Alex_BK_3788

**G.** Bellefonte Insurance Co. (1980-1983); Alex_BK_2775

**H.** Excess Insurance Co. (1980-1983); Alex_BK_2775

**I.** Terra Nova Insurance Co. (1980-1983); Alex_BK_2775

**J.** Yasuda Fire & Marine Ins. (1980-1983); Alex_BK_2775

**K.** SIR (1983-1986); Alex_BK_3608

**L.** Interstate Fire & Casualty (1980-1981); Alex_BK_1606; Alex_BK_2682

**M.** Underwriters at Lloyd's London (1980-1981); Alex_BK_2775; Alex_BK_2237

**N.** International Insurance Company (1980-1981); Alex_BK_2775; Alex_BK_2237

**O.** Interstate Fire & Casualty Ins. (1980-1981); Alex_BK_2775; Alex_BK_2237

**P.** Centennial Insurance Company (1981-1982); Alex_BK_2237

**Q.** Fireman's Fund Insurance (1983-1984); Alex_BK_3468

**R.** Underwriters at Lloyd's (1983-1986); Alex_BK_3608

**S.** Excess Insurance Co. (1983-1986); Alex_BK_2665; Alex_BK_3799; Alex_BK_3823

**T.** Terra Nova Insurance Co. (1983-1986); Alex_BK_2665; Alex_BK_3799; Alex_BK_3823

**U.** Yasuda Fire & Marine Ins. (1983-1986); Alex_BK_2665; Alex_BK_3799; Alex_BK_3823

**V.** Fireman's fund Insurance (1984-1985); Alex_BK_3468

**W.** International Special Risk Services (SIR) (1985-1986); Alex_BK_3608; Alex_BK_3714

**X.** Colonial Penn Insurance Company (1985-1986); Alex_BK_1627; Alex_BK_2579

**Y.** Underwriters at Lloyd's London (1986-1987); Alex_BK_1521; Alex_BK_3608

**Z.** CNA Reinsurance (1986-1987); Alex_BK_3608

**AA.** St. Paul Surplus Insurance (1986-1987); Alex_BK_3721

**BB.** St. Paul Surplus Insurance (1987-1988); Alex_BK_3721

**CC.** Lexington Insurance Company (1987-1988); Alex_BK_2774

**DD.** CNA Reinsurance of London (1987-1988); Alex_BK_2578

**EE.** Underwriters at Lloyd's (1987-1988); Alex_BK_3608

**FF.** Catholic Mutual Relief Society of America (1988-1989); Alex_BK_1694; Alex_BK_3608

**Diocese of Alexandria**  21  184.00
**Depreciation Summary-Computer Equipment**
**Fiscal year ended 6/30/2024**

| Description of Property | Date | Useful Life | Cost | 06/30/24 Accum. Deprn. | 6/30/2024 Book Value | 2025 PURCHASE | FY 2025 DEPRECIATION AMOUNT | 06/30/25 BOOK VALUE |
|---|---|---|---|---|---|---|---|---|
| 4Monitors | 12/11/12 | 5 | 2,520.00 | 2,520.00 | 0.00 | | 0.00 | 0.00 |
| **2013-2014** | | | | | | | | |
| Insight - Fujitsu scanner (4-Trib-Arch-2 BA) | 07/01/13 | 5 | 3,539.25 | 3,539.25 | 0.00 | | 0.00 | 0.00 |
| CCB, INC - Dell Mini Tower Workstations-7 (Archives-2, Trib-2,Dev-1, Schools-1,Chancery-Advanced Business Systems-NAV | 6/10/13 05/31/13 | 5 5 | 3,932.00 | 3,932.00 | 0.00 | | 0.00 | 0.00 |
| Data Bank IMX-Archive Software | 8/12/2013 | 5 | 17,574.07 | 17,574.07 | 0.00 | | 0.00 | 0.00 |
| Insight - Microboards G4 Disc Publisher CD/DVD Color Printer | 08/28/13 | 5 | 1,402.51 | 1,402.51 | 0.00 | | 0.00 | 0.00 |
| Insight-Dell Sonic Wall-VPN gateway | 01/07/14 | 5 | 884.43 | 884.43 | 0.00 | | 0.00 | 0.00 |
| Insight-Buffalo TeraStation/Server/Backup | 03/13/14 | 5 | 2,804.17 | 2,804.17 | 0.00 | | 0.00 | 0.00 |
| Kinetex-Web Development | 03/24/14 | 5 | 14,006.52 | 14,006.52 | 0.00 | | 0.00 | 0.00 |
| Insight--Dell Latitude E5540-Computer/IT Trave | 05/05/14 | 5 | 873.50 | 873.50 | 0.00 | | 0.00 | 0.00 |
| **2014-2015** | | | | | | | | |
| Transcription Gear-Tribunal (reimb Sac Ht) | 12/10/2014 | 5 | 1,546.98 | 1,546.98 | 0.00 | | 0.00 | 0.00 |
| **2015-2016** | | | | | | | | |
| Insight-Resource Ctr-Dell 7HPCZ32 | 10/17/15 | 5 | 619.89 | 619.89 | 0.00 | | 0.00 | 0.00 |
| **2016-2017** | | | | | | | | |
| Infor, LTD software/maint to use with QB-Dbrook | 09/07/16 | 5 | 2,350.00 | 2,350.00 | 0.00 | | 0.00 | 0.00 |
| Insight -computer/monitor-Fr. Jose' ser# 7PX1SD2 | 10/5/2016 | 5 | 1,258.03 | 1,258.03 | 0.00 | | 0.00 | 0.00 |
| Monitor and Sound Bar-Fr. Jose/S South FL5HBC2;DL5HBC2 | 9/27/2016 | 5 | 755.82 | 755.82 | 0.00 | | 0.00 | 0.00 |
| Kinetix-Bishop Talley's computer/accessories | 10/31/2016 | 5 | 2,417.27 | 2,417.27 | 0.00 | | 0.00 | 0.00 |
| **2016-2017** | | | | | | | | |
| Kinetix-Wireless Network-Hardware and Installation | 3/6/2017 | 5 | 1,073.60 | 1,073.60 | 0.00 | | 0.00 | 0.00 |
| Sacred Ht-Transcriptiom Gear-Dragon Naturally Speaking with extras (original cost $1968.92 less refund of 1199.98) | 06/22/17 | 5 | 768.94 | 768.94 | 0.00 | | 0.00 | 0.00 |
| **2017-2018** | | | | | | | | |
| Apple Store-MAC Computer-Church Today Serial # D25V50DJJ1GN | 08/3/2017 | 5 | 2,021.05 | 2,021.05 | 0.00 | | 0.00 | 0.00 |
| & Serial D25v50h4j1gn | 08/07/2017 | 5 | 2,352.53 | 2,352.53 | 0.00 | | 0.00 | 0.00 |
| Kinetix-4 mmi desk top-Richard, Decorah D, Debbie B, Tribunal-pat | 9/11/2017 | 5 | 2,234.59 | 2,234.59 | 0.00 | | 0.00 | 0.00 |
| Kinetix-Mini Desk Top-Fr. Faulk | 05/21/18 | 5 | 792.93 | 792.93 | 0.00 | | 0.00 | 0.00 |
| Replacement Server-KINQ8398-Kinetix | 02/01/20 | 5 | 17,839.90 | 15,758.58 | 2,081.32 | | 2,081.32 | 0.00 |
| Computers-Kinetix-10 HP  ProDesk 400 G6 | 4/1/2020 | 5 | 10,495.23 | 8,920.96 | 1,574.27 | | 1,574.27 | 0.00 |
| Computer-Sandi, Kinetix | 12/01/2024 | 5 | | | | 6,057.22 | 706.72 | 5,350.50 |
| Computer-Bishop, Kinetix | 12/01/2024 | 5 | | | | 2,430.66 | 283.64 | 2,147.02 |
| Computer-Olivia Malone, Kinetix | 02/14/2025 | 5 | | | | 6,158.44 | 461.88 | 5,696.56 |
| **TOTAL** Computer | | | 378,565.17 | 376,391.02 | 3,655.59 | 14,646.32 | 5,107.83 | 13,194.08 |

