# EXHIBIT C

# INITIAL CORE SERVICE LIST

 

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AT&T | | 6503 Coliseum Blvd. | Suite B | Alexandria | LA | 71303 |
| Atmos Energy | | 4323 Hwy. 28 East | | Pineville | LA | 71360 |
| AWKO Law | | 17 E. Main St. #200 | | Birmingham | AL | 35202 |
| Aylstock, Witkin, Kreis & Overholtz | Attn: Reagan Charleston Thomas | 17 E. Main St., Suite 200 | | Pensacola | FL | 32502 |
| City of Alexandria | | 625 Murray St. | | Alexandria | LA | 71301 |
| City of Pineville | | 405 Sanders St. | POB 3820 | Pineville | LA | 71361 |
| CLECO | | 2030 Donahue Ferry Road | POB 5000 | Pineville | LA | 71361 |
| Constant Legal Group | | 737 Bolivar Road, Suite 440 | | Cleveland | OH | 44115 |
| Diocese of Alexandria | c/o Gold Weems Bruser Sues & Rundell | Attn: Bradley L. Drell, Esq., Heather M. Mathews, Esq., Greg Upton, Esq. & Steve Lefluer, Esq. | 2001 MacArthur Drive, PO Box 6118 | Alexandria | LA | 71307-6188 |
| Diocese of Alexandria | c/o Husch Blackwell LLP | Attn: Lindsey Greenawald, Esq., Morgan Hutchinson, Esq., Bruce Arnold, Esq., Frank LoCoco, Esq., & Mark Benedict, Esq. | 511 North Broadway, Suite 1100 | Milwaukee | WI | 53202 |
| Diocese of Alexandria | | 410 Second St. | | Winnsboro | LA | 71295 |
| Diocese of Alexandria Priest Ret | | 4400 Coliseum Blvd | | Alexandria | LA | 71301 |
| Franciscan U of Steubenville | c/o Dawn de Fallo | 114 Brady Circle East | | Steubenville | OH | 43952 |
| Gainsburgh Benjamin | Attn: Elise Benezech & Brittany Wolf-Freedman | 601 Poydras St. | | New Orleans | LA | 70130 |
| Gainsburgh, Benjamin, et al | | 2800 Energy Centre | 1100 Poydras St. | New Orleans | LA | 70163 |
| Herman, Herman & Katz, L.L.C. | | 820 O'Keefe Avenue | | New Orleans | LA | 70113 |
| Horowitz Law | Attn: Adam Horowitz | 110 East Broward Blvd. Ste. 1850 | | Fort Lauderdale | FL | 33301 |
| Jeff Anderson & Associates | Attn: Jeff Anderson & Molly Burke | 366 Jackson St. | | St. Paul | MN | 55101 |
| Kinetix | | 400 Murray Street | | Alexandria | LA | 71301 |
| Laborde Earles Law Firm | Attn: Nicholas Rockforte | 1901 Kaliste Saloom Rd. | | Lafayette | LA | 70508 |
| Lamothe Law Firm, LLC | Attn: Julien G. Lamothe | 400 Poydras St., Suite 1760 | | New Orleans | LA | 70130 |
| Law Offices of Kenneth W. DeJean | Attn: Natalie M. DeJean, Adam R. Credeur, & Kenneth DeJean | 417 W. University Avenue | | Lafayette | LA | 70506 |
| Law Offices-Richard C. Trahant | | 2908 Hessmer Avenue | | Metairie | LA | 70002 |
| Mansfield Melancon Cranmer et al | Attn: Collin Melancon | 404 Europe Street | | Baton Rouge | LA | 70802 |
| N. Frank Elliott, III, LLC | Attn: Norval Frank Elliot, III | P.O. Box 3065 | | Lake Charles | LA | 70601 |
| Optimum | | 1418 MacArthur Dr. | | Alexandria | LA | 71301 |
| Peiffer Wolf Carr Kane Conway & Wise | Attn: Elicia Ford | 935 Gravier St., Suite 1600 | | New Orleans | LA | 70112 |
| Pieffer Wolf et al | | 935 Gravier St. #1600 | | New Orleans | LA | 70112 |
| Romanucci & Blandin | | 321 North Clark St., Ste. 900 | | Chicago | IL | 60654 |
| Sabine State Bank | | 297 Elizabeth St. | | Many | LA | 71449 |
| Salim-Beasley, LLC | Attn: Robert L. Salim | 1901 Texas Street | | Natchitoches | LA | 71457 |
| Shearman-Denenea, LLC | | 4240 Canal Street, 2nd Floor | | New Orleans | LA | 70119 |
| Slater Slater Schulman, LLP | Attn: Daniel Meyer | 825 Baronne Street | | New Orleans | LA | 70113 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | Baton Rouge | LA | 70802 |
| T. Taylor Townsend, LLC | Attn: T. Taylor Townsend | 725 Third Street | | Natchitoches | LA | 71457 |
| The Bezou Law Firm | | 534 East Boston St. | | Covington | LA | 70433 |
| U.S. Trustee Program Region 5 | Attn: David W. Asbach | c/o Office of the U.S. Trustee | 600 S. Maestri Place, Suite 840-T | New Orleans | LA | 70130 |
| Waste Connections Alexandria | | 1515 England Drive | | Alexandria | LA | 71303-4109 |
| Waterworks District No. 3 | | 1306 3rd Street | POB 580 | Tioga | LA | 71477-0580 |
| Whaley Law Firm | Attn: John Randall Whaley | 6700 Jefferson Highway | Building 12, Suite A | Baton Rouge | LA | 70806 |
| Wiener, Weiss & Madison, APC | Attn: Patrick L. McCune | 445 Louisiana Avenue | | Baton Rouge | LA | 70802 |
| Wiener, Weiss & Madison, APC | Attn: R. Joseph (Chip) Naus | 330 Marshall Street, Suite 1000 | | Shreveport | LA | 71101 |

Diocese of Alexandria
Case No. 25-31257

For assistance, please contact Stretto by emailing TeamDioceseofAlexandria@Stretto.com or by calling 855.655.5795 (toll-free).

Page 1 of 1

25-31257 - #13-3  File 10/31/25  Enter 10/31/25 18:15:34  Exhibit C-Initial Core Service List Pg 2 of 2