# EXHIBIT A

# PROPOSED ORDER

IN RE:                                                                CASE NO. 25-_____

**DIOCESE OF ALEXANDRIA**

         **DEBTOR**[1]                                                   **CHAPTER 11**

## ORDER

**IT IS HEREBY ORDERED** that Bruce G. Arnold be and is hereby admitted to the bar of this Court pro hac vice on behalf of the Diocese of Alexandria in the above described action.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: _____
        Bradley L. Drell, Esq. (La. Bar #24387)
        Heather M. Mathews, Esq. (La. Bar #29967)
        2001 MacArthur Drive
        P.O. Box 6118
        Alexandria, LA 71307
        Telephone   (318) 445-6471
        Facsimile    (318) 445-6476
        Email:        bdrell@goldweems.com
                       hmathews@goldweems.com

**HUSCH BLACKWELL LLP**

Mark T. Benedict, Esq. (*pro hac vice forthcoming*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
        Telephone   (816) 983-8000
        Facsimile    (816) 983-8080
        Email:        mark.benedict@huschblackwell.com

        AND

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

Francis H. LoCoco, Esq. (*pro hac vice forthcoming*)
Bruce G. Arnold, Esq. (*pro hac vice forthcoming*)
Lindsey M. Greenawald, Esq. (*pro hac vice forthcoming*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone   (414) 273-2100
Facsimile   (414) 223-5000
Email:   frank.lococo@huschblackwell.com
   bruce.arnold@huschblackwell.com
   lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**