

Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

FRANCIS H. LOCOCO

was admitted to practice as an attorney within this state on June 17, 1986 and is presently in good standing in this court.

Dated: July 28, 2025

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court




P-7000, 03/2005 Certificate of Good Standing

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 23, 2025

Re: Francis H. LoCoco, State Bar Number 24122830

To Whom It May Concern:

This is to certify that Francis H. LoCoco was licensed to practice law in Texas on April 08, 2021, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253