UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                      CASE NO. 25-31257

   DIOCESE OF ALEXANDRIA

      DEBTOR[1]                                             CHAPTER 11

## ORDER

**IT IS HEREBY ORDERED** that Mark T. Benedict be and is hereby admitted to the bar of this Court pro hac vice on behalf of the Diocese of Alexandria in the above described action.

###

Respectfully submitted:

**HUSCH BLACKWELL LLP**

By: */s/ Mark T. Benedict*
    Mark T. Benedict, Esq.
    (MO Bar No. 44621)
    (KS Bar No. 16418)
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Telephone (816) 983-8000
    Facsimile (816) 983-8080
    Email: mark.benedict@huschblackwell.com

**ATTORNEY FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

4