**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

IN RE:                                                                                CASE NO. 25-31257

    DIOCESE OF ALEXANDRIA

    DEBTOR[1]                                                                    CHAPTER 11

---

***EXPEDITED* PETITION FOR ADMISSION *PRO HAC VICE***

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the Diocese of Alexandria, in the above-referenced case.

- I, Lindsey M. Greenawald, am ineligible to become a member of this court, but I am a member in good standing with the Supreme Court of Wisconsin and the Supreme Court of South Carolina, which are the highest courts of such states. Attached hereto are certificates of good standing from each state.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Bradley L. Drell of the firm Gold, Weems, Bruser, Sues & Rundell (A Professional Law Corporation) is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana Bankruptcy Court to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, and LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

Alexandria, Louisiana, this 31st day of October, 2025

Respectfully submitted:

| | |
|---|---|
| /s/ Lindsey M. Greenawald | /s/ Bradley L. Drell |
| Signature of Applying Attorney | Signature of Local Counsel |

**APPLYING COUNSEL INFORMATION:**   **LOCAL COUNSEL INFORMATION**:

Name: Lindsey M. Greenawald (WI Bar No. 1065701) (SC Bar No. 103516)

Name: Bradley L. Drell (#24387)

Firm: Husch Blackwell LLP

Firm: GOLD, WEEMS, BRUSER, SUES & RUNDELL (A Professional Law Corporation

Address: 511 North Broadway
Suite 1100
Milwaukee, WI 53202

Address: 2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307-6118

Telephone: (414) 978-5536
Fax: (414) 223-5000
E-mail: lindsey.greenawald@huschblackwell.com

Telephone: (318) 445-6471
Fax: (318) 445-6476
E-mail: bdrell@goldweems.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                              CASE NO. 25-31257

    DIOCESE OF ALEXANDRIA

        DEBTOR[1]                                              CHAPTER 11

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Expedited* Petition for Admission *Pro Hac Vice* has been presented to the Clerk of Court for filing and uploading to the CM/ECF system. It is further certified that this filing was served on the Office of the United States Trustee, 300 Fannin Street, Room 3196, Shreveport, LA 71101 and any party requesting notice by CM/ECF, by placing a copy of the same in the U.S. Mail, properly addressed, with prepaid postage affixed, or by CM/ECF.

Alexandria, Louisiana, this 31st day of October, 2025.

                                         Respectfully submitted:

                                         **GOLD, WEEMS, BRUSER, SUES & RUNDELL**

                                         By: /s/ *Bradley L. Drell*
                                                 Bradley L. Drell, Esq. (La. Bar #24387)
                                                 Heather M. Mathews, Esq. (La. Bar #29967)
                                                 2001 MacArthur Drive
                                                 P.O. Box 6118
                                                 Alexandria, LA 71307
                                                 Telephone (318) 445-6471
                                                 Facsimile  (318) 445-6476
                                                 Email:    bdrell@goldweems.com
                                                                            hmathews@goldweems.com

                                         **HUSCH BLACKWELL LLP**

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

Mark T. Benedict, Esq. (*pro hac vice forthcoming*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
Email: mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq. (*pro hac vice forthcoming*)
Bruce G. Arnold, Esq. (*pro hac vice forthcoming*)
Lindsey M. Greenawald, Esq. (*pro hac vice forthcoming*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone (414) 273-2100
Facsimile (414) 223-5000
Email: frank.lococo@huschblackwell.com
bruce.arnold@huschblackwell.com
lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**