# EXHIBIT A

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:   CASE NO. 25-31257

DIOCESE OF ALEXANDRIA

DEBTOR[1]   CHAPTER 11

### ORDER

**IT IS HEREBY ORDERED** that Lindsey M. Greenawald be and is hereby admitted to the bar of this Court pro hac vice on behalf of the Diocese of Alexandria in the above described action.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: _____
      Bradley L. Drell, Esq. (La. Bar #24387)
      Heather M. Mathews, Esq. (La. Bar #29967)
      2001 MacArthur Drive
      P.O. Box 6118
      Alexandria, LA 71307
      Telephone   (318) 445-6471
      Facsimile   (318) 445-6476
      Email:   bdrell@goldweems.com
                  hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
      Mark T. Benedict, Esq. (*pro hac vice forthcoming*)
      4801 Main Street, Suite 1000
      Kansas City, MO 64112
      Telephone   (816) 983-8000
      Facsimile   (816) 983-8080
      Email:   mark.benedict@huschblackwell.com

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

AND

Francis H. LoCoco, Esq. (*pro hac vice forthcoming*)
Bruce G. Arnold, Esq. (*pro hac vice forthcoming*)
Lindsey M. Greenawald, Esq. (*pro hac vice forthcoming*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone      (414) 273-2100
Facsimile       (414) 223-5000
Email:           frank.lococo@huschblackwell.com
                    bruce.arnold@huschblackwell.com
                    lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**