

Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**LINDSEY MARIE GREENAWALD**

was admitted to practice as an attorney within this state on May 24, 2010 and is presently in good standing in this court.

Dated: October 30, 2025

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing

# The Supreme Court of South Carolina

## Certificate of Good Standing

      I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Lindsey Marie Greenawald (Lindsey Marie Greenawald) was duly sworn and admitted as an attorney in this state on May 22, 2018 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

October 28, 2025

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.