**SO ORDERED.**

**DONE and SIGNED November 4, 2025.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 25-31257 |
| | § | |
| Diocese of Alexandria | § | Chapter 11 |
|   Debtor | § | |

### Order Governing Remote Access to Proceedings, Location of Hearings and Scheduling of Hearings

Pursuant to the authority of the Court under 11 U.S.C. § 105(a) and consistent with the policy of the Judicial Conference of the United States concerning public access to civil and bankruptcy proceedings, the Court enters this Order governing the scheduling of hearings and access to proceedings in this case.

### 1. Scheduling of Hearings

Unless otherwise allowed by the Court, hearings in this case must be scheduled on any available **Tuesday** appearing on the Court's calendar.

### 2. Location of Hearings and Courtroom Access

Unless otherwise ordered by the Court, all hearings in this case shall be conducted at the Tom Stagg United States Court House, 300 Fannin Street, Fourth Floor, Courtroom Four, Shreveport, Louisiana 71101. The courtroom will be open to all parties, parties in interest, and members of the public for access to all hearings and trials.

## 3. Hearings without Testimony

Unless otherwise ordered by the Court:

    **(a) <u>Attendance Options for Parties</u>**. Parties and attorneys representing parties may appear either in person in the courtroom or by video conference via Zoom for Government for all hearings, conferences, and other routine matters not involving testimony.

    **(b) <u>Attendance Options for the Public and Media</u>**. Members of the public and media may attend such hearings in person or by **<u>audio-only</u>** access via Zoom for Government.

## 4. Hearings and Trials with Testimony

    **(a) <u>In-Person Proceedings</u>**. Unless otherwise ordered, hearings and trials involving testimony shall be conducted in person in the courtroom.

    **(b) <u>Remote Participation for Cause</u>**. For good cause shown—including under Fed. R. Civ. P. 43(a), as applicable—the Court may authorize remote participation in any contested matter or trial, or a portion thereof, for parties, attorneys, witnesses, or interpreters.

    **(c) <u>Public Access During Testimony</u>**. Pursuant to Judicial Conference policy, members of the public and media may not have remote access to any portion of a hearing or trial that includes testimony. Public and media observers who wish to view testimony must attend in person in the courtroom.

    **(d) <u>Public Access During Non-Testimonial Portions</u>**. The Court may permit remote audio access to non-testimonial portions of hearings or trials for members of the public and media.

## 5. Procedures for Remote Appearance by Zoom

    **(a) <u>Access Information</u>**. The Court will use a single Zoom for Government meeting link for both audio and video participation. Detailed access instructions are provided in the "Notice Regarding Remote Access to Proceedings for Cases Assigned to Judge John S. Hodge" available on the Court's website at [Judge Hodge – Remote Access Procedures](#).

    **(b) <u>Permission</u>**. Parties and members of the public may participate or listen to hearings via Zoom without prior permission from Chambers.

    **(c) <u>Video Access</u>**. The courtroom clerk will enable video access for parties

and attorneys of record. All other participants, including members of the public and the media, will be granted audio-only (telephone) access.

**(d) <u>Conduct and Identification</u>**. All participants must identify themselves by name when joining the session and comply with all directives from the Court or courtroom clerk regarding muting, video use, and decorum.

## 6. General Provisions

**(a)** This Order governs all proceedings in this Chapter 11 case unless otherwise ordered.

**(b)** The Court retains discretion to modify the procedures set forth herein as justice requires.

**(c)** Parties and observers are responsible for checking the Court's website or case docket for any updates to remote access instructions or courtroom policies.

###