# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−3 | User: admin | Date Created: 11/4/2025 |
| Case: 25−31257 | Form ID: pdf8 | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust        Office of U. S. Trustee        USTPRegion05.SH.ECF@usdoj.gov
aty        Antony Constantini        antony.constantini@usdoj.gov
aty        Bradley L. Drell        bdrell@goldweems.com
aty        Heather M. Mathews        hmathews@goldweems.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Diocese of Alexandria        4400 Coliseum Blvd.        Alexandria, LA 71303

TOTAL: 1