# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

IN RE:  CASE NO. 25-31257

**DIOCESE OF ALEXANDRIA**

**DEBTOR**[1]  CHAPTER 11

## WITNESS AND EXHIBIT LIST FOR DECEMBER 9, 2025

NOW INTO COURT, through undersigned counsel, comes the above-captioned debtor and debtor in possession (the "Debtor"), who files this Witness and Exhibit List for the hearing set before this Court on December 9, 2025 at 10:00 a.m. CST.

**PLEADINGS**

| Dkt. No. | Pleading | Comment or Objection |
|---|---|---|
| 5 | *Motion for Interim and Final Orders Authorizing the Debtor to Pay Wages and Benefits to Its Personnel and to Satisfy Related Obligations* | |
| 6 | *Motion for Interim and Final Orders: (A) Determining Adequate Assurance of Payment for Debtor's Utility Services; (B) Restraining Utilities from Altering, Disconnecting or Refusing the Debtor's Service; and (C) Scheduling a Final Hearing* | |
| 8 | *Motion for Interim and Final Orders: (A) Authorizing the Debtor to Continue Its Pre-Petition Insurance Program and Satisfy Obligations Due Thereunder; (B) Authorizing the Debtor to Renew, Modify, or Purchase Insurance Coverage; and (C) Scheduling a Final Hearing* | |
| 7 | *Motion for Interim and Final Orders: (A) Authorizing Continued Use of Existing Cash Management System; (B) Authorizing Maintenance of Existing Bank Accounts, Business Forms, and Segregated Restricted Fund Accounts; (C) Waiving Certain Deposit and Investment Requirements; and (D) Granting Related Relief* | Doc. 124 |

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

1

| Dkt. No. | Pleading | Comment or Objection |
|---|---|---|
| 129 | *Supplement to the Debtor's Expedited Motion for Interim and Final Orders: (A) Authorizing Continued Use of Existing Cash Management System; (B) Authorizing Maintenance of Existing Bank Accounts, Business Forms, and Segregated Restricted Fund Accounts; (C) Waiving Certain Deposit and Investment Requirements; and (D) Granting Related Relief* | |
| 9 | *Verified Motion for Approval of Insider Compensation* | |
| 11 | *Application for Interim and Final Orders to Employ Gold Weems as Counsel* | |
| 12 | *Application for Interim and Final Orders to Employ Husch Blackwell as Counsel* | |
| 15 | *Application for Interim and Final Orders Authorizing the Employment and Retention of Getzler Henrich & Associates LLC, as Financial Advisor for the Debtor* | |
| 10 | *Application to Employ Claims and Noticing Agent* | |
| 13 | *Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* | Doc. 125 |
| 127 | *Debtor's Expedited Motion for Interim and Final Orders Authorizing Postpetition Use of Cash Collateral and Granting Adequate Protection to Southern Heritage Bank* | |
| 128 | *Debtor's Application to Employ Payne, Moore & Herrington, LLP as Auditor for the Debtor* | |

25-31257 - #141   File 12/08/25   Enter 12/08/25 16:08:53   Main Document   Pg 2 of 5

**EXHIBITS**

| Exhibit | Description | Offered | Objection | Admission | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of David Brook [Dkt. No. 17] | | | | |
| 2 | Schedule A/B [Dkt. No. 1 pp. 26-27] | | | | |
| 3 | Addendum to Schedule A/B [Dkt. No. 126] | | | | |
| 4 | The Statement of Financial Affairs [Dkt. No. 1 p. 69] | | | | |
| 5 | Declaration in Support of the Gold Weems Application [Dkt. No. 11, Exh. A] | | | | |
| 6 | Declaration in Support of the HB Application [Dkt. No. 12, Exh. A] | | | | |
| 7 | The Stretto Contract [Dkt. No. 10, Exh. A] | | | | |
| 8 | Proposed Confidentiality Order [Dkt. No. 140] | | | | |
| 9 | Proposed Cash Management Order [Dkt. No. 129, Exh. B] | | | | |
| 10 | Declaration of John D. Baumgartner [Dkt No. 138] | | | | |
| | Any document or pleading filed in the Chapter 11 Cases | | | | |
| | Any exhibit identified or offered by any other party | | | | |

**WITNESSES**

1. David Brook (subject to cross examination)

2. John D. Baumgartner (Expert Witness) (subject to cross examination)

3. Any witness named by any other party or called by any other party.

4. Any witness necessary to authenticate a document.

**RESERVATION**

The Debtor reserves the rights to supplement or amend this Exhibit and Witness List at any time prior to the Hearing.

Alexandria, Louisiana, this 8th day of December, 2025.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
Bradley L. Drell, Esq. (La. Bar #24387)
Heather M. Mathews, Esq. (La. Bar #29967)
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307
Telephone     (318) 445-6471
Facsimile     (318) 445-6476
Email: bdrell@goldweems.com
           hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq.
State Bar No. (MO) 44621
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone     (816) 983-8000
Facsimile     (816) 983-8080
Email: mark.benedict@huschblackwell.com

AND

Francis H. LoCoco
State Bar No. (WI) 1012896

State Bar No. (TX) 24122830
Lindsey M. Greenawald, Esq.
State Bar No. (WI) 1065701
State Bar No. (SC) 1035601
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone     (414) 978-5536
Facsimile     (414) 223-5000
Email: lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**