EXHIBIT 2

**Fill in this information to identify the case:**

Debtor name: **Diocese of Alexandria**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $150.00 |
| 2. | **Cash on hand** | | $200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Red River Bank | CASH-OPERATING Unrestricted | | $258,031.01 |
| 3.2. | Red River Bank | CASH-EFT Unrestricted | 1641 | $240,705.03 |
| 3.3. | Red River Bank | CASH-SAVINGS Unrestricted | 1666 | $5,620.57 |
| 3.4. | Ameriprise Account (Listed as LPL on financials) | CASH Unrestricted | | $1,702,818.38 |
| 3.5. | Catholic Mutual | CASH-CLAIMS Unrestricted | | $15,000.00 |

Debtor **Diocese of Alexandria**     Case number *(If known)* _____
    Name

| | | | | |
|---|---|---|---|---|
| 3.6. | Southern Heritage Bank | Money Market Account | 2033 | $2,755,974.00 |
| 3.7. | Southern Heritage Bank | Certificate of Deposit | 0411 | $1,835,000.00 |
| 3.8. | Southern Heritage Bank | Certificate of Deposit | 0512 | $2,614,012.73 |
| 3.9. | Ouachita Bank | Investment-Ouachita Bank Unrestricted | | $450.00 |
| 3.10. | Southern Heritage Bank | Checking | 1266 | $339,394.89 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**      **$9,767,356.61**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments
6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable
10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:    **914,872.66**    −    **396,936.33**    = ....    **$517,936.33**
                                  face amount                      doubtful or uncollectible accounts

12. **Total of Part 3.**      **$517,936.33**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments
13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets
18. **Does the debtor own any inventory (excluding agriculture assets)?**