EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

IN RE:

DIOCESE OF ALEXANDRIA            CASE NO. 25-31257

DEBTOR            CHAPTER 11

**ADDENDUM TO SCHEDULE A/B (OFFICIAL FORM 206A/B)**

**ASSETS – REAL AND PERSONAL PROPERTY**

**SUPPLEMENTAL INFORMATION REGARDING AMERIPRISE FINANCIAL INVESTMENT ACCOUNT**

    David Brook, Chief Financial Officer of the Diocese of Alexandria (the "Debtor"), hereby submits this Addendum to Schedule A/B (Official Form 206A/B) filed in the above-captioned bankruptcy case on October 31, 2025. This Addendum provides supplemental detail regarding the Debtor's Ameriprise Financial Investment Account (Account No. ending in ****1133) as listed on Schedule A/B, Part 1, Line 3.4.

**I. ACCOUNT SUMMARY**

    As of October 31, 2025 (the Petition Date), the Ameriprise Financial Investment Account held assets with a total value of $1,514,084.35. This account is managed by Michael Upton, AAMS™, with UDB Financial, a financial advisory practice of Ameriprise Financial Services, LLC, located at 207 Ansley Blvd Suite A, Alexandria, Louisiana 71303.

**II. DETAILED HOLDINGS**

**A. Cash and Cash Equivalents**

    Ameriprise Insured Money Market Account (AIMMA): The account includes $288,311.35 in the Ameriprise Insured Money Market Account. This balance is held in omnibus accounts at FDIC member banks, including Ameriprise Bank FSB, Minneapolis, Minnesota ($246,264.55) and Goldman Sachs Bank USA, Salt Lake City, Utah ($42,046.80). These deposits receive FDIC pass-through insurance coverage in favor of the Diocese of Alexandria as the beneficial owner.

**B. Mutual Funds**

    Goldman Sachs Financial Square Federal Instruments Admin Class (Symbol: FIOXX): The account holds 550,000.000 shares valued at $550,000.00 (at $1.00 per share). This is a money market mutual fund and is not FDIC insured. However, the fund invests only in U.S. government securities and repurchase agreements collateralized by such securities. This includes two primary categories: (1) U.S. Treasury Securities: Direct obligations issued by the U.S. Treasury Department and (2) Government Agency Obligations: Securities issued by U.S. government agencies such as Federal Home Loan Banks (FHLB), Federal National

1

Mortgage Association (Fannie Mae), and Federal Home Loan Mortgage Corporation (Freddie Mac).

**C. Certificates of Deposit (CDs)**

The account holds three certificates of deposit, each of which carries FDIC insurance running in favor of the Diocese of Alexandria as the beneficial owner and depositor. The certificates of deposit are as follows:

| Issuing Bank & FDIC Certificate No. | CUSIP | Face Amount / Maturity | Value as of 10/31/25 |
|---|---|---|---|
| Morgan Stanley Private Bank NA, Purchase, NY FDIC #34221 | 61776NGS6 | $250,000.00 4.250% Due 12/04/2025 | $250,040.00 |
| Wells Fargo Bank NA, Sioux Falls, SD FDIC #03511 | 949764RA4 | $225,000.00 4.250% Due 02/27/2026 | $225,261.00 |
| Coastal Carolina National Bank, Myrtle Beach, SC FDIC #58864 | 190436AG0 | $200,000.00 4.200% Due 05/29/2026 | $200,472.00 |
| | | **Total Certificates of Deposit:** | **$675,773.00** |

**III. FDIC INSURANCE CLARIFICATION**

The three certificates of deposit identified above are held in the Debtor's brokerage account at Ameriprise Financial but are issued by and deposits at the respective FDIC-insured banks identified in the table above. FDIC insurance for each certificate of deposit runs in favor of the Diocese of Alexandria as the beneficial owner and depositor of the funds, not in favor of Ameriprise Financial Services, LLC or American Enterprise Investment Services, Inc. as custodian or broker-dealer. Each certificate is separately insured by the FDIC up to the applicable insurance limits ($250,000 per depositor, per insured bank, for each account ownership category), subject to the requirements and conditions established by the FDIC.

Similarly, the Ameriprise Insured Money Market Account balances held at Ameriprise Bank FSB and Goldman Sachs Bank USA receive FDIC pass-through insurance coverage in favor of the Diocese of Alexandria as the beneficial owner, up to applicable FDIC limits.

**IV. TOTAL ACCOUNT VALUE**

The total value of the Ameriprise Financial Investment Account as of the Petition Date (October 31, 2025) is $1,514,084.35, comprising $288,311.35 in cash and cash equivalents, $550,000.00 in mutual funds (not FDIC insured), and $675,773.00 in FDIC-insured certificates of deposit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 3, 2025

/s/ David Brook
David Brook
Chief Financial Officer
Diocese of Alexandria