EXHIBIT 4

| Debtor | Diocese of Alexandria | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Louisiana Department of Educatio<br>1201 North Third St.<br>Baton Rouge, LA 70802-5243 | Segregated Bank Account | School Lunch funds for all Diocesan schools. | $0.00 |
| Various Insurance Companies & LCWCP | Regions Bank<br>1439 Center Court<br>Alexandria, LA 71301 | Repurchase Agreement Restricted Fund | $280,000.00 |
| Various Donors | Red River Bank<br>1412 Centre Ct. #101<br>Alexandria, LA 71301 | Annual Diocesan Appeal Restricted Fund | $34,502.05 |
| Varioua Priests | Cadence Bank<br>4600 Jackson St.<br>Alexandria, LA 71303 | Priest Benefits Accounts (2 accounts) | $550,974.27 |
| LCWCP<br>POB 7417<br>Alexandria, LA 71306 | Red River Bank<br>1412 Centre Ct. #101<br>Alexandria, LA 71301 | CD to secure obligations that might be owed for future claims; required by the excess carrier Safety National | $400,000.00 |
| Various Donors | Southern Heritage Bank<br>5211 Jackson St.<br>Alexandria, LA 71303 | Donor Restricted Fund dedicated to education for seminarians. | $2,803,905.00 |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly