Exhibit 9

# EXHIBIT B

# REDLINE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IN RE:

**DIOCESE OF ALEXANDRIA**                    **CASE NO. 25-31257**

**DEBTOR¹**                                   **CHAPTER 11**

---

**FINAL ORDER (A) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; (B) AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS, BUSINESS FORMS, AND SEGREGATED RESTRICTED FUND ACCOUNTS; (C) WAIVING CERTAIN DEPOSIT AND INVESTMENT REQUIREMENTS; AND (D) GRANTING RELATED RELIEF**

Considering the *Debtor's Expedited Motion for Interim and Final Orders: (A) Authorizing Continued Use of Existing Cash Management System; (B) Authorizing Maintenance of Existing Bank Accounts, Business Forms, and Segregated Restricted Fund Accounts; (C) Waiving Certain Deposit and Investment Requirements; and (D) Granting Related Relief* (~~Doc. 7,~~ the "Motion")² and the Debtor's *Supplemental Request for Relief Pursuant to the Debtor's Expedited Motion for Interim and Final Orders: (A) Authorizing Continued Use of Existing Cash Management System; (B) Authorizing Maintenance of Existing Bank Accounts, Business Forms, and Segregated Restricted Fund Accounts; (C) Waiving Certain Deposit and Investment Requirements; and (D) Granting Related Relief* (the "Supplement") filed by the Diocese of Alexandria, as debtor and debtor in possession (the "Debtor"); and the Court having entered an interim order on ~~————— ——~~ November 6, 2025 (the "Interim Order"); and the Court having conducted a final hearing on the Motion (the "Final Hearing"); and it appearing that notice of the Final Hearing ~~and~~, the Motion, and the Supplement was good and sufficient under the

---

¹ The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.
² Capitalized terms used in this Final Order shall have the meanings ascribed to them in the Motion.

1

circumstances; and upon the record of the Final Hearing; and the Court having found that granting the relief requested in the Motion and the Supplement on a final basis is a sound exercise of the Debtor's business judgment and is in the best interests of the Debtor, its estate, its creditors, and all parties in interest; and after due deliberation and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion ~~is~~and Supplement are granted on a final basis as set forth herein.

2.     The Debtor is authorized, in the exercise of its business judgment, to continue to operate and maintain its existing cash management system (the "Cash Management System"), as described in the Motion, in the ordinary course of business.

3.     The Debtor is authorized to maintain and continue using all of its existing bank accounts (the "Bank Accounts") at the financial institutions identified in the Motion (the "Banks"). All such Banks are authorized and directed to continue to maintain and service such accounts for the Debtor as debtor in possession without interruption.

4.     The Banks are authorized and directed to accept, process, honor, and pay any and all checks, drafts, electronic fund transfers, and other payment orders made or issued by the Debtor, provided that the underlying obligation is authorized for payment by an order of this Court. The Banks shall be entitled to rely on the Debtor's representations that any such payments are so authorized.

5.     The Debtor is authorized to continue using its existing business forms, including but not limited to checks, deposit slips, and letterhead.  The Debtor shall maintain its business forms to bear the legend "Debtor in Possession" and the bankruptcy case number.

6.     The Debtor is authorized to open a new restricted fund account at Red River Bank for purposes of holding and maintaining certain restricted funds received after the Petition Date and subject to different restrictions than those governing current restricted fund accounts.

7.     The Debtor shall file an amended Statement of Financial Affairs that identifies the new restricted fund account and related information.

8.     ~~6.~~ The restricted fund accounts identified in the Motion and Supplement shall be maintained as segregated accounts, and the funds therein shall not be commingled with the Debtor's general operating funds or any other funds of the bankruptcy estate.

9.     ~~7.~~ The requirements of section 345(b) of the Bankruptcy Code and any applicable U.S. Trustee guidelines are hereby waived on a final basis.

10.    ~~8.~~ The 14-day stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived.

11.    ~~9.~~ Nothing in this Final Order shall be construed as an admission as to the validity of any claim or a waiver of the Debtor's rights to dispute any claim.

12.    ~~10.~~ This Final Order shall be effective and enforceable immediately upon its entry.

13.    ~~11.~~ The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Order.

14.    ~~12.~~ Notice of this Order shall be provided to the ~~core service list pursuant to~~ Core Service List as defined in the Court's *Interim Order Approving Debtor's Expedited Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Dkt. No. ~~•~~ 93].

###

~~Prepared and~~ Respectfully submitted ~~by~~:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: _____
    Bradley L. Drell, Esq. (La. Bar #24387)
    Heather M. Mathews, Esq. (La. Bar #29967)
    2001 MacArthur Drive

3

P.O. Box 6118
Alexandria, LA 71307
Telephone      (318) 445-6471
Facsimile      (318) 445-6476
Email:         bdrell@goldweems.com
               hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq. (*admitted pro hac vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone      (816) 983-8000
Facsimile      (816) 983-8080
Email:         mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq. (*admitted pro hac vice*)
Bruce G. Arnold, Esq. (*admitted pro hac vice*)
Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone      (414) 273-2100
Facsimile      (414) 223-5000
Email:         frank.lococo@huschblackwell.com
               bruce.arnold@huschblackwell.com
               lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**

| Summary report:<br>Litera Compare for Word 11.6.0.100 Document comparison done on<br>12/2/2025 12:47:10 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** FINAL - Proposed Order Granting Cash Management Motion.docx | |
| **Modified filename:** DRAFT - Supplement to Cash Management Motion (3).docx | |
| **Changes:** | |
| Add | 26 |
| Delete | 17 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 43 |