SO ORDERED.

DONE and SIGNED December 9, 2025.



_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                                   CASE NO. 25-31257

**DIOCESE OF ALEXANDRIA**

**DEBTOR**[1]                                                    **CHAPTER 11**

**FINAL ORDER APPROVING INSIDER COMPENSATION**

Considering the *Verified Motion for Approval of Insider Compensation* (Doc. 9, the "Motion")[2], by debtor and debtor in possession, Diocese of Alexandria (the "Debtor"):

**IT IS ORDERED** that the compensation to the Insiders as set forth in the Motion is hereby approved on a final basis, to the extent designated in paragraphs 9, 10, and 11 of the Motion;

**IT IS FURTHER ORDERED** that said compensation to the Insiders be subject to the requirements that the Debtor have positive cash flow, that all post-petition accounts payable

___

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.
[2] Capitalized terms used in this Final Order shall have the meanings ascribed to them in the Motion.

1

(including U.S. Trustee fees and taxes) be current, and that monthly operating reports be current; and

**IT IS FURTHER ORDERED** that notice of this Order shall be provided to the Core Service List as defined in the Court's *Interim Order Approving Debtor's Expedited Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Dkt. No. 93].

###

Prepared and submitted by:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: */s/ Bradley L. Drell*
    Bradley L. Drell, Esq. (La. Bar #24387)
    Heather M. Mathews, Esq. (La. Bar #29967)
    2001 MacArthur Drive
    P.O. Box 6118
    Alexandria, LA 71307
    Telephone (318) 445-6471
    Facsimile (318) 445-6476
    Email:    bdrell@goldweems.com
                hmathews@goldweems.com

    **HUSCH BLACKWELL LLP**
    Mark T. Benedict, Esq. (*admitted pro hac vice*)
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Telephone (816) 983-8000
    Facsimile (816) 983-8080
    Email:    mark.benedict@huschblackwell.com

    AND

    Francis H. LoCoco, Esq. (*admitted pro hac vice*)
    Bruce G. Arnold, Esq. (*admitted pro hac vice*)
    Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
    511 North Broadway, Suite 1100
    Milwaukee, WI 53202
    Telephone (414) 273-2100
    Facsimile (414) 223-5000
    Email:    frank.lococo@huschblackwell.com
                bruce.arnold@huschblackwell.com
                lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**