EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 25-31257 |
| **DIOCESE OF ALEXANDRIA** | |
| **DEBTOR** | **CHAPTER 11** |

**PLACE HOLDER FOR EXHIBIT 2**
**TO**
**APPLICATION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS TO EMPLOY WIENER, WEISS & MADISON,**
**A PROFESSIONAL CORPORATION, AS COUNSEL**
**AND ITS REQUEST FOR RELATED RELIEF**

Declaration* of the Acting Chairperson of the Official Committee of Unsecured Creditors
Clint Allen

*This declaration will be filed at a future point, separately, as a supplemental support document to the Application to Employ.