UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  CASE NO. 25-31257

DIOCESE OF ALEXANDRIA

DEBTOR  CHAPTER 11

## ORDER GRANTING THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY WIENER, WEISS & MADISON, A PROFESSIONAL CORPORATION, AS COUNSEL AND ITS REQUEST FOR RELATED RELIEF

Considering the *Application Of the Official Committee of Unsecured Creditors to Employ Wiener, Weiss & Madison, A Professional Corporation, as Counsel and its Request for Related Relief* (D.E. ____ , the "Application") filed by the Official Committee of Unsecured Creditors appointed in this case on November 21, 2025, by the United States Trustee (D.E. 94) (the "Committee"), seeking authority to employ Wiener, Weiss & Madison, A Professional Corporation ("WWM"), to represent the Committee in these proceedings under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), the Declaration of R. Joseph Naus, and other supporting documentation filed by the Committee in support of the Application, the record of this case, the relevant law, and given that there was no objection filed thereto,

IT IS ORDERED that the Application is GRANTED.

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. §§ 328(a) and 1103, the Committee is authorized to retain and employ WWM as its counsel in this matter, nunc pro tunc to and effective as of October 31, 2025.

IT IS FURTHER ORDERED that WWM shall apply for compensation from the estate for all professional services rendered and for reimbursement of any expenses incurred in connection with this employment, from and after October 31, 2025, as an administrative expense and as authorized by and in compliance with sections 330 and 331 and other relevant provisions of the Bankruptcy Code, any applicable provisions of the Bankruptcy Rules, the Local Rules,

and any relevant orders of this Court.

###

Respectfully submitted,

By: _____

WIENER, WEISS & MADISON, A.P.C.
Patrick L. McCune (La.#31863)
pmccune@wwmlaw.com
445 Louisiana Avenue
Baton Rouge, Louisiana 70802
Tel: 225-910-8084; Fax: 225-910-8082

AND

WIENER, WEISS & MADISON, A.P.C.
R. Joseph Naus (La.#17074)
rjnaus@wwmlaw.com
330 Marshall Street, Suite 1000 (71101)
P. O. Box 21990
Shreveport, Louisiana 71120-1990
Tel: 318-226-9100
Fax: 318-424-5128

*Proposed Counsel to the Official*
*Committee of Unsecured Creditors*