# EXHIBIT H
# NOTICE PROTOCOL

# NOTICE PROTOCOL

# TIMING AND FORM OF NOTICE (PUTATIVE ABUSE SURVIVOR CLAIMS)

**I.  General**

1. The Notice Protocol consists of the following.

| TYPE OF NOTICE | FORM OF NOTICE | CROSS-REFERENCE |
|---|---|---|
| *Mail* | Putative Abuse Survivor Bar Date Package | Section II |
| *Publication* | Plain Language Notice | Section III |
| *Third Party Requests* | Plain Language Notice | Section IV |
| *Digital Media* | Targeted Digital Media Notice | Section V |

2. The relevant documents consist of the following:

| TITLE | EXHIBIT REFERENCE (TO THE MOTION) |
|---|---|
| Plain Language Notice | Exhibit F |
| Putative Abuse Survivor Bar Date Notice | Exhibit D |
| Putative Abuse Survivor Proof of Claim Form | Exhibit C |
| Bar Date Order | Exhibit A |
| Targeted Digital Media Notice | Exhibit H |

**II.  Mail Notice**

    **A.  Putative Abuse Survivor Bar Date Notice Package**

3. The Putative Abuse Survivor Bar Date Notice Package will consist of the following documents:

    (a) Putative Abuse Survivor Bar Date Notice;

    (b) Plain Language Notice;

    (c) Putative Abuse Survivor Proof of Claim Form; and

    (d) Bar Date Order (without exhibits).

4. Within fourteen (14) days following entry of the Bar Date Order, the Claims Agent will mail the Putative Abuse Survivor Bar Date Notice Package to any person listed on the portion of the Debtor's Schedule F filed under seal. If counsel for the Putative Abuse Survivor

has sent the Diocese a demand, previously filed a complaint on behalf of the Putative Abuse Survivor, or entered an appearance in the Chapter 11 Case, the Putative Abuse Survivor Bar Date Notice Package shall be served solely on counsel to such person and shall **not** be served on the individual personally.

5. Any such notice that is returned as undeliverable will be re-mailed to any address indicated by the United States Postal Service in the case of an expired automatic forwarding order. Notices returned as non-deliverable, but for which a new address is not indicated by the USPS, will be further searched through a third-party vendor to obtain a more current address. If any such address is found, the notice will be re-mailed to such addresses.

  **B. Plain Language Notice Only Mailing**

6. In addition, within thirty (30) days following entry of the Bar Date Order, the Diocese will also request copies of any student or alumni mailing lists from schools within the ecclesiastical jurisdiction of the Diocese, and if such lists are received the Diocese may, but is not required to mail the Plain Language Notice to persons on such mailing list(s).

**III. Publication Notice**

7. The Publication Notice Protocol will use the Plain Language Notice.

8. In general, the Publication Notice Protocol will consist of the following:

| MEDIA | DESCRIPTION |
|---|---|
| *Print* | ❖ 32 Local Newspapers in Louisiana<br>❖ 1 National Newspaper |
| *Online* | ❖ Debtor's Website<br>❖ Claims Agent's Website |
| *Press Release* | ❖ National Press Release |
| *Diocesan Publications* | ❖ Weekly Bulletins<br>❖ Diocesan Newspaper |

59

A.  Print

9.  The Plain Language Notice will appear in one national newspaper and 32 newspapers in Louisiana. This includes daily, weekly, biweekly, and Sunday editions:

| NEWSPAPER | SPECS | REACH | CIRCULATION | DAYS OF DELIVERY |
|---|---|---|---|---|
| USA Today | 2 (1/4 page) Ads | National | 104,000 | M-F |
| The Avoyelles Journal; Avoyelles today (web) | 2 (1/4 page) Ads | Louisiana | 17,000 | W |
| Bienville Democrat | 2 (1/4 page) Ads | Louisiana | 1,915 | T |
| Bossier Press-Tribune | 2 (1/4 page) Ads | Louisiana | 2,500 (Physical); 100,000 (Digital) | W |
| Shreveport Times (Bossier) | 2 (1/4 page) Ads | Louisiana | 3,000 (Week Day) 3,700 (SN) | M-F, SN |
| The Caddo Citizen | 2 (1/4 page) Ads | Louisiana | 977 | W |
| Shreveport Times (Caddo) | 2 (1/4 page) Ads | Louisiana | 3,000 (Week Day) 3,700 (SN) | M-F, SN |
| The News Journal | 2 (1/4 page) Ads | Louisiana | 7,750 | Bi-Weekly (M) |
| The Caldwell Watchman | 2 (1/4 page) Ads | Louisiana | 500 | W |
| Catahoula News Booster | 2 (1/4 page) Ads | Louisiana | 3,000 | W |
| The Guardian Journal | 2 (1/4 page) Ads | Louisiana | 1,600 | M |
| The Concordia Sentinel | 2 (1/4 page) Ads | Louisiana | 4,800 | W |
| Shreveport Times (De Soto) | 2 (1/4 page) Ads | Louisiana | 3,000 (Week Day) 3,700 (SN) | M-F; SN |
| The Enterprise & Interstate Progress | 2 (1/4 page) Ads | | 2,800 | TH |
| The East Carrol Banner | 2 (1/4 page) Ads | Louisiana | 1,000 | TH |
| The Franklin Sun | 2 (1/4 page) Ads | Louisiana | 5,000 | W |
| The Chronicle | 2 (1/4 page) Ads | Louisiana | 2,300 | TH |
| Ruston Daily Leader (Jackson) | 2 (1/4 page) Ads | Louisiana | 7,000 | W, F, SN (Physical); 5 Times (Digital) |
| The Jena Times | 2 (1/4 page) Ads | Louisiana | 2,100 | W |
| Ruston Daily Leader (Lincoln) | 2 (1/4 page) Ads | Louisiana | 7,000 | W, F, SN (Physical); 5 Times (Digital) |
| Madison Journal | 2 (1/4 page) Ads | Louisiana | | |

