

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | CM/ECF |
|---|---|---|---|---|---|---|---|---|
| AT&T | | 6503 Coliseum Blvd. | Suite B | | Alexandria | LA | 71303 | |
| Atmos Energy | | 4323 Hwy. 28 East | | | Pineville | LA | 71360 | |
| AWKO Law | | 17 E. Main St. #200 | | | Birmingham | AL | 35202 | |
| Aylstock, Witkin, Kreis & Overholtz | Attn: Reagan Charleston Thomas | 17 E. Main St., Suite 200 | | | Pensacola | FL | 32502 | |
| Certain Underwriters at Lloyd's, London | c/o Clyde & Co US LLP | Attn: Catalina J. Sugayan, James J. Moffitt, Yongli Yang | 30 S. Wacker Dr., Suite 2600 | | Chicago | IL | 60607 | |
| Certain Underwriters at Lloyd's, London | c/o Shar Garner Cahill Richter Klein & Hilbert, LLC | Attn: Thomas J. Madigan, II | 909 Poydras Street, 28th Floor | | New Orleans | LA | 70112 | Yes |
| Certain Underwriters at Lloyd's, London | c/o Skarzynski Marick & Black LLP | Attn: Ashley I. Storey | One Batter Park Plaza, 32nd Floor | | New York | NY | 10004 | Yes |
| Certain Underwriters at Lloyd's, London | c/o Skarzynski Marick & Black LLP | Attn: Nathan W. Reinhardt, Jeff D. Kahane, Russell W. Roten | 333 S. Grand Ave., Suite 3550 | | Los Angeles | CA | 90071 | Yes |
| City of Alexandria | | 625 Murray St. | | | Alexandria | LA | 71301 | |
| City of Alexandria, Louisiana | c/o Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | PO Box 13199 | | Alexandria | LA | 71315-3199 | Yes |
| City of Pineville | | 405 Sanders St. | POB 3820 | | Pineville | LA | 71361 | |
| CLECO | | 2030 Donahue Ferry Road | POB 5000 | | Pineville | LA | 71361 | |
| Cleco Power LLC | c/o Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | PO Box 13199 | | Alexandria | LA | 71315-3199 | |
| Constant Legal Group | Attn: Ed Kelley | 737 Bolivar Road, Suite 440 | | | Cleveland | OH | 44115 | |
| Diocese of Alexandria | c/o Gold, Weems, Bruser, Sues & Rundell | Attn: Heather M. Mathews | PO Box 6118 | | Alexandria | LA | 71307-6118 | Yes |
| Diocese of Alexandria Priest Ret | | 4400 Coliseum Blvd | | | Alexandria | LA | 71301 | |
| Franciscan U of Steubenville | c/o Dawn de Fallo | 114 Brady Circle East | | | Steubenville | OH | 43952 | |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | Attn: Elise Benezech, Brittany Wolf-Freedman, Gerald E. Meunier | 601 Poydras St. | | | New Orleans | LA | 70130 | |
| Gainsburgh, Benjamin, et al | | 601 Poydras St | Ste 2355 | | New Orleans | LA | 70130-6008 | |
| Herman, Herman & Katz, L.L.C. | Attn: Soren E. Gisleson & Joseph E. "Jed" Cain | 820 O'Keefe Avenue | | | New Orleans | LA | 70113 | Yes |
| Horowitz Law | Attn: Adam Horowitz, Jessica D. Arbour | 110 East Broward Blvd. Ste. 1850 | | | Fort Lauderdale | FL | 33301 | |
| Interstate Fire & Casualty Company | c/o Fishman Haygood, L.L.P. | Attn: Tristan Manthey & Cherie Dessauer Nobles | 201 St. Charles Ave., 46th Floor | | New Orleans | LA | 70170 | Yes |
| Interstate Fire & Casualty Company | c/o Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts | 303 Peachtree Street, NE, Suite 3600 | | Atlanta | GA | 30308 | Yes |
| Interstate Fire & Casualty Company | c/o Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C. Jacobs, John E. Bucheit | Two N. Riverside Plaza, Suite 1850 | | Chicago | IL | 60606 | Yes |
| Jeff Anderson & Associates | Attn: Jeff Anderson & Molly Burke | 366 Jackson St. | | | St. Paul | MN | 55101 | |
| Kinetix | | 400 Murray Street | | | Alexandria | LA | 71301 | |
| Laborde Earles Law Firm | Attn: Nicholas Rockforte | 1901 Kaliste Saloom Rd. | | | Lafayette | LA | 70508 | |
| Lamothe Law Firm, LLC | Attn: Julien G. Lamothe, Kristi S. Schubert, Frank E. Lamothe | 400 Poydras St., Suite 1760 | | | New Orleans | LA | 70130 | |
| Law Offices of Kenneth W. DeJean | Attn: Natalie M. DeJean, Adam R. Credeur, & Kenneth DeJean | 417 W. University Avenue | | | Lafayette | LA | 70506 | |
| Law Offices-Richard C. Trahant | Attn: Richard Trahant | 2908 Hessmer Avenue | | | Metairie | LA | 70002 | |
| Lou Doe, Steve Doe, Neo Doe, Gus Doe, Paul Doe v. Diocese of Alexandria | c/o Herman, Katz, Gisleson & Cain, LLP | Attn: Soren E. Gisleson | 909 Poydras Street, Suite 1860 | | New Orleans | LA | 70113 | |
| Mansfield Melancon Cranmer et al | Attn: Collin Melancon | 404 Europe Street | | | Baton Rouge | LA | 70802 | |
