**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

IN RE:  CASE NO. 25-31257

**DIOCESE OF ALEXANDRIA**

**DEBTOR**[1]  CHAPTER 11

## WITNESS AND EXHIBIT LIST FOR JANUARY 20, 2026

NOW INTO COURT, through undersigned counsel, comes the above-captioned debtor and debtor in possession (the "Debtor"), who files this Witness and Exhibit List for the hearing set before this Court on January 20, 2026 at 10:00 a.m. CST.

**PLEADINGS**

| Dkt. No. | Pleading | Comment or Objection |
|---|---|---|
| 203 | *Debtor's Motion for an Order Establishing Deadlines for Filing Proofs of Claim and Granting Related Relief* | Dkt. No. 222 (*Committee Objection*); Dkt. No. 223 (*Continental Insurance Company Limited Objection*) |
| 206 | *Debtor's Motion Pursuant to Section 363(b) for Authorization to Continue Enhanced Services and Extraordinary Survivor Support Programs Outside the Ordinary Course of Business* | |

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

1

**EXHIBITS**

| Exhibit | Description | Offered | Objection | Admission | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of Deacon Richard Mitchell [Dkt. No. 18] | | | | |
| 2 | Proposed Bar Date Order [To Be Filed] | | | | |
| 3 | Redline of Bar Date Order [To Be Filed] | | | | |
| 4 | General Proof of Claim Form [Dkt. No. 203, Exh. B] | | | | |
| 5 | Proposed Putative Abuse Survivor Proof of Claim Form [To be Filed] | | | | |
| 6 | Redline of Form of Putative Abuse Survivor Proof of Claim Form [To be Filed] | | | | |
| 7 | Form of Putative Abuse Survivor Bar Date Notice [Dkt. No. 203, Exh. D] | | | | |
| 8 | Form of General Creditor Bar Date Notice [Dkt. No. 203, Exh. E] | | | | |
| 9 | Plain Language Notice [Dkt. No. 203, Exh. F] | | | | |
| 10 | Public Notice-Google [Dkt. No. 209] | | | | |
| 11 | Public Notice-Newspaper-QTR [Dkt. No. 210] | | | | |
| 12 | Public Notice-Facebook [Dkt. No. 211] | | | | |
| 13 | Notice Protocol [Dkt. No. 203, Exh. H] | | | | |
| 14 | Captivate Minds List of Louisiana Newspapers | | | | |
| 15 | Press Release Reporters | | | | |
| | Any document or pleading filed in the Chapter 11 Cases | | | | |

| Exhibit | Description | Offered | Objection | Admission | Disposition |
|---|---|---|---|---|---|
| | Any exhibit identified or offered by any other party | | | | |

**WITNESSES**

1. Deacon Richard Mitchell (subject to cross examination).

2. Any witness named by any other party or called by any other party.

3. Any witness necessary to authenticate a document.

**RESERVATION**

The Debtor reserves the rights to supplement or amend this Exhibit and Witness List at any time prior to the Hearing.

Alexandria, Louisiana, this 16th day of January, 2026.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: */s/ **Brad L. Drell***
    Bradley L. Drell, Esq. (La. Bar #24387)
    Heather M. Mathews, Esq. (La. Bar #29967)
    2001 MacArthur Drive
    P.O. Box 6118
    Alexandria, LA 71307
    Telephone (318) 445-6471
    Facsimile (318) 445-6476
    Email: bdrell@goldweems.com
           hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq. (*admitted pro hac vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
Email: mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq. (*admitted pro hac vice*)
Bruce G. Arnold, Esq. (*admitted pro hac vice*)
Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone (414) 273-2100
Facsimile  (414) 223-5000
Email:     frank.lococo@huschblackwell.com
           bruce.arnold@huschblackwell.com
           lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**