Exhibit 5

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

IN RE:                                                       CASE NO. 25-31257

     **DIOCESE OF ALEXANDRIA**

     **DEBTOR**[1]                                                 **CHAPTER 11**

### NOTICE OF DEADLINE FOR FILING CLAIMS RELATING TO OR ARISING FROM ABUSE

**TO ALL PERSONS WITH CLAIMS ARISING FROM ABUSE FOR WHICH THE DIOCESE OF ALEXANDRIA MAY BE LIABLE:**

~~May 6~~**June 8, 2026 IS THE LAST DATE TO FILE PROOFS OF CLAIM FOR ABUSE**

      On October 31, 2025 (the "Petition Date") the Diocese of Alexandria (the "Debtor" or "Diocese"), the debtor and debtor-in-possession in the above captioned case, filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Louisiana (the "Court"). The Debtor, its address, case number, proof of claim forms and other relevant information related to this Chapter 11 Case may be obtained at: https://cases.stretto.com/dioceseofalexandria. Individuals (each an "Putative Abuse Survivor" and collectively, the "Putative Abuse Survivors") who believes that Diocese, or persons affiliated with the Diocese, is liable for his or her injuries arising from abuse (each a "Putative Abuse Survivor Claim" and collectively, the "Putative Abuse Survivor Claims") should carefully read this notice.

### FILING DEADLINE

      The United States Bankruptcy Court for the Western District of Louisiana entered an order (the "Bar Date Order") establishing ~~May 6~~**June 8, 2026**, as the last date and time (the "General Bar Date") for each Putative Abuse Survivor to file a proof of claim form (the "Putative Abuse Survivor Proof of Claim Form"). The General Bar Date and the procedures set forth below for filing proofs of claim apply to all Putative Abuse Survivor Claims against the Debtor.

### WHO MUST FILE

      Any individual who believes that the Diocese, or persons affiliated with the Diocese, is liable for his or her injuries arising from abuse that occurred prior to the Petition Date—regardless of when the alleged abuse took place, and regardless of whether the individual

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

1

is a minor, incompetent, or incarcerated—must file a claim. Claims may also be filed by such individual's representatives, parents, or guardians, as applicable.

## WHO SHOULD NOT FILE

You should not file a Putative Abuse Survivor Proof of Claim Form if:

- Your Putative Abuse Survivor Claim has already been paid in full;

- You hold a claim that has been allowed by an order of the Bankruptcy Court on or before the General Bar Date; or

- If you do not have a Putative Abuse Survivor Claim against the Debtor.

## WHAT TO FILE

**YOU MUST FILE A PUTATIVE ABUSE SURVIVOR PROOF OF CLAIM FORM, A COPY OF WHICH IS ENCLOSED. YOU MAY ALSO OBTAIN A COPY OF THE PUTATIVE ABUSE SURVIVOR PROOF OF CLAIM FORM BY FOLLOWING THE INSTRUCTIONS BELOW.**

**PROCEDURES FOR FILING A PUTATIVE ABUSE SURVIVOR PROOF OF CLAIM FORM**

To file a Putative Abuse Survivor Proof of Claim Form, you must take the following steps:

- Fill out the Putative Abuse Survivor Proof of Claim Form.

- For additional copies of the Putative Abuse Survivor Proof of Claim Form: (a) photocopy the Putative Abuse Survivor Proof of Claim From; (b) contact the Debtor's claims agent, Stretto, Inc., via e-mail at TeamDioceseofAlexandria@stretto.com or via phone, toll free at (855) 655-5795, or (c) visit the Debtor's Case Information website at: https://cases.stretto.com/dioceseofalexandria.

- **Please note that the Debtor's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim**.

- Return the original completed Putative Abuse Survivor Proof of Claim Form **so as to be received** by **Stretto, Inc.**, as follows:

    **If Putative Abuse Survivor Proof of Claim is sent by mail, Hand Delivery, or Overnight Courier, send to:**

    Diocese of Alexandria Claims Processing
    c/o Stretto
    410 Exchange, Suite 100
    Irvine, CA 92602

Alternatively, Putative Abuse Survivor Proof of Claims may be submitted through Stretto, Inc.'s portal: https://cases.stretto.com/dioceseofalexandria

- Putative Abuse Survivor Proof of Claim Forms will be deemed timely filed only if they are **received by Stretto, Inc. by ~~May 6~~June 8, 2026**.

- **Please note that a Putative Abuse Survivor Proof of Claim Form submitted by facsimile, telecopy or electronic mail transmission will <u>not</u> be accepted and will <u>not</u> be deemed filed.**

### CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM

**The deadline for filing a Putative Abuse Survivor Proof of Claim Form is ~~May 6~~June 8, 2026. Any person who has an Putative Abuse Survivor Claim and does not ~~mail or~~ file a Putative Abuse Survivor Claim by that date may <u>not</u> be treated as a creditor for voting or distribution purposes under any plan of reorganization and such claim will be subject to discharge. Failure to file a Putative Abuse Survivor Claim may prevent such person from voting on any plan of reorganization in this case. Further, if such Putative Abuse Survivor Claim is discharged, the Putative Abuse Survivor <u>may be forever barred and prevented from asserting his or her Putative Abuse Survivor Claim against the Debtor</u> or its property, and may not receive any payment or distribution in connection with such Putative Abuse Survivor Claim. <u>If you file your Putative Abuse Survivor Claim by mail, it must be received by the Bar Date.</u>**

### CONFIDENTIALITY

Pursuant to the Bar Date Order and Confidentiality Protocol Order, filed Putative Abuse Survivor Proofs of Claim Forms will remain confidential in this bankruptcy case. Therefore, the Putative Abuse Survivor Proof of Claim Form that you file will not be available to the general public, but will be kept confidential, except that information will be provided to the Debtor, the Debtor's attorneys, the Debtor's insurers, attorneys for the official committee of unsecured creditors and its members, any unknown claims representative appointed under a plan of reorganization, any settlement trustee appointed to administer payments to Putative Abuse Survivors, prison authorities for incarcerated Putative Abuse Survivors and such other persons as the Court determines should have the information in order to evaluate the Putative Abuse Survivor Claim, all of whom will agree to keep the information provided by you confidential.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: _____
    Bradley L. Drell, Esq. (La. Bar #24387)

Heather M. Mathews, Esq. (La. Bar #29967)
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307
Telephone  (318) 445-6471
Facsimile  (318) 445-6476
Email:  bdrell@goldweems.com
        hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq. (*admitted pro hac vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone  (816) 983-8000
Facsimile  (816) 983-8080
Email:  mark.benedict@huschblackwell.com

  AND

Francis H. LoCoco, Esq. (*admitted pro hac vice*)
Bruce G. Arnold, Esq. (*admitted pro hac vice*)
Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone  (414) 273-2100
Facsimile  (414) 223-5000
Email:  frank.lococo@huschblackwell.com
        bruce.arnold@huschblackwell.com
        lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**

| Summary report: Litera Compare for Word 11.6.0.100 Document comparison done on 1/19/2026 5:40:26 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** Abuse Bar Date Notice.doc ||
| **Modified DMS:** nd://4924-4606-3496/2/DRAFT - Form of Putative Abuse Survivor Bar Date Notice (Exhibit D to Bar Date Motion).doc ||
| **Changes:** ||
| Add | 5 |
| Delete | 5 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 10 |