**SO ORDERED.**

**DONE and SIGNED January 23, 2026.**



_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-31257 |
| DIOCESE OF ALEXANDRIA | |
| DEBTOR | CHAPTER 11 |

---

### ORDER GRANTING, IN PART, THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY WIENER, WEISS & MADISON, A PROFESSIONAL CORPORATION, AS COUNSEL AND ITS REQUEST FOR RELATED RELIEF

Before the Court is the *Application Of the Official Committee of Unsecured Creditors to Employ Wiener, Weiss & Madison, A Professional Corporation, as Counsel and its Request for Related Relief*, including the attachments thereto and other supporting documents filed in support of the same (D.E. 202, and D.E. 218, being an additional support document, collectively the "Application"). After the United States Trustee filed a document on November 21, 2025, providing notice that he had appointed the Unsecured Creditors' Committee (the "Committee") (D.E. 94), the Committee filed the Application to employ Wiener, Weiss & Madison, A Professional Corporation ("WWM"), to represent it in these proceedings. Pursuant to the Notice

of Hearing for the Application (D.E. 208), a deadline to file objections to the Application was set for January 13, 2026; only one objection to the Application was filed, an objection filed by the United States Trustee (the "U.S. Trustee", and its objection the "UST Objection") (D.E. 221). An evidentiary hearing was held to consider the Application and the UST Objection on January 20, 2026 (the "Hearing"). Among counsel present at the Hearing were counsel in the courtroom representing the Debtor-in-Possession, counsel for the U.S. Trustee, and proposed counsel for the Committee - WWM attorneys, as well as other counsel and persons participating in or listening to the proceedings via Zoom and via telephone pursuant to the Court's protocol for remote access to proceedings, as published on the Court's website. After considering the Application and the UST Objection, the testimony offered and evidence admitted into the record at the Hearing, the arguments and statements of counsel at the Hearing, and after considering the record of the case and the relevant law, as more fully stated by the Court during the Hearing:

IT IS ORDERED that the Application is GRANTED, except as to matters reserved for further review, as set forth below, which the Court has taken under advisement, and which the Court will address in a subsequent order or ruling in due course;

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. §§ 328(a) and 1103, and all relevant law, the Court approves the Committee's retention and employment of WWM as its counsel in this case, under the terms and conditions set forth in the Application, with such retention and employment being effective as of December 1, 2025;

IT IS FURTHER ORDERED that the Court has taken under advisement the question of whether the approved retention and employment of WWM under §§ 328 and 1103 should be made effective as of a date prior to December 1, 2025, specifically, whether it should be made effective as of October 31, 2025, the date this bankruptcy case was filed; by separate minute entry

made on the docket on January 20, 2026, the Court has authorized additional briefing on this issue, and the Court will issue its decision in due course.

    IT IS SO ORDERED.

###

Respectfully submitted by,

By: */s/ Patrick L. McCune*
WIENER, WEISS & MADISON, A.P.C.
Patrick L. McCune (La.#31863)
pmccune@wwmlaw.com
445 Louisiana Avenue
Baton Rouge, Louisiana 70802
Tel: 225-910-8084; Fax: 225-910-8082

AND

WIENER, WEISS & MADISON, A.P.C.
R. Joseph Naus (La.#17074)
rjnaus@wwmlaw.com
330 Marshall Street, Suite 1000 (71101)
P. O. Box 21990
Shreveport, Louisiana 71120-1990
Tel: 318-226-9100
Fax: 318-424-5128

*Counsel to the Official*
*Committee of Unsecured Creditors*

AND

DAVID W. ASBACH

Acting United States Trustee, Region 5.

*/s/ Antony D. Constantini*
Antony D. Constantini**,** Fla. Bar No. 92722
Trial Attorney, Office of the U.S. Trustee
300 Fannin Street, Suite 3196, Shreveport, Louisiana 71101
antony.constantini@usdoj.gov | (318) 676-3456