# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–3 | User: admin | Date Created: 1/23/2026 |
| Case: 25–31257 | Form ID: pdf8 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty      Antony Constantini      antony.constantini@usdoj.gov
aty      Bradley L. Drell      bdrell@goldweems.com
aty      Bruce G. Arnold      bruce.arnold@huschblackwell.com
aty      Francis H. LoCoco      frank.lococo@huschblackwell.com
aty      Heather M. Mathews      hmathews@goldweems.com
aty      Lindsey M. Greenawald      lindsey.greenawald@huschblackwell.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Diocese of Alexandria      4400 Coliseum Blvd.      Alexandria, LA 71303

TOTAL: 1