**SO ORDERED.**

**DONE and SIGNED January 23, 2026.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 25-31257 |
| DIOCESE OF ALEXANDRIA | |
| DEBTOR | CHAPTER 11 |

**ORDER GRANTING, IN PART, THE APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO EMPLOY WIENER, WEISS &
MADISON, A PROFESSIONAL CORPORATION, AS COUNSEL
AND ITS REQUEST FOR RELATED RELIEF**

Before the Court is the *Application Of the Official Committee of Unsecured Creditors to Employ Wiener, Weiss & Madison, A Professional Corporation, as Counsel and its Request for Related Relief*, including the attachments thereto and other supporting documents filed in support of the same (D.E. 202, and D.E. 218, being an additional support document, collectively the "Application"). After the United States Trustee filed a document on November 21, 2025, providing notice that he had appointed the Unsecured Creditors' Committee (the "Committee") (D.E. 94), the Committee filed the Application to employ Wiener, Weiss & Madison, A Professional Corporation ("WWM"), to represent it in these proceedings. Pursuant to the Notice

Page 1 of 3

of Hearing for the Application (D.E. 208), a deadline to file objections to the Application was set for January 13, 2026; only one objection to the Application was filed, an objection filed by the United States Trustee (the "U.S. Trustee", and its objection the "UST Objection") (D.E. 221). An evidentiary hearing was held to consider the Application and the UST Objection on January 20, 2026 (the "Hearing"). Among counsel present at the Hearing were counsel in the courtroom representing the Debtor-in-Possession, counsel for the U.S. Trustee, and proposed counsel for the Committee - WWM attorneys, as well as other counsel and persons participating in or listening to the proceedings via Zoom and via telephone pursuant to the Court's protocol for remote access to proceedings, as published on the Court's website. After considering the Application and the UST Objection, the testimony offered and evidence admitted into the record at the Hearing, the arguments and statements of counsel at the Hearing, and after considering the record of the case and the relevant law, as more fully stated by the Court during the Hearing:

IT IS ORDERED that the Application is GRANTED, except as to matters reserved for further review, as set forth below, which the Court has taken under advisement, and which the Court will address in a subsequent order or ruling in due course;

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. §§ 328(a) and 1103, and all relevant law, the Court approves the Committee's retention and employment of WWM as its counsel in this case, under the terms and conditions set forth in the Application, with such retention and employment being effective as of December 1, 2025;

IT IS FURTHER ORDERED that the Court has taken under advisement the question of whether the approved retention and employment of WWM under §§ 328 and 1103 should be made effective as of a date prior to December 1, 2025, specifically, whether it should be made effective as of October 31, 2025, the date this bankruptcy case was filed; by separate minute entry

Page 2 of 3

25-31257 - #249  File 01/25/26  Enter 01/25/26 23:39:01  Imaged Certificate of Notice Pg 2 of 7

of Hearing for the Application (D.E. 208), a deadline to file objections to the Application was set for January 13, 2026; only one objection to the Application was filed, an objection filed by the United States Trustee (the "U.S. Trustee", and its objection the "UST Objection") (D.E. 221). An evidentiary hearing was held to consider the Application and the UST Objection on January 20, 2026 (the "Hearing"). Among counsel present at the Hearing were counsel in the courtroom representing the Debtor-in-Possession, counsel for the U.S. Trustee, and proposed counsel for the Committee - WWM attorneys, as well as other counsel and persons participating in or listening to the proceedings via Zoom and via telephone pursuant to the Court's protocol for remote access to proceedings, as published on the Court's website. After considering the Application and the UST Objection, the testimony offered and evidence admitted into the record at the Hearing, the arguments and statements of counsel at the Hearing, and after considering the record of the case and the relevant law, as more fully stated by the Court during the Hearing:

IT IS ORDERED that the Application is GRANTED, except as to matters reserved for further review, as set forth below, which the Court has taken under advisement, and which the Court will address in a subsequent order or ruling in due course;

