# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−3 | User: admin | Date Created: 1/26/2026 |
| Case: 25−31257 | Form ID: pdf4 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

                                                                                                             TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Antony Constantini | antony.constantini@usdoj.gov |
| aty | Bradley L. Drell | bdrell@goldweems.com |
| aty | Bruce G. Arnold | bruce.arnold@huschblackwell.com |
| aty | Francis H. LoCoco | frank.lococo@huschblackwell.com |
| aty | Heather M. Mathews | hmathews@goldweems.com |
| aty | Lindsey M. Greenawald | lindsey.greenawald@huschblackwell.com |

                                                                            TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Diocese of Alexandria      4400 Coliseum Blvd.      Alexandria, LA 71303

                                                                            TOTAL: 1