UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                                                 CASE NO. 25-31257

DIOCESE OF ALEXANDRIA

DEBTOR[1]                                                          CHAPTER 11

## DECLARATION OF JOHN W. PERRY, JR.

I, John W. Perry, Jr., hereby declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of Louisiana. My current practice principally focuses on mediation of complex civil and commercial matters. I submit this declaration in support of the *Motion to Appoint John W. Perry, Jr. as Mediator* (the "Motion"). Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion.

2. I have been selected by the Debtor to be engaged as a mediator in the above-captioned Chapter 11 Case.

3. I previously served as mediator for the Debtor and known legal counsel of potential claimants (the "Ad Hoc Group") prior to the Petition Date. I am the mediator referenced in the *Declaration of Deacon Richard Mitchell Regarding the Debtor's History, Charitable Mission, and Purpose in Seeking Chapter 11 Relief* [Dkt. No. 18].

4. I have extensive experience in conducting mediations in a variety of civil and commercial matters throughout the United States.

5. I was appointed as a mediator by the United States Bankruptcy Court for the Eastern District of Louisiana in *In re: The Roman Catholic Church of the Archdiocese of New Orleans*,

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

HB: 4926-2913-2940.2

25-31257 - #255-2  File 02/03/26  Enter 02/03/26 17:43:41  Exhibit Perry Declaration in Support of Motion to Appoint Mediator Pg 1 of 3

Case No.: 20-10846. Based on the foregoing experiences, it is my belief that I am qualified to serve as a mediator in this Chapter 11 Case.

6. I have made an investigation of disinterestedness and connections prior to submitting this Declaration. To the best of my knowledge, I do not represent any interest adverse to the Debtor or any party in interest for the matters upon which I am to be engaged.

7. I am not a creditor or insider of the Debtor.

8. I am not affiliated and do not have any connection with the Office of the United States Trustee or any of its employees.

9. I have not received any transfer, assignment, or pledge of property of the Debtor's bankruptcy estate or any holders of abuse claims as of the date of this Declaration.

10. I do not have any interest materially adverse to the interest of the Debtor, the Debtor's estate, or any class of creditors.

11. I have not shared or agreed to share with any other person any compensation to be paid with respect to this Chapter 11 Case other than with the professionals of the firm Perry, Balhoff, Mengis and Burns.

12. Prior to the Petition Date, Perry, Balhoff, Mengis and Burns received from the Debtor a retainer in the amount of $25,000.00. My firm was compensated from such retainer in the amount of $3,450.00 for pre-petition mediation services rendered. The current balance of the retainer is the amount of $21,550.00 which is presently being held in the trust account of Perry, Balhoff, Mengis and Burns. Also, prior to the Petition Date, I served as a mediator for the Diocese and the Ad Hoc Group. For these services, I was compensated in the amount of $11,400.00.

13. The terms of employment agreed to with the Debtor, subject to Court approval, are as follows: (i) I have agreed to charge a rate of $750.00 per hour; and (ii) I will seek

HB: 4926-2913-2940.2

25-31257 - #255-2  File 02/03/26  Enter 02/03/26 17:43:41  Exhibit Perry Declaration in Support of Motion to Appoint Mediator Pg 2 of 3

reimbursement of expenses at cost or as otherwise allowed by the Court. I understand that all pre-confirmation hourly rates, fees, and expenses are subject to approval by the Court.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on ___Feb 3___, 2026

By: _____
John W. Perry, Jr.

HB: 4926-2913-2940.2