UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                      CASE NO. 25-31257

**DIOCESE OF ALEXANDRIA**

**DEBTOR**[1]                                               **CHAPTER 11**

## MOTION FOR EXPEDITED HEARING

The **Diocese of Alexandria** (the "Debtor" or "Diocese"), as debtor-in-possession, by and through undersigned counsel files this motion (the "Motion") pursuant to Rule 9014-1(f) of the Local Rules of Bankruptcy Procedures of the United States Bankruptcy Court for the Western District of Louisiana ("LBR"). The Debtor seeks an expedited hearing on the motions (the "Expedited Requests") that the Debtor filed in the above-captioned case seeking emergency, preliminary, and/or interim relief, and respectfully represents as follows:

1. On **October 31, 2025** (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed.

2. On November 21, 2025, the U.S. Trustee appointed a Committee.

3. The Debtor has filed the following Expedited Requests seeking emergency, preliminary, and/or interim relief after hearing:

   a. *Debtor's Expedited Motion for a Protective Order*; and

   b. *Debtor's Expedited Motion to Appoint John W. Perry, Jr. as Mediator*.

---
[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

1

4. These Expedited Requests pertain to the Debtor's need to exchange relevant documents and engage in negotiations with parties in interest through mediation in order to develop a consensual chapter 11 plan of reorganization and set forth the reasons why immediate, preliminary, and/or interim relief is required to avoid irreparable harm to the Debtor's estate for purposes of Federal Rules of Bankruptcy Procedure 4001 and 6004.

5. The Debtor therefore requests an expedited hearing on the Expedited Requests on February 17, 2026, at 10:00 a.m. prevailing Central Time, at the Tom Stagg United States Courthouse, Courtroom 4, 300 Fannin Street, Shreveport, Louisiana.

6. The Debtor will provide notice of this Motion substantially in the form attached as Exhibit A (the "Proposed Notice") to the Core Service List as defined in the Court's *Final Order Approving Debtor's Expedited Motion for an order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Dkt. No. 216]. A copy of this Motion and any orders approving it will also be made available on the Debtor's Case Information Website located at https://cases.stretto.com/dioceseofalexandria. The Debor submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE**, the Debtor prays for the Court enter an order substantially in the form of the proposed order attached hereto as Exhibit B setting an expedited hearing on **February 17, 2026, at 10:00 a.m. prevailing Central Time** at the **Tom Stagg United States Courthouse, Courtroom 4, 300 Fannin Street, Shreveport, Louisiana** to consider the Expedited Requests and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 3rd day of February, 2026.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: */s/ Bradley L. Drell*

Bradley L. Drell, Esq. (La. Bar #24387)
Heather M. Mathews, Esq. (La. Bar #29967)
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307
Telephone (318) 445-6471
Facsimile (318) 445-6476
Email: bdrell@goldweems.com
hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq. (*admitted pro hac vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
Email: mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq. (*admitted pro hac vice*)
Bruce G. Arnold, Esq. (*admitted pro hac vice*)
Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone (414) 273-2100
Facsimile (414) 223-5000
Email: frank.lococo@huschblackwell.com
bruce.arnold@huschblackwell.com
lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**