# EXHIBIT A

# PROPOSED NOTICE

1

25-31257 - #256-1  File 02/03/26  Enter 02/03/26 17:51:24  Exhibit A - Notice of
Expedited Hearing (Protective Order and Mediator) Pg 1 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                             CASE NO. 25-31257

DIOCESE OF ALEXANDRIA

DEBTOR[1]                                               CHAPTER 11

## NOTICE OF EXPEDITED HEARING

Notice is hereby given that the above-captioned debtor and debtor in possession (the "Debtor") has filed the following requests for relief (together, the "Expedited Requests"):

a. *Debtor's Expedited Motion for a Protective Order*; and

b. *Debtor's Expedited Motion to Appoint John W. Perry, Jr. as Mediator*.

> **Copies of the Expedited Requests are available at**
>
> **https://cases.stretto.com/dioceseofalexandria**

A hearing on the Expedited Requests will be held before the Honorable John Hodge, Judge, United States Bankruptcy Court, at the **Tom Stagg United States Courthouse, Courtroom 4, 300 Fannin Street, Shreveport, Louisiana, on Tuesday, February 17, 2026, at 10:00 a.m. prevailing Central Time**.

Parties are permitted to participate remotely pursuant to the Court's *Notice Regarding Remote Access to Proceedings*.

Alexandria, Louisiana, this 3rd day of February, 2026.

                                                    Respectfully submitted:

                                                    **GOLD, WEEMS, BRUSER, SUES & RUNDELL**

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

2

By: _____
    Bradley L. Drell, Esq. (La. Bar #24387)
    Heather M. Mathews, Esq. (La. Bar #29967)
    2001 MacArthur Drive
    P.O. Box 6118
    Alexandria, LA 71307
    Telephone (318) 445-6471
    Facsimile (318) 445-6476
    Email: bdrell@goldweems.com
           hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq. (*admitted pro hac vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
Email: mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq. (*admitted pro hac vice*)
Bruce G. Arnold, Esq. (*admitted pro hac vice*)
Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone (414) 273-2100
Facsimile (414) 223-5000
Email: frank.lococo@huschblackwell.com
       bruce.arnold@huschblackwell.com
       lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**

3

25-31257 - #256-1 File 02/03/26 Enter 02/03/26 17:51:24 Exhibit A - Notice of Expedited Hearing (Protective Order and Mediator) Pg 3 of 3