**Diocese of Alexandria**
**Depreciation Summary-Furnishings and Equipment**   21 183.00   Only lines showing = items not completely depreciated.
**Fiscal Year Ending 6/30/2025**

| Description of Property | Acquisition Date | Useful Life | Cost | 06/30/24 Accum. Deprn. | 06/30/24 Book Value | PURCH YR 2025 | FY 2025 Depreciation Amount | 6/30/25 Book Value |
|---|---|---|---|---|---|---|---|---|
| DKI Office Furniture (1st Installment) | 04/20/01 | 30 | 68,740.78 | 52,701.28 | 16,039.50 | | 2,291.36 | 13,748.14 |
| Studio Design-Drapes/Bishop-VG- | 05/22/01 | 30 | 2,017.64 | 1,546.75 | 470.89 | | 67.25 | 403.64 |
| (2056.52 + refund 38.88) | | | | | | | | |
| DKI Office Furniture (2nd Installment) | 06/04/01 | 30 | 68,740.78 | 52,701.28 | 16,039.50 | | 2,291.36 | 13,748.14 |
| Chancery-Stoma's Furniture/Sofas-Chairs | 07/12/01 | 30 | 13,255.92 | 10,148.08 | 3,107.84 | | 441.86 | 2,665.98 |
| DKI Office Furniture-(3rd installment) | 07/12/01 | 30 | 68,740.78 | 52,701.28 | 16,039.50 | | 2,291.36 | 13,748.14 |
| Davis Draperies/Interiors (incl deposit) | 07/17/01 | 10 | 9557.96 | 9557.96 | 0.00 | | 0.00 | 0.00 |
| DKI Office Furn-Progress Payment | 07/30/01 | 30 | 64,000.00 | 49,066.59 | 14,933.41 | | 2,133.33 | 12,800.08 |
| Barron Heinberg | 08/29/01 | 3 | 492.50 | 492.50 | 0.00 | | 0.00 | 0.00 |
| DKI Office Furn | 08/29/01 | 30 | 21,000.00 | 15,788.77 | 5,211.23 | | 700.00 | 4,511.23 |
| **Catholic Center** | | | | | | | | |
| DKI Office Furn | 10/15/02 | 30 | 3,486.34 | 2,522.65 | 963.69 | | 116.21 | 847.48 |
| **Capital Facilities**-Partial on DX System | 5/31/2011 | 10 | 2,500.00 | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | | | | |
| **2011-2012** | | | | | | | | |
| **Capital Facilities**-Balance on DX System see 5/31 | 7/11/2011 | 10 | 2,500.00 | 2,500.00 | 0.00 | | | 0.00 |

| Description of Property | Acquisition Date | Useful Life | Cost | Accum. Deprn. | Book Value | PURCH | Depreciation Amount | Book Value |
|---|---|---|---|---|---|---|---|---|
| **2012-2013** | | | | | | | | |
| Catholic Center-Select Bldg | | | | | | | | |
| Tridium Jace Controller | 10/9/2012 | 5 | 6,500.00 | 6,500.00 | 0.00 | | 0.00 | 0.00 |
| Cap Facility-2 VMA Controllers | 11/1/2012 | 5 | 1,336.25 | 1,336.25 | 0.00 | | 0.00 | 0.00 |
| Catholic Center-Turner Teleco | | | | | | | | |
| Upgrade system | 3/8/2013 | 5 | 12,896.88 | 12,896.88 | 0.00 | | 0.00 | 0.00 |
| Maryhill-24,000 BTU AC Window Unit | 06/18/13 | 5 | 1,377.16 | 1,377.16 | 0.00 | | 0.00 | 0.00 |
| (Purchased by Paul Hicks) | | | | | | | | |
| 2013-2014 | | | | | | | | |
| Capital Facility -condensing unit-kitcher | 4/1/2014 | 5 | 1,950.00 | 1,950.00 | 0.00 | | 0.00 | 0.00 |
| (did not deprec at all in 13-14) | | | | | | | | |
| 2014-2015 | | | | | 0.00 | | | |
| Brown Furniture Showplace - Bedroom | 07/18/14 | 5 | 2,979.68 | 2,979.68 | 0.00 | | 0.00 | 0.00 |
| furniture for Priest Home | | | | | | | | |
| St. Rita-Sears-Furn for new Pr home | 07/11/14 | 5 | 1,665.48 | 1,665.48 | 0.00 | | 0.00 | 0.00 |
| Cap Facility-2 VMA Controllers | | | | | | | | |
| Cap Facility-Maryhill-main chapel condenser unit | 8/1/2014 | 5 | 2,425.00 | 2,425.00 | 0.00 | | 0.00 | 0.00 |
| Home Depot-Cap One-Park Place Furnishings | | | 1,445.46 | 1,445.46 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Gulf Coast Air-Dining Room | 02/10/15 | 5 | 8,999.32 | 8,999.32 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Gulf Coast Air | 02/17/15 | 5 | 11,921.00 | 11,921.00 | 0.00 | | 0.00 | 0.00 |
| Assoc Food Equip | 03/21/15 | 5 | 20,153.32 | 20,153.32 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Cap Facility Mii Splits | 03/25/15 | 15 | 4,800.00 | 2,720.00 | 2,080.00 | | 320.00 | 1,760.00 |
| Maryhill-tables/chairs-T. Robichaux | 04/03/15 | 5 | 4,927.37 | 4,927.37 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Power, Communications & Electron | 07/07/15 | 5 | 5,932.65 | 5,932.65 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Power, Communications & Electron | 04/20/15 | 5 | 7,000.53 | 7,000.53 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Gulf Coast Air | 02/27/15 | 5 | 3,552.36 | 3,552.36 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Assoc Food Equip/Convection Oven | 05/27/15 | 5 | 7,119.66 | 7,119.66 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Insight (46 chairs) | 05/21/15 | 5 | 6,808.00 | 6,808.00 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Glass Specialties | 6/1/2015 | 5 | 671.40 | 671.40 | 0.00 | | 0.00 | 0.00 |
| Assoc Food Equip | 06/25/15 | 5 | 1,110.19 | 1,110.19 | 0.00 | | 0.00 | 0.00 |
| Insight, Inc-Beds etc | 06/26/15 | 10 | 68,851.00 | 58,523.35 | 10,327.65 | | 6,885.10 | 3,442.55 |
| Assoc Food Equip | 03/21/15 | 5 | 18,610.23 | 18,610.23 | 0.00 | | 0.00 | 0.00 |
| Assoc Food Equip | 05/21/15 | 5 | 2,918.00 | 2,918.00 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Flynn Bldg - Doors | 04/15/15 | 5 | 1,136.03 | 1,136.03 | 0.00 | | 0.00 | 0.00 |
| | | | | | | | | |
| **2015-2016** | | | | | | | | |
| JB Photo Studios-pics for maryhill | 07/16/15 | 5 | 760.82 | 760.82 | 0.00 | | 0.00 | 0.00 |
| Gallery House-Maryhill Artwork | 07/16/15 | 5 | 1,569.90 | 1,569.90 | 0.00 | | 0.00 | 0.00 |
| Assoc Food-Maryhill | 07/01/15 | 5 | 2,881.64 | 2,881.64 | 0.00 | | 0.00 | 0.00 |
| Gibson & Company-Blinds | 07/01/15 | 5 | 6,300.00 | 6,300.00 | 0.00 | | 0.00 | 0.00 |
| H D Supply-Maryhill Lighting | 07/07/15 | 5 | 523.04 | 523.04 | 0.00 | | 0.00 | 0.00 |
| Sacred Ht-Sams Club-Tables | | | | | | | | |
| and chairs | 07/16/15 | 10 | 12,754.79 | 10,841.58 | 1,913.21 | | 1,275.48 | 637.73 |
| Sacred Ht-Best Buy- 9 | 07/17/15 | 5 | 25,780.03 | 25,780.03 | 0.00 | | 0.00 | 0.00 |
| televisions + hookups | | | | | | | | |
| Sacred Heart-Innovative Sales- | 07/16/15 | 5 | 719.94 | 719.94 | 0.00 | | 0.00 | 0.00 |
| wall hangers | | | | | | | | |
| Sacred Ht-Vac Shack | | | | | | | | |
| 16 Carpet sweepers | 07/14/15 | 5 | 3,662.23 | 3,662.23 | 0.00 | | 0.00 | 0.00 |
| Capital Facility | 08/23/15 | 5 | 6,000.00 | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| Gulf Coast Air | 08/04/15 | 5 | 19,834.73 | 19,834.73 | 0.00 | | 0.00 | 0.00 |
| Power Communications (partial) | 08/31/15 | 5 | 7,000.00 | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| Capital Facility-Condenser Unit | 07/16/15 | 5 | 3,003.54 | 3,003.54 | 0.00 | | 0.00 | 0.00 |