| NEWSPAPER | SPECS | REACH | CIRCULATION | DAYS OF DELIVERY |
|---|---|---|---|---|
| *(Madison)* | | | | |
| *The Ouachita Citizen (Morehouse)* | 2 (1/4 page) Ads | | | |
| *The Natchitoches Times* | 2 (1/4 page) Ads | Louisiana | 8,300 | TH, S |
| *The Ouachita Citizen (Ouachita)* | 2 (1/4 page) Ads | Louisiana | 6,000 | TH |
| *The Coushatta Citizen* | 2 (1/4 page) Ads | Louisiana | 2,300 | TH |
| *The Richland Beacon News* | 2 (1/4 page) Ads | Louisiana | 700 | TH |
| *Sabine Index* | 2 (1/4 page) Ads | Louisiana | 4,933 | W |
| *Tensas Gazette* | 2 (1/4 page) Ads | Louisiana | 350 | W |
| *The Banner* | 2 (1/4 page) Ads | Louisiana | 3,000 | TH |
| *Leesville Daily Leader* | 2 (1/4 page) Ads | | | |
| *Minden Press Herald* | 2 (1/4 page) Ads | Louisiana | | W |
| *The West Carroll Gazette* | 2 (1/4 page) Ads | Louisiana | 700 | TH |
| *Winn Parish Enterprise* | 2 (1/4 page) Ads | Louisiana | 2,500 | W |

10. The Plain Language Notice will also appear in 1 community newspapers in the Alexandria media market:

| NEWSPAPER | SPECS | CIRCULATION | DAYS OF DELIVERY |
|---|---|---|---|
| *The Town Talk* | 2 (1/4 page) Ads | 19,500 (W, F)<br>27,500 (SN) | W, F, SN |

### B. The Debtor's and Claims Agent's Website

11. Within seven (7) days following entry of the Bar Date Order, the Debtor will post a link on its website to the (a) General Claims Bar Date Notice; (b) General Proof of Claim form; (c) Plain Language Notice; (d) Putative Abuse Survivor Claims Bar Date Notice; and (e) Putative Abuse Survivor Proof of Claim Form and cause the same to be posted on the case management website maintained by the Claims Agent.

### C. Press Releases

61

25-31257 - #203-8  File 12/29/25  Enter 12/29/25 18:21:57  Exhibit H - Notice Protocol Pg 5 of 8

12. Within seven (7) days following entry of the Bar Date Order, the Diocese shall issue a nationwide press release regarding the Bar Dates.

### D. Diocesan Publications

13. The Diocese shall place a copy of the Plain Language Notice in each edition of *The Church Today* until the General Bar Date.

## IV. Third Party Requests

14. Within seven (7) days following entry of the Bar Date Order, the Diocese shall request that each Parish include a copy of the Plain Language Notice in its bi-weekly bulletin until the General Bar Date.

15. Within fourteen (14) days following entry of the Bar Date Order, the Claims Agent will mail the Putative Abuse Survivor Bar Date Notice Package to the following, with a request from the Debtor that the party post the Plain Language Notice in a prominent place until the expiration of the General Bar Date:

(a) The Attorney General for the State of Louisiana, and

(b) For each of the civil parishes of Natchitoches, Winn, Caldwell, Franklin, Madison, Vernon, Rapides, Grant, LaSalle, Catahoula, Tensas, Concordia and Avoyelles, all of the following:

   (i) The District Attorney's office;

   (ii) The Sheriff's office;

   (iii) Any county government center;

   (iv) At least one public health agency, if any; and

   (v) At least one substance abuse agency or hospital, if any.

## V. Targeted Digital Media

16. Target Digital Media Notices will be disseminated through targeted Facebook/Instagram and Google ad campaigns, targeted to Louisiana and some delivered nationally. Such notices will include a trackable URL to the full notice, as further summarized below:

| CHANNEL | FLIGHTS | ESTIMATED TOTAL POPULATION | ESTIMATED IMPRESSIONS |
|---|---|---|---|
| Facebook | Geo-fencing each parish, age 18+, language filters<br><br>14-day flight overlapping print run; minimum one insertion each week for 2 weeks | 822,000-971,000 | Reachable Population × 3 |
| Facebook Connections Targeting | Uses the existing Facebook assets under management by the Diocese to identify individuals that have a connection to the area, but are outside of the geographical footprint | 483,170-675,952 (estimated total reachable population outside of coverage area) | |
| Google | Parish/county-level location targeting, contextual keywords<br><br>14-day flight overlapping print run; minimum one insertion each week for 2 weeks | 1,250,000 | Population × 1.5 |
| Google Interest Targeting | Identifies individuals that have showed previous interest in the Diocese of Alexandria, but are outside the geographical footprint | 550,000 | |

17. The Diocese proposes to use targeted digital media ads to cover the audience gap left by rapidly shrinking print circulation. Facebook ads offer high daily reach, scroll-stopping creative, engagement metrics. Google ads capture users browsing local websites or searching legal keywords.

**VI.    Measurement and Reporting**

18. For print publication, the Diocese or its agent will provide affidavits of publication and tear sheets from each journal/newspaper.

19. For the digital publication, the Diocese or its agent will provide impression, reach, click-through-rate, and demographic data exported from ad platforms.