| N. Frank Elliott, III, LLC | Attn: Norval Frank Elliot, III | PO Box 3065 | | | Lake Charles | LA | 70601 | |
| Office of U. S. Trustee, Region 5 | c/o David W. Asbach | Attn: Antony D. Constantini | 300 Fannin Street, Suite 3196 | | Shreveport | LA | 71101 | |
| Optimum | | 1418 MacArthur Dr. | | | Alexandria | LA | 71301 | |
| Peiffer Wolf Carr Kane Conway & Wise | Attn: Elicia Ford, Corinne Geekie | 935 Gravier St., Suite 1600 | | | New Orleans | LA | 70112 | |
| Pieffer Wolf et al | | 935 Gravier St. #1600 | | | New Orleans | LA | 70112 | |
| Robinson Law Offices | Attn: Craig Robinson | 700 Camp Street | | | New Orleans | LA | 70130 | |
| Romanucci & Blandin | Attn: Martin Gould, Daisy Ayllon | 321 North Clark St., Ste. 900 | | | Chicago | IL | 60654 | |
| Sabine State Bank | | 297 Elizabeth St. | | | Many | LA | 71449 | |
| Salim-Beasley, LLC | Attn: Robert L. Salim | 1901 Texas Street | | | Natchitoches | LA | 71457 | |
| Schlesinger Law | Attn: Scott P. Schlesinger, Jonathan R. Gdanski, Jeffrey L. Haberman, Sarah J. Foster | | | | | | | |
| Shearman-Denenea, LLC | Attn: John H. Denenea, Jr. | 4240 Canal Street, 2nd Floor | | | New Orleans | LA | 70119 | |
| Slater Slater Schulman, LLP | Attn: Daniel Meyer | 825 Baronne Street | | | New Orleans | LA | 70113 | |
| Southern Heritage Bank | c/o Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | PO Box 13199 | | Alexandria | LA | 71315-3199 | |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | | Baton Rouge | LA | 70802 | |
| Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company, formerly known as Colonial Penn | c/o Clyde & Co. US LLP | Attn: Catalina J. Sugayan, James J. Moffitt, Yongli Yang | 30 S. Wacker Dr., Suite 2600 | | Chicago | IL | 60607 | Yes |
| Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company, formerly known as Colonial Penn | c/o Shar Garner Cahill Richter Klein & Hilbert, LLC | Attn: Thomas J. Madigan, II | 909 Poydras Street, 28th Floor | | New Orleans | LA | 70112 | Yes |
| T. Taylor Townsend, LLC | Attn: T. Taylor Townsend | 725 Third Street | | | Natchitoches | LA | 71457 | |
| The Bezou Law Firm | Attn: Jacques F. Bezou, Payton S. Iachney | 534 East Boston St. | | | Covington | LA | 70433 | |



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | CM/ECF |
|---|---|---|---|---|---|---|---|---|
| The Continental Insurance Company and Continental Casualty Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | 580 California Street, Suite 1200 | | San Francisco | CA | 94104 | |
| The Continental Insurance Company and Continental Casualty Company | c/o Plevin & Turner LLP | Attn: Miranda H. Turner, Ryan C. Evans | 1701 Pennsylvania Avenue, NW, Suite 200 | | Washington | DC | 20006 | Yes |
| The Continental Insurance Company and Continental Casualty Company | c/o The Derbes Law Firm, LLC | Attn: Albert J. Derbes, IV, Patrick S. Garrity, McKenna D. Dorais | 3027 Ridgelake Drive | | Metairie | LA | 70002 | Yes |
| U.S. Trustee Program Region 5 | Attn: David W. Asbach, Antony Constantini | c/o Office of the U.S. Trustee | 600 S. Maestri Place | Suite 840-T | New Orleans | LA | 70130 | Yes |
| Unsecured Creditors' Committee | Clint Allen | c/o Horowitz Law | Attn: Adam Horowitz, Jessica D. Arbour | 110 E. Broward Blvd., Suite 1530 | Ft. Lauderdale | FL | 33301 | |
| Unsecured Creditors' Committee | Daniel Mejias, Rachael Moreno | c/o Slater Slater Schulman, LLP | Attn: Daniel Meyer | 6023 Magazine Street | New Orleans | LA | 70118 | |
| Unsecured Creditors' Committee | Micheal Williams, Thomas Defatta | c/o N. Frank Elliott, III, LLC | Attn: N. Frank Elliott | PO Box 3065 | Lake Charles | LA | 70601 | |
| Waste Connections Alexandria | | 1515 England Drive | | | Alexandria | LA | 71303-4109 | |
| Waterworks District No. 3 | | 1306 3rd Street | POB 580 | | Tioga | LA | 71477-0580 | |
| Whaley Law Firm | Attn: John Randall Whaley | 6700 Jefferson Highway | Building 12, Suite A | | Baton Rouge | LA | 70806 | |
| Wiener, Weiss & Madison, APC | Attn: Patrick L. McCune | 445 Louisiana Avenue | | | Baton Rouge | LA | 70802 | Yes |
| Wiener, Weiss & Madison, APC | Attn: R. Joseph (Chip) Naus | 330 Marshall Street, Suite 1000 | | | Shreveport | LA | 71101 | |