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. §§ 328(a) and 1103, and all relevant law, the Court approves the Committee's retention and employment of WWM as its counsel in this case, under the terms and conditions set forth in the Application, with such retention and employment being effective as of December 1, 2025;

IT IS FURTHER ORDERED that the Court has taken under advisement the question of whether the approved retention and employment of WWM under §§ 328 and 1103 should be made effective as of a date prior to December 1, 2025, specifically, whether it should be made effective as of October 31, 2025, the date this bankruptcy case was filed; by separate minute entry

made on the docket on January 20, 2026, the Court has authorized additional briefing on this issue, and the Court will issue its decision in due course.

IT IS SO ORDERED.

###

Respectfully submitted by,

By: */s/ Patrick L. McCune*
WIENER, WEISS & MADISON, A.P.C.
Patrick L. McCune (La.#31863)
pmccune@wwmlaw.com
445 Louisiana Avenue
Baton Rouge, Louisiana 70802
Tel: 225-910-8084; Fax: 225-910-8082

AND

WIENER, WEISS & MADISON, A.P.C.
R. Joseph Naus (La.#17074)
rjnaus@wwmlaw.com
330 Marshall Street, Suite 1000 (71101)
P. O. Box 21990
Shreveport, Louisiana 71120-1990
Tel: 318-226-9100
Fax: 318-424-5128

*Counsel to the Official*
*Committee of Unsecured Creditors*

AND

DAVID W. ASBACH

Acting United States Trustee, Region 5.

*/s/ Antony D. Constantini*
Antony D. Constantini**,** Fla. Bar No. 92722
Trial Attorney, Office of the U.S. Trustee
300 Fannin Street, Suite 3196, Shreveport, Louisiana 71101
antony.constantini@usdoj.gov | (318) 676-3456

In re:                                                       Case No. 25-31257-JSH

Diocese of Alexandria                             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0536-3                       User: admin                           Page 1 of 4
Date Rcvd: Jan 23, 2026              Form ID: pdf8                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

**Recip ID            Recipient Name and Address**
db                  + Diocese of Alexandria, 4400 Coliseum Blvd., Alexandria, LA 71303-3513

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason   Name and Address**
tr                                      DIP

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2026                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

**Name                              Email Address**

Albert J. Derbes, IV
                                on behalf of Creditor The Continental Insurance Company ajdiv@derbeslaw.com Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J. Derbes, IV
                                on behalf of Creditor Continental Casualty Company ajdiv@derbeslaw.com Derbes..AlbertJ.B150683@notify.bestcase.com

Antony Constantini
                                on behalf of U.S. Trustee Office of U. S. Trustee antony.constantini@usdoj.gov

Ashley Storey
                                on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. astorey@skarzynski.com