| Description | | Date | Life | Cost | Accum Depr | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gulf Coast Air | | 0810/15 | 5 | 848.02 | 848.02 | 0.00 | | 0.00 | 0.00 |
| Power Communications (bal partial) | | 9/10/2015 | 5 | 8,242.12 | 8,242.12 | 0.00 | | 0.00 | 0.00 |
| Capital Facility-LSUA Condenser Unit | | 08/05/15 | 5 | 1,956.59 | 1,956.59 | 0.00 | | 0.00 | 0.00 |
| Gibson & Co-Blinds | | 11/9/2015 | 5 | 3,015.00 | 3,015.00 | 0.00 | | 0.00 | 0.00 |
| St. Rita Church/Home Depot | | | | | | | | | |
|   Refrigerator for Park Place | | 01/18/16 | 5 | 865.74 | 865.74 | 0.00 | | 0.00 | 0.00 |
| CCB-Video capture device for | | 09/02/15 | 5 | 650.68 | 650.68 | 0.00 | | 0.00 | 0.00 |
|   filming | recd from chris 04/25/16 | | | | | | | | |
| | | AJE 24 | | (3,674.94) | | | | | |
| **2016-2017** | | | | 338.62 | | | | | |
| Church Today- Camera/Greg Petrus | | 10/27/2016 | 5 | 596.95 | 596.95 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Assoc Food Equip | | 12/29/16 | 5 | 7,970.07 | 7,970.07 | 0.00 | | 0.00 | 0.00 |
| 1 -48 cu ft Refrig | | | | | | | | | |
| 1-71 Cu Ft Refrig | | | | | | | | | |
| Assoc Food-Bishop's res | | 03/06/2017 | 5 | 1,657.50 | 1,657.50 | 0.00 | | 0.00 | 0.00 |
| Capital Facility-replaced compressor/soft start/ | | | | | | | | | |
|   capacitor-Chancery Vault | | 06/20/17 | 5 | 1,085.93 | 1,085.93 | 0.00 | | 0.00 | 0.00 |
| **2017-2018** | | | | | | | | | |
| LSUA-Washer/Dryer combo with hookup | | 07/14/17 | 5 | 1,737.57 | 1,737.57 | 0.00 | | 0.00 | 0.00 |
| Maryhill-Compressor etc in Retreat Chapel | | 08/24/17 | 5 | 1,423.09 | 1,423.09 | 0.00 | | 0.00 | 0.00 |
| ACA-filter boards etc from power surge | | 10/20/17 | 5 | 6,611.30 | 6,611.30 | 0.00 | | 0.00 | 0.00 |
| Ewing Pool-Pr Res-Park place-pool Cover | | 12/26/2017 | 7 | 2,125.76 | 1,828.92 | 296.84 | | 296.84 | 0.00 |
| | | | | | | | | | |
| **2018-19** | | | | | | | | | |
| Bishop's House-Icemaker-Kitchenaid | | 02/01/19 | 10 | 2,727.00 | 1,477.13 | 1,249.87 | | 272.70 | 977.17 |
| Bishop's House-Refrigerator--Kitchenaid | | 02/01/19 | 10 | 3,585.00 | 1,941.88 | 1,643.12 | | 358.50 | 1,284.62 |
| Bishop's House-Range-Kitchenaid | | 02/01/19 | 10 | 1,891.00 | 1,024.29 | 866.71 | | 189.10 | 677.61 |
| Bishop's House-Dishwasher-Kitchenaid | | 02/01/19 | 10 | 967.00 | 523.79 | 443.21 | | 96.70 | 346.51 |
| Bishop's House-Microwave-Kitchenaid | | 02/01/19 | 10 | 593.56 | 321.53 | 272.03 | | 59.36 | 212.67 |
| | | | | | | | | | |
| **2020-2021** | | | | | | | | | |
| Sofas-2-Bishop's House (Furniture Gallery) | | 08/01/20 | 10 | 3,228.00 | 1,264.30 | 1,963.70 | | 322.80 | 1,640.90 |
| Chairs-2-Bishop's House (Furniture Gallery) | | 08/01/20 | 10 | 1,952.60 | 764.77 | 1,187.83 | | 195.26 | 992.57 |
| Air Conditioner-Bishop's House (Capital Facility) | | 08/01/20 | 10 | 12,000.00 | 4,700.00 | 7,300.00 | | 1,200.00 | 6,100.00 |
| Dryer-Bishop's House (Trotters) | | 3/31/2021 | 5 | 852.11 | 553.87 | 298.24 | | 170.42 | 127.82 |
| | | | | | | | | | |
| **2022-2023** | | | | | | | | | |
| Maryhill-Water Heater-YMC Bldg (Capital Facility) | | 09/06/22 | 10 | 6,400.00 | 1,164.56 | 5,235.44 | | 640.00 | 4,595.44 |
| Maryhill-Sound System, Youth Room(Nugent Music) | | 08/31/22 | 10 | 7,690.38 | 1,409.94 | 6,280.44 | | 769.04 | 5,511.40 |
| Maryhill-Hot Food Table | | 03/16/23 | 10 | 5,140.16 | 663.96 | 4,476.20 | | 514.02 | 3,962.18 |
| | | | | | | | | | |
| **2023-2024** | | | | | | | | | |
| Refrigerator-Nun's House (Trotter's) | | 09/25/23 | 10 | 1,424.50 | 109.17 | 1,315.33 | | 142.45 | 1,172.88 |
| | | | | | | | | | |
| **2024-2025** | | | | | | | | | |
| DR Tow-Behind Trimmer/Mower(DR Power Equip | | 9/5/2024 | 5 | 0.00 | | | 1,740.28 | 286.09 | 1,454.19 |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | | | | 1,486,795.27 | 1,370,632.07 | 119,955.38 | 1,740.28 | 24,326.59 | 97,369.07 |
| | | | | | Accum Depr | 1,394,958.66 | 06/30/25 | | |
| | | | | | 21 189.03 | (1,370,632.07) | GL | | |
| | | | | | | 24,326.59 | | 24,326.59 | |
| | | 21 18300 | Furniture & Equip | 1,488,535.55 | GL | | | | |
| | | 21 18903 | Accum Depr 6/30/25 | 1,394,958.66 | | | | 2,027.22 | Monthly |

**21 1 185.00**
**Diocese of Alexandria**
**Depreciation Summary-Vehicles FY 2025**

| Description of Property | Acquisition Date | 1 Useful Life | 2 Cost | 6/30/2024 Accum. Deprn. | 06/3024 Book Value | 5 PURCHASE | 6 6/30/20256 Deprec. Amount | 7 6/30/2025 Book Value |
|---|---|---|---|---|---|---|---|---|
| **2013-2014** | | | | | | | | |
| Steve Lacaze-M Steve Lacaze-Maryhill Lawmowers | 4/14/2014 | 5 | 13,875.76 | 13,875.76 | 0.00 | | 0.00 | 0.00 |
| **2015-2016** | | | | | | | | |
| Leglue Nissan-DOA Sentra | 08/17/15 | 5 | 12,882.68 | 12,882.68 | 0.00 | | 0.00 | 0.00 |
| **2016-2017** | | | | | | | | |
| Maryhill/Cenla MotoSport Golf Cart | 01/10/2017 | 5 | 3,689.00 | 3,689.00 | 0.00 | | 0.00 | 0.00 |
| **2022-2023** | | | | | | | | |
| Golf Cart, Maryhill-Cenla Motor Sport | 12/31/2022 | 5 | 16,482.48 | 4,944.76 | 11,537.72 | | 3,296.50 | 8,241.22 |
| Cart, Maryhill-Acme Cart Sales | 12/31/2022 | 5 | 9,283.70 | 2,785.12 | 6,498.58 | | 1,856.74 | 4,641.84 |
| **2023-2024** | | | | | | | | |
| Van-Hispanic Ministry | 10/1/2023 | 5 | 32,476.28 | 4,871.52 | 27,604.76 | | 6,495.26 | 21,109.50 |
| **Total** | | | 188,381.66 | 142,740.60 | 45,641.06 | 0.00 | 11,648.49 | 33,992.57 |
| Leglue Nissan-DOA Sentra | **SOLD** | | (12,882.68) | (12,882.68) | | | | |
| | | | 175,498.98 | 129,857.92 | 45,641.06 | 0.00 | 11,648.49 | 33,992.57 |

| | | A/C (21 185.00) | A/C (21 18905) |
|---|---|---|---|
| Vehicles | 06/30/23 | 143,022.70 | 119,833.16 |
| | Additions | 32,476.28 | 11,648.49 |
| | 6/30/2024 | 175,498.98 | 131,481.65 |

| | Total Cost | Total A/D | | 2025 Depreciation | 11,648.49 |
|---|---|---|---|---|---|
| **6/30/2024** GL | 175,498.98 | 129,857.92 | | Monthly Depreciation | 970.71 |
| **06/30/25** | 175,498.98 | **141,506.41** | | | |

Debtor name **Diocese of Alexandria**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Southern Heritage Bank** | Describe debtor's property that is subject to a lien | **$1,650,000.00** | **$2,614,012.73** |
|---|---|---|---|---|

2.1 | **Southern Heritage Bank**
Creditor's Name

**5211 Jackson St. Ext.
Alexandria, LA 71303**
Creditor's mailing address

**rponthie@shbnet.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Southern Heritage Bank - Certificate of Deposit - Acct# 0512**

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,650,000.00**    Column B: **$2,614,012.73**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,650,000.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name **Diocese of Alexandria**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.72 |
| --- | --- | --- | --- |
| | **AT&T** | ☐ Contingent | |
| | **6503 Coliseum Blvd.** | ☐ Unliquidated | |
| | **Suite B** | ☐ Disputed | |
| | **Alexandria, LA 71303** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Chancery, 4400 Coliseum Blvd; Landline phones** | |
| | Last 4 digits of account number **0432** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,257.21 |
| --- | --- | --- | --- |
| | **Atmos Energy** | ☐ Contingent | |
| | **4323 Hwy. 28 East** | ☐ Unliquidated | |
| | **Pineville, LA 71360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Maryhill /Electricity** | |
| | Last 4 digits of account number **Multiple: spreadsheet attached** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.21 |
| --- | --- | --- | --- |
| | **Atmos Energy** | ☐ Contingent | |
| | **4323 Hwy. 28 East** | ☐ Unliquidated | |
| | **Pineville, LA 71360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Parsonage, 601 Maryhill Road/Gas** | |
| | Last 4 digits of account number **3002** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **AWKO Law** | ■ Contingent | |
| | **17 E. Main St. #200** | ☐ Unliquidated | |
| | **Birmingham, AL 35202** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Tort claims.  J. Does 26-28.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.96 |
|---|---|---|---|