Ashley Storey

| | |
|---|---|
| | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) astorey@skarzynski.com |
| Ashley Storey | |
| | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 astorey@skarzynski.com |
| Ashley Storey | |
| | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) astorey@skarzynski.com |
| Bradley L. Drell | |
| | on behalf of Debtor Diocese of Alexandria bdrell@goldweems.com gfarmer@goldweems.com;GoldWeemsBruserSuesRundellAPLC@jubileebk.net;khess@goldweems.com |
| Bruce G. Arnold | |
| | on behalf of Debtor Diocese of Alexandria bruce.arnold@huschblackwell.com |
| Catalina Sugayan | |
| | on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn catalina.sugayan@clydeco.us |
| Cherie D. Nobles | |
| | on behalf of Creditor Interstate Fire & Casualty Company cnobles@fishmanhaygood.com kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com |
| Chris LeBlanc | |
| | on behalf of Interested Party BITCO National Insurance Corporation cleblanc@wbwplaw.com |
| Francis H. LoCoco | |
| | on behalf of Debtor Diocese of Alexandria frank.lococo@huschblackwell.com  francis-lococo-1187@ecf.pacerpro.com |
| Harris Winsberg | |
| | on behalf of Creditor Interstate Fire & Casualty Company hwinsberg@phrd.com |
| Heather M. Mathews | |
| | on behalf of Debtor Diocese of Alexandria hmathews@goldweems.com gfarmer@goldweems.com;GoldWeemsBruserSuesRundellAPLC@jubileebk.net;jpippen@goldweems.com |
| James Moffitt | |
| | on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn james.moffitt@clydeco.us |
| Jeff Kahane | |
| | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) jkahane@skarzynski.com |
| John Bucheit | |
| | on behalf of Creditor Interstate Fire & Casualty Company jbucheit@phrd.com |
| Lindsey M. Greenawald | |
| | on behalf of Debtor Diocese of Alexandria lindsey.greenawald@huschblackwell.com lindsey-greenawald-5638@ecf.pacerpro.com |
| Matthew Roberts | |
| | on behalf of Creditor Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Michael Weiss | |
| | on behalf of Creditor Interstate Fire & Casualty Company mweiss@phrd.com  elyttle@phrd.com |
| Miranda Turner | |
| | on behalf of Creditor Continental Casualty Company mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Creditor The Continental Insurance Company mturner@plevinturner.com |
| Nathan W. Reinhardt | |
| | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. nreinhardt@skarzynski.com |
| Nathan W. Reinhardt | |
| | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) nreinhardt@skarzynski.com |

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 nreinhardt@skarzynski.com

Nathan W. Reinhardt
    on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) nreinhardt@skarzynski.com

Office of U. S. Trustee
    USTPRegion05.SH.ECF@usdoj.gov

Patrick L. McCune
    on behalf of Creditor Committee Unsecured Creditors' Committee pmccune@wwmlaw.com  rbrown@wwmlaw.com

Patrick S. Garrity
    on behalf of Creditor Continental Casualty Company pgarrity@derbeslaw.com  Garrity.PatrickR72443@notify.bestcase.com

Patrick S. Garrity
    on behalf of Creditor The Continental Insurance Company pgarrity@derbeslaw.com  Garrity.PatrickR72443@notify.bestcase.com

Richard A. Rozanski
    on behalf of Creditor City of Alexandria Louisiana richard@rarlaw.net

Richard A. Rozanski
    on behalf of Creditor Southern Heritage Bank richard@rarlaw.net

Richard A. Rozanski
    on behalf of Creditor Cleco Power LLC richard@rarlaw.net

Russell Webb Roten
    on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) rroten@skarzynski.com

Russell Webb Roten
    on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) rroten@skarzynski.com

Russell Webb Roten
    on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 rroten@skarzynski.com

Russell Webb Roten
    on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. rroten@skarzynski.com

Ryan Christine Evans
    on behalf of Creditor The Continental Insurance Company revans@plevinturner.com

Ryan Christine Evans
    on behalf of Creditor Continental Casualty Company revans@plevinturner.com

Sheryl Betance
    pacerpleadings@stretto.com

Soren E. Gisleson
    on behalf of Creditor Certain Abuse Survivors soren@hkgclaw.com

Thomas J. Madigan, II
    on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) tmadigan@shergarner.com  rbailey@shergarner.com

Thomas J. Madigan, II
    on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. tmadigan@shergarner.com  rbailey@shergarner.com

Thomas J. Madigan, II
    on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn tmadigan@shergarner.com  rbailey@shergarner.com

Thomas J. Madigan, II
    on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 tmadigan@shergarner.com, rbailey@shergarner.com

Thomas J. Madigan, II
    on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) tmadigan@shergarner.com  rbailey@shergarner.com

Todd C. Jacobs
    on behalf of Creditor Interstate Fire & Casualty Company tjacobs@phrd.com

Tristan E. Manthey
    on behalf of Creditor Interstate Fire & Casualty Company tmanthey@fishmanhaygood.com kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Yongli Yang
    on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn yongli.yang@clydeco.us nancy.lima@clydeco.us

TOTAL: 53