**City of Alexandria**
**625 Murray St.**
**Alexandria, LA 71301**

Date(s) debt was incurred _

Last 4 digits of account number  **6506**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bishop's residence - 2038 Albert Street**
**Gas/Electric/Sanitation/Water/Sewer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $2,943.40 |
|---|---|---|---|

**City of Alexandria**
**625 Murray Street**
**Alexandria, LA 71301**

Date(s) debt was incurred _

Last 4 digits of account number  **4195**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chancery, 4400 Coliseum Blvd;**
**Gas/Electric/Water/Sewer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $730.44 |
|---|---|---|---|

**City of Alexandria**
**625 Murray St.**
**Alexandria, LA 71301**

Date(s) debt was incurred _

Last 4 digits of account number  **Multiple:**
**spreadsheet attached**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2 Parsonages:**
**2211 Marye Street  $389.93**
**340 Park Place      $340.51**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $398.40 |
|---|---|---|---|

**City of Pineville**
**405 Sanders St.**
**POB 3820**
**Pineville, LA 71361**

Date(s) debt was incurred _

Last 4 digits of account number  **9000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maryhill/Sewer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $62.85 |
|---|---|---|---|

**City of Pineville**
**405 Sanders St.**
**POB 3820**
**Pineville, LA 71361**

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maryhill/Sewer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $7,518.85 |
|---|---|---|---|

**CLECO**
**2030 Donahue Ferry Road**
**POB 5000**
**Pineville, LA 71361**

Date(s) debt was incurred _

Last 4 digits of account number  **Multiple:**
**spreadsheet attached**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maryhill/Electricity**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Diocese of Alexandria** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.93 |
|---|---|---|---|

**CLECO**
**2030 Donahue Ferry Road**
**POB 5000**
**Pineville, LA 71361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Parsonage, 601 Maryhill Road/Electricity__

Last 4 digits of account number __8025__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Congregation of Holy Cross**
**Roman Catholic Church**
**of the Parish of Avoyelles**
**121 S. Preston Street**
**Marksville, LA 71351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Congregation of Holy Ghost**
**Roman Catholic Church**
**of the Parish of Avoyelles**
**121 S. Preston Street**
**Marksville, LA 71351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Congregation of Little Flower**
**of Jesus Roman Catholic Church**
**600 South 16th Street**
**Monroe, LA 71201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Congregation of Our**
**Lady of Sorrows**
**P.O. Box 247**
**Moreauville, LA 71355**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Congregation of Our Lady of**
**Prompt Succor Roman Catholic**
**Church of the Parish of Rapides**
**401 21st St.**
**Alexandria, LA 71301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Rapides
600 Lakeview Street
Pineville, LA 71360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Avoyelles
9986 Bayou des Glaises Street
Moreauville, LA 71355**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Congregation of St. Ann's
Roman Catholic Church
of Ebarb, Louisiana
Hwy 482
Noble, LA 71462**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Congregation of St. Joseph
Roman Catholic Church
of Shreveport, Louisiana
204 Patton Avenue
Shreveport, LA 71105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Congregation of St. Joseph
Roman Catholic Church
of the Parish of DeSoto
P.O. Box 760
Mansfield, LA 71052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Congregation of St. Paul Roman
Catholic Church of Webster
410 Fincher Road
Minden, LA 71055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Congregation of St. Pius X**
**Roman Catholic Church**
**of the Parish of Caddo**
**4300 N. Market Street**
**Shreveport, LA 71107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Congregation of the Holy Spirit**
**Province of the United States**
**6230 Brush Run Road**
**Bethel Park, PA 15102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Constant Legal Group**
**737 Bolivar Road, Suite 440**
**Cleveland, OH 44115**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Tort claims. John Doe 14.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,158,595.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------------|

**Diocese of Alexandria Priest Ret**
**4400 Coliseum Blvd**
**Alexandria, LA 71301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Ongoing__

Basis for the claim: __Health Insurance and Burial Benefits (per audit report).__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Diocese of Shreveport**
**3500 Fairfield Ave**
**Shreveport, LA 71104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential contribution claims regarding tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Franciscan U of Steubenville**
**c/o Dawn de Fallo**
**114 Brady Circle East**
**Steubenville, OH 43952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2025__

Basis for the claim: __Estimated amount to be billed.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Gainsburgh, Benjamin, et al**
**2800 Energy Centre**
**1100 Poydras St.**
**New Orleans, LA 70163**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Tort Claims. J. Does 15-20.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Herman, Herman & Katz, L.L.C.**
**820 O'Keefe Avenue**
**New Orleans, LA 70113**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Tort claims J. Does 60-64.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Holy Savior Menard School**
**4603 Coliseum Blvd #3518**
**Alexandria, LA 71303**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Horowitz Law**
**110 East Broward Blvd. Ste. 1850**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Tort claims. J. Does 21-25.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jesuit High School, Shreveport**
**Loyola Educational Corp.**
**921 Jordan Street**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,219.90 |
|---|---|---|---|

**Kinetix**
**400 Murray Street**
**Alexandria, LA 71301**

Date(s) debt was incurred _

Last 4 digits of account number **N/A**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Chancery, 4400 Coliseum Blvd/Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lamothe Law Firm, LLC**
**400 Poydras St., Suite 1760**
**New Orleans, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Tort claims. J. Does 13-23.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Law Offices-Richard C. Trahant**
**2908 Hessmer Avenue**
**Metairie, LA 70002**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Tort claims-additional counsel with Herman, Herman & Katz**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Loyola University**
**6363 St. Charles Avenue**
**New Orleans, LA 70118**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mansfield Melancon Cranmer et al**
**404 Europe Street**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Tort claims. J. Does 10-11.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**N. Frank Elliott, III, LLC**
**P.O. Box 3065**
**Lake Charles, LA 70601**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Tort claims- additional counsel with Salim-Beasley.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nativity of the Blessed**
**Virgin Mary Church**
**119 Tally Street**
**Campti, LA 71411**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nicholas Rockforte**
**Laborde Earles**
**1901 Kaliste Saloom Rd**
**Lafayette, LA 70508**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **May be an attorney for putative claimants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.03 |

**Optimum**
**1418 MacArthur Dr.**
**Alexandria, LA 71301**

Date(s) debt was incurred _
Last 4 digits of account number  **2052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Bishop's residence - 2038 Albert Street Cable/Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.84 |

**Optimum**
**1418 MacArthur Dr.**
**Alexandria, LA 71301**

Date(s) debt was incurred _
Last 4 digits of account number  **7260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Maryhill/Internet**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$301.63** |
|---|---|---|---|
| | **Optimum**<br>**1418 MacArthur Dr.**<br>**Alexandria, LA 71301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __7029__ | Basis for the claim:  **Parsonage, 601 Maryhill Road**<br>**Cable/Internet** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Pieffer Wolf et al**<br>**935 Gravier St. #1600**<br>**New Orleans, LA 70112** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Tort Claims.  J. Does 78-80.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Province of Our Lady**<br>**of Guadalupe, Inc**<br>**770 S. Central Ave**<br>**Atlanta, GA 30354** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Potential contribution claims regarding tort claims** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **R. N. H.**<br>**address under seal**<br>**Greenwood, LA 71033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Pro se claimant** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Romanucci & Blandin**<br>**321 North Clark St., Ste. 900**<br>**Chicago, IL 60654** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Tort claims.  J. Doe 81.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$626,276.61** |
|---|---|---|---|
| | **Sabine State Bank**<br>**297 Elizabeth St.**<br>**Many, LA 71449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Guarantee of Loan to Menard Central High School** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Salim-Beasley, LLC**<br>**1901 Texas Street**<br>**Natchitoches, LA 71457** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Tort Claims. J. Does 29-59** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

25-31257 - #1  File 10/31/25  Enter 10/31/25 15:01:50  Main Document   Pg 49 of 93

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shearman-Denenea, LLC**
**4240 Canal Street, 2nd Floor**
**New Orleans, LA 70119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tort Claims.  Additional counsel with Herman, Herman & Katz.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Slater Slater Schulman, LLP**
**825 Baronne Street**
**New Orleans, LA 70113**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tort Claims. J. Does 65-77.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**St. Catherine of**
**Siena Roman**
**Catholic Church**
**7109 Henderson St.**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**St. Mary Catholic Church**
**Jena, Louisiana**
**1571 N. 2nd Street**
**Jena, LA 71342**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Swiss Reinsurance Co. Ltd.**
**Thru Counsel: Catalina Sugayan**
**Clyde & Co**
**30 South Wacker Dr., Ste. 2600**
**Chicago, IL 60606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential contribution claims regarding tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**T. Taylor Townsend, LLC**
**725 Third Street**
**Natchitoches, LA 71457**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tort claims.  Additional counsel with Salim-Beasley.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Bezou Law Firm**
534 East Boston St.
Covington, LA 70433

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Tort claims.  Additional Counsel with Horowitz and__
__Romanucci.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**The Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Richland, LA**
716 Francis Street
Rayville, LA 71269

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential contribution claims regarding tort claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**The Congregation of St. John's
Roman Catholic Church
of the Parish of Caddo**
939 Jordan Street
Shreveport, LA 71101

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential contribution claims regarding tort claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Central &
Southern Province
Society of Jesus**
4511 W. Pine Blvd.
Saint Louis, MO 63108-2191

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential contribution claims regarding tort claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,116.06** |
|---|---|---|---|

**Waste Connections Alexandria**
1515 England Drive
Alexandria, LA 71303

Date(s) debt was incurred _____

Last 4 digits of account number  **3001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Maryhill/Sanitation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$614.33** |
|---|---|---|---|

**Waste Connections Alexandria**
1515 England Drive
Alexandria, LA 71303-4109

Date(s) debt was incurred _____

Last 4 digits of account number  **2716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Chancery, 4400 Coliseum Blvd/Sanitation__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| Debtor | **Diocese of Alexandria** |
| | Name |

Case number (*if known*) _____

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$606.49**

**Waterworks District No. 3**
**1306 3rd Street**
**POB 580**
**Tioga, LA 71477-0580**

Date(s) debt was incurred _

Last 4 digits of account number  **Multiple:**
**spreadsheet attached**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maryhill/Water**

Is the claim subject to offset? ■ No ☐ Yes

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.20**

**Waterworks District No. 3**
**1306 3rd Street**
**POB 580**
**Tioga, LA 71477-0580**

Date(s) debt was incurred _

Last 4 digits of account number  **5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parsonage, 601 Maryhill Road/Water**

Is the claim subject to offset? ■ No ☐ Yes

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Whaley Law Firm**
**6700 Jefferson Highway**
**Building12, Suite A**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Tort claims; J. Does 1-9.**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **7,817,288.06** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **7,817,288.06** |

Debtor name **Diocese of Alexandria**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement; Diocese agrees to fund $125,000 per year to cover administrative costs.** | |
|---|---|---|---|
| | State the term remaining | **1 year, with annual renewals** | **Catholic Charities of Central LA POB 7417 Alexandria, LA 71306** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Technology Services Agreements, with Addenda for Managed Security Services and back-up services; $2,795.00 per month total ($2,250 for MTSA; $545 for backup)** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **Kinetix 400 Murray Street Alexandria, LA 71301** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **VOIP Telephone Services; $1,326.70 per month.** | |
|---|---|---|---|
| | State the term remaining | **15 months** | **Kinetix 400 Murray Street Alexandria, LA 71301** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**The Louisiana Catholic Workers' Compensation Pool (LCWCP) is a self insured fund under Louisiana law. The member Dioceses include Alexandria, Baton Rouge, Lafayette, and Lake Charles. David Brook is the chairman, and the CFO's of the other member Dioceses are on the board and provide administrative support. Claims are generally handled by a third party administrator but settlements are approved either by the chairman or the board depending on the amount involved. Renews annually**

State the term remaining

List the contract number of any government contract

**LCWCP
POB 7417
Alexandria, LA 71306**

---

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for nutrition support-School Lunches**

State the term remaining    **12 months**

List the contract number of any government contract

**Louisiana Department of Educatio
1201 North Third St.
Baton Rouge, LA 70802-5243**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Postage Meter/Feeder Lease.**

State the term remaining    **45 months**

List the contract number of any government contract

**Quadient Leasing
c/o Cunningham Business Systems
120 Windermere Blvd
Alexandria, LA 71303**

---

Debtor 1  **Diocese of Alexandria**
    First Name      Middle Name      Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agrement for St. Rita Church, Our Lady of Guadalupe Mission, and St. Louis Church for three religious sisters.** | |
|---|---|---|---|
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | **Society of St. Teresa of Jesus 18080 St Joseph Way Covington, LA 70433** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Services for the Chancery Building and Maryhill.** | |
|---|---|---|---|
| | State the term remaining | **36 Months** | |
| | List the contract number of any government contract | | **WC of Louisiana 1515 England Dr. Alexandria, LA 71301** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Cost per image copy services agreement.** | |
|---|---|---|---|
| | State the term remaining | **47 months** | |
| | List the contract number of any government contract | | **Xerox Financial Services 201 Merritt 7 Norwalk, CT 06581** |

Debtor name    **Diocese of Alexandria**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **AIG** | **Keith Taylor**<br>**28 Liberty St**<br>**New York, NY 10005**<br>**Potential coverage for abuse claims.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Allianz SE/Resolution Mngmnt** | **Amanda Webber**<br>**1465 North McDoweel Blvd**<br>**Suite 100**<br>**Petaluma, CA 94954**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **BITCO Insurance** | **Steve Maginas**<br>**3700 Market Square**<br>**Davenport, IA 52807-2309**<br>**Potential coverage for abuse claims.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **BITCO Insurance Company** | **Chris J. LeBlanc**<br>**Watson,Blanche,Wilson&PosnerLLP**<br>**505 North Boulevard**<br>**Baton Rouge, LA 70802**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.5 | **Catholic Mutual Group** | **Meghan Merrell**<br>**10843 Old Mill Rd**<br>**Omaha, NE 68154**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Certain Underwriters Lloyds** | **Catalina Sugayan**<br>**30 South Wacker Dr**<br>**Ste. 2600**<br>**Chicago, IL 60606**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Chubb** | **Jeremy Burton**<br>**10 Exchange Place**<br>**Jersey City, NJ 07302**<br>**Possible coverage for abuse claims.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Chubb Group of Insurance Co.'s** | **Brandywine Group**<br>**510 Walnut St., WB 1 IE**<br>**Philadelphia, PA 19106**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **CNA** | **Attn:Jillian A. Mikrut**<br>**151 N. Franklin 15SE**<br>**Chicago, IL 60606**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Congregation of Holy Cross** | **Roman Catholic Church**<br>**129 2nd Street**<br>**Natchitoches, LA 71457** | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.11 | **Congregation of Holy Ghost** | **Roman Catholic Church**<br>**of the Parish of Avoyelles**<br>**121 S. Preston Street**<br>**Marksville, LA 71351** | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |

▇   **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 Congregation of Little Flower | of Jesus Roman Catholic Church<br>600 South 16th Street<br>Monroe, LA 71201 | Slater Slater Schulman, LLP | ☐ D _____<br>■ E/F   **3.52**<br>☐ G _____ |
| 2.13 Congregation of Our | Lady of Sorrows<br>P.O. Box 247<br>Moreauville, LA 71355 | Romanucci & Blandin | ☐ D _____<br>■ E/F   **3.48**<br>☐ G _____ |
| 2.14 Congregation of Our Lady of | Prompt Succor Roman Catholic Church of the Parish of Rapides<br>401 21st St.<br>Alexandria, LA 71301 | Horowitz Law | ☐ D _____<br>■ E/F   **3.32**<br>☐ G _____ |
| 2.15 Congregation of Sacred | Heart Roman Catholic Church of the Parish of Rapides<br>600 Lakeview Street<br>Pineville, LA 71360 | Romanucci & Blandin | ☐ D _____<br>■ E/F   **3.48**<br>☐ G _____ |
| 2.16 Congregation of Sacred | Heart Roman Catholic Church of the Parish of Avoyelles<br>9986 Bayou des Glaises Street<br>Moreauville, LA 71355 | Romanucci & Blandin | ☐ D _____<br>■ E/F   **3.48**<br>☐ G _____ |
| 2.17 Congregation of St. Ann's | Roman Catholic Church of Ebarb, Louisiana<br>Hwy 482<br>Noble, LA 71462 | Slater Slater Schulman, LLP | ☐ D _____<br>■ E/F   **3.52**<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.18 | Congregation of St. Joseph | Roman Catholic Church of Shreveport, Louisiana 204 Patton Avenue Shreveport, LA 71105 | Horowitz Law | ☐ D ____ ■ E/F __**3.32**__ ☐ G ____ |
| 2.19 | Congregation of St. Joseph's | Roman Catholic Church of the Parish of DeSoto P.O. Box 760 Mansfield, LA 71052 | Horowitz Law | ☐ D ____ ■ E/F __**3.32**__ ☐ G ____ |
| 2.20 | Congregation of St. Paul Roman | Catholic Church of Webster 410 Fincher Road Minden, LA 71055 | Slater Slater Schulman, LLP | ☐ D ____ ■ E/F __**3.52**__ ☐ G ____ |
| 2.21 | Congregation of St. Pius X | Roman Catholic Church of the Parish of Caddo 4300 N. Market Street Shreveport, LA 71107 | Slater Slater Schulman, LLP | ☐ D ____ ■ E/F __**3.52**__ ☐ G ____ |
| 2.22 | Congregation of the Holy Spirit | Province of the United States 6230 Brush Run Road Bethel Park, PA 15102 | Slater Slater Schulman, LLP | ☐ D ____ ■ E/F __**3.52**__ ☐ G ____ |
| 2.23 | Diocese of Shreveport | 3500 Fairfield Ave. Shreveport, LA 71104 | Herman, Herman & Katz, L.L.C. | ☐ D ____ ■ E/F __**3.30**__ ☐ G ____ |
| 2.24 | Diocese of Shreveport | 3500 Fairfield Ave. Shreveport, LA 71104 | Horowitz Law | ☐ D ____ ■ E/F __**3.32**__ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.25 | **Diocese of Shreveport** | **3500 Fairfield Ave. Shreveport, LA 71104** | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
|---|---|---|---|---|

| 2.26 | **Diocese of Shreveport** | **3500 Fairfield Ave. Shreveport, LA 71104** | **Gainsburgh, Benjamin, et al** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

| 2.27 | **Gallagher Re** | **Stewart Johnson**<br>**12750 Merit Dr.**<br>**Ste 100**<br>**Dallas, TX 75251**<br>**Potential coverage for abuse claims.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| 2.28 | **Great American Insurance Company** | **Attn:Paula Unrau; Nathan Wilkins**<br>**301 E. Fourth St.**<br>**Cincinnati, OH 45202**<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| 2.29 | **Holy Savior Menard School** | **4603 Coliseum Blvd #3518**<br>**Alexandria, LA 71303** | **Sabine State Bank** | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |

| 2.30 | **Jesuit High School, Shreveport** | **Loyola Educational Corp.**<br>**of Shreveport**<br>**921 Jordan Street**<br>**Shreveport, LA 71101** | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |

| 2.31 | **Loyola University** | **6363 St. Charles Avenue**<br>**New Orleans, LA 70118** | **Herman, Herman & Katz, L.L.C.** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.32 | **Munich Reinsurance** | Gregory Caruso<br>PO Box 5241<br>Princeton, NJ 08543<br>Potential coverage for abuse claims. | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Nativity of the Blessed** | Virgin Mary Church<br>119 Tally Street<br>Campti, LA 71411 | **Salim-Beasley, LLC** | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.34 | **Nativity of the Blessed** | Virgin Mary Church<br>119 Tally Street<br>Campti, LA 71411 | **Romanucci & Blandin** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.35 | **New York Liquidation Bureau** | Attn: Adrienne A. Harris<br>180 Maiden Lane<br>New York, NY 10038-3889<br>Potential coverage for abuse claims | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Province of Our Lady** | of Guadalupe, Inc<br>770 S. Central Ave.<br>Atlanta, GA 30354 | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.37 | **St. Catherine of Siena Roman** | Catholic Church<br>7109 Henderson St.<br>Shreveport, LA 71106 | **Horowitz Law** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.38 | **St. Mary Catholic Church** | Jena, Louisiana<br>1571 N. 2nd Street<br>Jena, LA 71342 | **Salim-Beasley, LLC** | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.39 | **Swiss Reinsurance Co. Ltd.** | Catalina Sugayan<br>30 South Wacker Dr.<br>Ste. 2600<br>Chicago, IL 60606<br>**Potential coverage for abuse claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **The Congregation of Sacred** | Heart Roman Catholic Church<br>of the Parish of Richland, LA<br>716 Francis Street<br>Rayville, LA 71269 | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.41 | **The Congregation of St. John's** | Roman Catholic Church<br>of the Parish of Caddo<br>939 Jordan Street<br>Shreveport, LA 71101 | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.42 | **Travelers** | Dee K. Anderson<br>PO Box 2902<br>Hartford, CT 06104-2902<br>**Potential coverage for abuse claims.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | **U.S. Central & Southern Province** | Society of Jesus<br>4511 W. Pine Blvd.<br>Saint Louis, MO 63108-2191 | **Herman, Herman & Katz, L.L.C.** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.44 | **U.S. Central & Southern Province** | Society of Jesus<br>4511 W. Pine Blvd.<br>Saint Louis, MO 63108-2191 | **Romanucci & Blandin** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.45 | **U.S. Central & Southern Province** | Society of Jesus<br>4511 W. Pine Blvd.<br>Saint Louis, MO 63108-2191 | **Slater Slater Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |

25-31257 - #1  File 10/31/25  Enter 10/31/25 15:01:50  Main Document    Pg 62 of 93

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **US Central &**<br>**Southern**<br>**Province** | **Society of Jesus**<br>**4511 W. Pine Blvd.,**<br>**Saint Louis, MO 63108-2191** | **Slater Slater**<br>**Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.47 **US Central &**<br>**Southern**<br>**Province** | **Society of Jesus**<br>**4511 W. Pine Blvd.**<br>**Saint Louis, MO 63108-2191** | **Slater Slater**<br>**Schulman, LLP** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Diocese of Alexandria**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **7/01/2024** to **6/30/2025** | ■ Operating a business<br>☐ Other _____ | $10,167,465.91 |
| **For year before that:**<br>From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other _____ | $11,076,898.00 |
| **For the fiscal year:**<br>From **7/01/2022** to **6/30/2023** | ■ Operating a business<br>☐ Other _____ | $10,376,508.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **Dr. Lee Kneipp**<br>**311 Church St.**<br>**Natchitoches, LA 71457** | **Monthly on the 20th; payment as Independent Contractor for the Diocese** | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bishop Robert Marshall**<br><br>**Bishop/President** | **Monthly** | $32,200.00 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See attached chart** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gold Weems Bruser Sues & Rundell** | | **Various times over the last year** | $626,059.08 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Husch Blackwell** | | **Various dates over the last year** | $1,770,469.75 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Getzler Henrich | | | $144,223.59 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | Stretto | | 10/30/25 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Diocese of Alexandria | Case number _(if known)_ | |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Diocese of Alexandria Priest Retirement Trust** | EIN: **72-6130995** |

Has the plan been terminated?
■ No
☐ Yes

  ☐ No Go to Part 10.
  ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **403(b) Thrift Plan for the Employees of the Diocese of Alexandria (lay and employed Deacons only)** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Morgan Stanley** | XXXX- | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Louisiana Department of Educatio 1201 North Third St. Baton Rouge, LA 70802-5243 | Segregated Bank Account | School Lunch funds for all Diocesan schools. | $0.00 |
| Various Insurance Companies & LCWCP | Regions Bank 1439 Center Court Alexandria, LA 71301 | Repurchase Agreement Restricted Fund | $280,000.00 |
| Various Donors | Red River Bank 1412 Centre Ct. #101 Alexandria, LA 71301 | Annual Diocesan Appeal Restricted Fund | $34,502.05 |
| Varioua Priests | Cadence Bank 4600 Jackson St. Alexandria, LA 71303 | Priest Benefits Accounts (2 accounts) | $550,974.27 |
| LCWCP POB 7417 Alexandria, LA 71306 | Red River Bank 1412 Centre Ct. #101 Alexandria, LA 71301 | CD to secure obligations that might be owed for future claims; required by the excess carrier Safety National | $400,000.00 |
| Various Donors | Southern Heritage Bank 5211 Jackson St. Alexandria, LA 71303 | Donor Restricted Fund dedicated to education for seminarians. | $2,803,905.00 |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Payne Moore & Herrington LLP**<br>**Attn Debra Travis**<br>**1419 Metro Drive**<br>**Alexandria, LA 71301** | **2023-2024** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Southern Heritage Bank**<br>**5211 Jackson St.**<br>**Alexandria, LA 71303** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Most Rev. Robert W. Marshall** | **4400 Coliseum Blvd. Alexandria, LA 71303** | **Bishop** | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **Bishop Robert Marshall** | **Salary and benefits as outlined in the Insider Compensation Motion to be filed in this case.** | **Monthly.** | **Compensation for his work as bishop.** |
| **Relationship to debtor**<br>**Bishop** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Debtor | **Diocese of Alexandria** | Case number *(if known)* | |
|---|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Diocese of Alexandria Priest Retirement Fund** | **EIN:** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 31, 2025**

**/s/ David Brook**

Signature of individual signing on behalf of the debtor

**David Brook**

Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Case Caption | Other Named Defendants | Status |
|---|---|---|
| John M.R. Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 274,047-E | *Congregation of Our Lady of the Holy Rosary Roman Catholic Church for the Parish of Caddo*<br><br>*Congregation of St. Joseph's Roman Catholic Church of the Parish of DeSoto* | Pending |
| John J.H. Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 273,961-E | *St. Catherine of Siena Roman Catholic Church, Caddo Parish* | Pending |
| Lou Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 273,125-E | | Pending |
| T.M. v. Diocese of Alexandria, 10th JDC, Natchitoches Parish, Suit No. 93396-A | Nativity of the Blessed Virgin Mary Church through the Congregation of Nativity of the Blessed Virgin Mary Roman Catholic Church | Pending |
| John S.S. Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 277,460-A | Congregation of Our Lady of Sorrows Rapides;<br><br>Congregation of Sacred Heart Roman Catholic Church of the Parish of Rapides; and<br><br>Congregation of Sacred Heart Roman Catholic Church of the Parish of Avoyelles | Pending |
| Kenneth Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 278,782-A | *Congregation of St. Paul Roman Catholic Church of Webster* | Pending |
| Mark Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 278,361-F | *Congregation of St. Pius X Roman Catholic Church of the Parish of Caddo, State of Louisiana* | Pending |
| Rachel Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 278,036-B | Congregation of Holy Cross Roman Catholic Church, Natchitoches, Louisiana;<br><br>*U.S. Central and Southern Province, Society of Jesus* | Pending |
| ██████ v. Defendant 1 and Defendant 2, 9th JDC, Rapides Parish, Suit No. 280,188 | *The Congregation of Sacred Heart Roman Catholic Church of the Parish of Richland, Louisiana* | Pending |
| ██████ v. Defendant 1, Defendant 2, and Defendant 3, 9th JDC, Rapides Parish, Suit No. 280,187 | *Congregation of Little Flower of Jesus Roman Catholic Church;*<br><br>*Province of Our Lady of Guadalupe, Inc.* | Pending |

| Case Caption | Other Named Defendants | Status |
|---|---|---|
| John C.A. Doe v. Defendant 1, Defendant 2, and Defendant 3, 9th JDC, Rapides Parish, Suit No. 280,208 | Congregation of Our Lady of Prompt Succor Roman Catholic Church of the Parish of Rapides, Louisiana;<br><br>Our Lady of Prompt Succor School | Pending |
| John J.M. Doe v. Defendant 1, Defendant 2, and Defendant 3, 9th JDC, Rapides Parish, Suit No. 280,210 | *Diocese of Shreveport;*<br><br>*Congregation of Our Lady of the Holy Rosary Catholic Church of the Parish of Caddo, State of Louisiana* | Pending |
| J.S. v. Defendant 1, 9th JDC, Rapides Parish, Suit No. 280,216 | | Pending |
| P.T. v. Defendant 1, 9th JDC, Rapides Parish, Suit No. 280,219 | | Pending |
| W.M. v. Defendant 1, 9th JDC, Rapides Parish, Suit No. 280,244 | | Pending |
| John Doe v. Defendant 1 and Defendant 2, 9th JDC, Rapides Parish, Suit No. 280,337 (not served) and J.Q. v. Defendant 1, Suit No. 650,963, Caddo Parish (served) | *Diocese of Shreveport* | Pending |
| J.A. and K.A. v. Defendant 1, 1st JDC, Caddo Parish, Suit No. 650,999 | | Pending |
| ████████ v. Defendant 1, Defendant 2, Defendant 3, and Defendant 4, 1st JDC, Caddo Parish, Suit No. 650,927 | *Jesuit High School, Shreveport (The Loyola Educational Corporation of Shreveport);*<br><br>*U.S. Central and Southern Province, Society of Jesus;*<br><br>████████. | Pending |
| ████████ v. Defendant 1, Defendant 2, and Defendant 3, 1st JDC, Caddo Parish, Suit No. 650,930 | *The Congregation of St. John's Roman Catholic Church of the Parish of Caddo, Louisiana; U.S. Central and Southern Province, Society of Jesus* | Pending |
| Paul Doe v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 280,167-F | | Pending |
| P.S. v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 280,211-A | | Pending |
| ████████ v. Diocese of Alexandria, 9th JDC, Rapides Parish, Suit No. 280,236-C | | Pending |
| Steve Doe v. Unnamed Defendant, 9th JDC, Rapides Parish, Suit No. 274,237 | | Pending |

| Case Caption | Other Named Defendants | Status |
|---|---|---|
| Neo Doe v. Unnamed Organization, 9th JDC, Rapides Parish, Suit No. 280,186 | | Pending |
| Gus Doe v. Unnamed Organization, 9th JDC, Rapides Parish, Suit No. 280,234 | | Pending |
| ▮▮▮▮▮▮▮▮ v. Defendant 1 and Defendant 2, 9th JDC, Rapides Parish, Suit No. 280,175 | *Congregation of Our Lady of the Holy Rosary Catholic Church of the Parish of Caddo, State of Louisiana* | Pending |
| ▮▮▮▮▮▮▮▮ v. Defendant 1 and Defendant 2, 9th JDC, Rapides Parish, Suit No. 280,185 | *Congregation of St. Ann's Roman Catholic Church of Ebarb, Louisiana* | Pending |
| ▮▮▮▮▮▮▮▮ v. Diocese of Alexandria, Diocese of Shreveport, and ▮▮▮▮▮▮▮▮, 26th JC, Webster Parish, Suit No. 81638 | *Diocese of Shreveport,* ▮▮▮▮▮▮▮▮ | Pending |
| ▮▮▮▮▮▮▮▮ v. Defendant 1 and Defendant 2, 9th JDC, Rapides Parish, Suit No. 281,382 | Congregation of St. Mary Roman Catholic Church, Jena, Louisiana | Pending |
| R.H. v. Diocese of Alexandria, 1st JDC, Caddo Parish, Suit No. 650,977 | | Pending |
| Jane K.L. Doe v. Diocese of Alexandria, Diocese of Alexandria, Diocese of Shreveport, and the Congregation of St. Joseph Roman Catholic Church of Shreveport, Louisiana, 1st JDC, Caddo Parish, Suit No. 651,702 | *Diocese of Shreveport; Congregation of St. Joseph Roman Catholic Church of Shreveport, Louisiana* | Pending |
| Austin Doe v. U.S. Central and Southern Province, Society of Jesus; Loyola University, New Orleans; Diocese of Shreveport; and Diocese of Alexandria, Orleans Parish Civil District Court, Suit No. 2024-05401 | *U.S. Central and Southern Province, Society of Jesus; Loyola University, New Orleans; Diocese of Shreveport* | Dismissed without prejudice. |
| ▮▮▮▮▮▮▮▮ v. Defendant 1 and Defendant 2, 9th JDC, Rapides Parish, Suit No. 281,370 | | Pending |
| ▮▮▮▮▮▮▮▮ v. Defendant 1, Defendant 2, and Defendant 3, 9th JDC, Rapides Parish, Suit No. 281,498 | Congregation of Holy Ghost Roman Catholic Church of the Parish of Avoyelles; *Congregation of the Holy Spirit Province of the United States* | Pending |
| H.G.P. v. Diocese of Alexandria, 10th JDC, Natchitoches Parish, Suit No. 95,104 | Nativity of the Blessed Virgin Mary Catholic Church (Natchitoches); The Southern Province of the Society of Jesus of the United States of America; | Pending |

| Case Caption | Other Named Defendants | Status |
|---|---|---|
| | ███████ | |
| | ABC Insurance Company | |
| | XYZ Insurance Company | |
| B.W.G. v. Diocese of Alexandria, 10th JDC, Natchitoches Parish, Suit No. 95,105 | Nativity of the Blessed Virgin Mary Catholic Church (Natchitoches); | Pending |
| | The Southern Province of the Society of Jesus of the United States of America; | |
| | ███████ | |
| | ABC Insurance Company | |
| | XYZ Insurance Company | |
| R.C.G. v. Diocese of Alexandria, 10th JDC, Natchitoches Parish, Suit No. 95,106 | Nativity of the Blessed Virgin Mary Catholic Church (Natchitoches); | Pending |
| | The Southern Province of the Society of Jesus of the United States of America; | |
| | ███████ | |
| | ABC Insurance Company | |
| | XYZ Insurance Company | |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Diocese of Alexandria**           Case No. _____

                                 Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $     **626,963.00**

   Prior to the filing of this statement I have received ................................... $     **626,963.00**

   Balance Due ...................................................................................... $     **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed PER HOUR FEE, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Within the last year, Gold Weems has been compensated in the amount of $549,401.14 for bankruptcy relatred services. The firm has $77,562.35 in the firm trust account.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 31, 2025**                        **/s/ Bradley L. Drell**

*Date*                                       **Bradley L. Drell 24387**

                                          *Signature of Attorney*

                                          **Gold, Weems, Bruser, Sues & Rundell**
                                          **POB 6118**
                                          **Alexandria, LA 71307-6118**
                                          **(318)445-6471   Fax: (318)445-6476**

                                          *Name of law firm*

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Diocese of Alexandria**                  Case No. _____

                                           Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 31, 2025**                 Signature    **/s/ David Brook**

                                                             **David Brook**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AIG
Keith Taylor
28 Liberty St
New York, NY 10005

Allianz SE/Resolution Mngmnt
Amanda Webber
1465 North McDoweel Blvd
Suite 100
Petaluma, CA 94954

AT&T
6503 Coliseum Blvd.
Suite B
Alexandria, LA 71303

Atmos Energy
4323 Hwy. 28 East
Pineville, LA 71360

AWKO Law
17 E. Main St. #200
Birmingham, AL 35202

BITCO Insurance
Steve Maginas
3700 Market Square
Davenport, IA 52807-2309

BITCO Insurance Company
Chris J. LeBlanc
Watson,Blanche,Wilson&PosnerLLP
505 North Boulevard
Baton Rouge, LA 70802

Catholic Charities of Central LA
POB 7417
Alexandria, LA 71306

Diocese of Alexandria -


Catholic Mutual Group
Meghan Merrell
10843 Old Mill Rd
Omaha, NE 68154


Certain Underwriters Lloyds
Catalina Sugayan
30 South Wacker Dr
Ste. 2600
Chicago, IL 60606


Chubb
Jeremy Burton
10 Exchange Place
Jersey City, NJ 07302


Chubb Group of Insurance Co.'s
Brandywine Group
510 Walnut St., WB 1 lE
Philadelphia, PA 19106


City of Alexandria
625 Murray St.
Alexandria, LA 71301


City of Alexandria
625 Murray Street
Alexandria, LA 71301


City of Pineville
405 Sanders St.
POB 3820
Pineville, LA 71361


CLECO
2030 Donahue Ferry Road
POB 5000
Pineville, LA 71361

Diocese of Alexandria -

CNA
Attn:Jillian A. Mikrut
151 N. Franklin 15SE
Chicago, IL 60606


Congregation of Holy Cross
Roman Catholic Church
of the Parish of Avoyelles
121 S. Preston Street
Marksville, LA 71351


Congregation of Holy Cross
Roman Catholic Church
129 2nd Street
Natchitoches, LA 71457


Congregation of Holy Ghost
Roman Catholic Church
of the Parish of Avoyelles
121 S. Preston Street
Marksville, LA 71351


Congregation of Little Flower
of Jesus Roman Catholic Church
600 South 16th Street
Monroe, LA 71201


Congregation of Little Flower
 of Jesus Roman Catholic Church
 600 South 16th Street
Monroe, LA 71201


Congregation of Our
Lady of Sorrows
P.O. Box 247
Moreauville, LA 71355

Diocese of Alexandria -

Congregation of Our Lady of
Prompt Succor Roman Catholic
Church of the Parish of Rapides
401 21st St.
Alexandria, LA 71301

Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Rapides
600 Lakeview Street
Pineville, LA 71360

Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Avoyelles
9986 Bayou des Glaises Street
Moreauville, LA 71355

Congregation of Sacred
 Heart Roman Catholic Church
of the Parish of Rapides
600 Lakeview Street
Pineville, LA 71360

Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Avoyelles
 9986 Bayou des Glaises Street
Moreauville, LA 71355

Congregation of St. Ann's
Roman Catholic Church
of Ebarb, Louisiana
Hwy 482
Noble, LA 71462

Congregation of St. Joseph
Roman Catholic Church
of Shreveport, Louisiana
204 Patton Avenue
Shreveport, LA 71105

Diocese of Alexandria -


Congregation of St. Joseph
Roman Catholic Church
of the Parish of DeSoto
P.O. Box 760
Mansfield, LA 71052


Congregation of St. Joseph's
Roman Catholic Church
of the Parish of DeSoto
P.O. Box 760
Mansfield, LA 71052


Congregation of St. Paul Roman
Catholic Church of Webster
410 Fincher Road
Minden, LA 71055


Congregation of St. Paul Roman
Catholic Church of Webster
 410 Fincher Road
Minden, LA 71055


Congregation of St. Pius X
Roman Catholic Church
of the Parish of Caddo
4300 N. Market Street
Shreveport, LA 71107


Congregation of St. Pius X
Roman Catholic Church
of the Parish of Caddo
 4300 N. Market Street
Shreveport, LA 71107


Congregation of the Holy Spirit
Province of the United States
6230 Brush Run Road
Bethel Park, PA 15102

Diocese of Alexandria -


Constant Legal Group
737 Bolivar Road, Suite 440
Cleveland, OH 44115


Diocese of Alexandria Priest Ret
4400 Coliseum Blvd
Alexandria, LA 71301


Diocese of Shreveport
3500 Fairfield Ave
Shreveport, LA 71104


Diocese of Shreveport
 3500 Fairfield Ave.
Shreveport, LA 71104


Diocese of Shreveport
3500 Fairfield Ave.
Shreveport, LA 71104


Franciscan U of Steubenville
c/o Dawn de Fallo
114 Brady Circle East
Steubenville, OH 43952


Gainsburgh, Benjamin, et al
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163


Gallagher Re
Stewart Johnson
12750 Merit Dr.
Ste 100
Dallas, TX 75251

Diocese of Alexandria -


Great American Insurance Company
Attn:Paula Unrau; Nathan Wilkins
301 E. Fourth St.
Cincinnati, OH 45202


Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113


Holy Savior Menard School
4603 Coliseum Blvd #3518
Alexandria, LA 71303


Horowitz Law
110 East Broward Blvd. Ste. 1850
Fort Lauderdale, FL 33301


Jesuit High School, Shreveport
Loyola Educational Corp.
921 Jordan Street
Shreveport, LA 71101


Jesuit High School, Shreveport
Loyola Educational Corp.
of Shreveport
921 Jordan Street
Shreveport, LA 71101


Kinetix
400 Murray Street
Alexandria, LA 71301


Lamothe Law Firm, LLC
400 Poydras St., Suite 1760
New Orleans, LA 70130


Law Offices-Richard C. Trahant
2908 Hessmer Avenue
Metairie, LA 70002

Diocese of Alexandria -


LCWCP
POB 7417
Alexandria, LA 71306


Louisiana Department of Educatio
1201 North Third St.
Baton Rouge, LA 70802-5243


Loyola University
6363 St. Charles Avenue
New Orleans, LA 70118


Mansfield Melancon Cranmer et al
404 Europe Street
Baton Rouge, LA 70802


Munich Reinsurance
Gregory Caruso
PO Box 5241
Princeton, NJ 08543


N. Frank Elliott, III, LLC
P.O. Box 3065
Lake Charles, LA 70601


Nativity of the Blessed
Virgin Mary Church
119 Tally Street
Campti, LA 71411


Nativity of the Blessed
Virgin Mary Church
 119 Tally Street
Campti, LA 71411


New York Liquidation Bureau
Attn: Adrienne A. Harris
180 Maiden Lane
New York, NY 10038-3889

Diocese of Alexandria -

Nicholas Rockforte
Laborde Earles
1901 Kaliste Saloom Rd
Lafayette, LA 70508

Optimum
1418 MacArthur Dr.
Alexandria, LA 71301

Pieffer Wolf et al
935 Gravier St. #1600
New Orleans, LA 70112

Province of Our Lady
of Guadalupe, Inc
770 S. Central Ave
Atlanta, GA 30354

Province of Our Lady
of Guadalupe, Inc
770 S. Central Ave.
Atlanta, GA 30354

Quadient Leasing
c/o Cunningham Business Systems
120 Windermere Blvd
Alexandria, LA 71303

R. N. H.
address under seal
Greenwood, LA 71033

Romanucci & Blandin
321 North Clark St., Ste. 900
Chicago, IL 60654

Sabine State Bank
297 Elizabeth St.
Many, LA 71449

Diocese of Alexandria -

Salim-Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457

Shearman-Denenea, LLC
4240 Canal Street, 2nd Floor
New Orleans, LA 70119

Slater Slater Schulman, LLP
825 Baronne Street
New Orleans, LA 70113

Society of St. Teresa of Jesus
18080 St Joseph Way
Covington, LA 70433

Southern Heritage Bank
5211 Jackson St. Ext.
Alexandria, LA 71303

St. Catherine of
Siena Roman
Catholic Church
7109 Henderson St.
Shreveport, LA 71106

St. Catherine of Siena Roman
Catholic Church
7109 Henderson St.
Shreveport, LA 71106

St. Mary Catholic Church
Jena, Louisiana
1571 N. 2nd Street
Jena, LA 71342

Diocese of Alexandria -

St. Mary Catholic Church
 Jena, Louisiana
 1571 N. 2nd Street
Jena, LA 71342

Swiss Reinsurance Co. Ltd.
Thru Counsel: Catalina Sugayan
Clyde & Co
30 South Wacker Dr., Ste. 2600
Chicago, IL 60606

Swiss Reinsurance Co. Ltd.
Catalina Sugayan
30 South Wacker Dr.
Ste. 2600
Chicago, IL 60606

T. Taylor Townsend, LLC
725 Third Street
Natchitoches, LA 71457

The Bezou Law Firm
534 East Boston St.
Covington, LA 70433

The Congregation of Sacred
Heart Roman Catholic Church
of the Parish of Richland, LA
716 Francis Street
Rayville, LA 71269

The Congregation of St. John's
Roman Catholic Church
of the Parish of Caddo
939 Jordan Street
Shreveport, LA 71101

Diocese of Alexandria -

The Congregation of St. John's
 Roman Catholic Church
 of the Parish of Caddo
939 Jordan Street
Shreveport, LA 71101


Travelers
Dee K. Anderson
PO Box 2902
Hartford, CT 06104-2902


U.S. Central &
Southern Province
Society of Jesus
4511 W. Pine Blvd.
Saint Louis, MO 63108-2191


U.S. Central & Southern Province
Society of Jesus
4511 W. Pine Blvd.
Saint Louis, MO 63108-2191


U.S. Central & Southern Province
 Society of Jesus
4511 W. Pine Blvd.
Saint Louis, MO 63108-2191


US Central  & Southern Province
Society of Jesus
4511 W. Pine Blvd.,
Saint Louis, MO 63108-2191


US Central  & Southern Province
Society of Jesus
4511 W. Pine Blvd.
Saint Louis, MO 63108-2191


Waste Connections Alexandria
1515 England Drive
Alexandria, LA 71303

Diocese of Alexandria -


Waste Connections Alexandria
1515 England Drive
Alexandria, LA 71303-4109


Waterworks District No. 3
1306 3rd Street
POB 580
Tioga, LA 71477-0580


WC of Louisiana
1515 England Dr.
Alexandria, LA 71301


Whaley Law Firm
6700 Jefferson Highway
Building12, Suite A
Baton Rouge, LA 70806


Xerox Financial Services
201 Merritt 7
Norwalk, CT 06581

**United States Bankruptcy Court**
**Western District of Louisiana**

In re   **Diocese of Alexandria**                                                          Case No.

                                                                    Debtor(s)         Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 31, 2025**                              **/s/ David Brook**

                                                                    **David Brook/CFO**
                                                                    Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Diocese of Alexandria**      Case No. _____

           Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Diocese of Alexandria**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 31, 2025** _____      **/s/ Bradley L. Drell** _____

Date                          **Bradley L. Drell 24387**

Signature of Attorney or Litigant

Counsel for    **Diocese of Alexandria** _____

**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**