# EXHIBIT B

# PROPOSED ORDER

4

25-31257 - #256-2  File 02/03/26  Enter 02/03/26 17:51:24  Exhibit B - Proposed Order on Motion for Expedited Hearing (Protective Order and Pg 1 of 3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

IN RE:                                                            CASE NO. 25-31257

**DIOCESE OF ALEXANDRIA**

      **DEBTOR**[1]                                                    **CHAPTER 11**

## ORDER ON MOTION FOR EXPEDITED HEARING

Considering the *Motion for Expedited Hearing* (the "Motion") filed by the Debtor in the above captioned case, and finding good cause therefor,

**IT IS ORDERED** that the Motion is granted; and

**IT IS ORDERED** that expedited hearings be set for **February 17, 2026, at 10:00 a.m. prevailing Central Time**, at the **Tom Stagg United States Courthouse, Courtroom 4, 300 Fannin Street, Shreveport, Louisiana**, on the following motions seeking emergency, preliminary, and/or interim relief (collectively the "Expedited Requests"):

    a. *Debtor's Expedited Motion for a Protective Order*; and

    b. *Debtor's Expedited Motion to Appoint John W. Perry, Jr. as Mediator*.

**IT IS ORDERED** that the Proposed Notice submitted as <u>Exhibit A</u> to the Motion is deemed sufficient notice of the hearings on the Expedited Requests; and

**IT IS ORDERED** that counsel to the Debtor is directed to serve this Order and the Proposed Notice on the Core Service List as defined in the Court's *Final Order Approving Debtor's Expedited Motion for an order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Dkt. No. 216].

# # #

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: _____
Bradley L. Drell, Esq. (La. Bar #24387)
Heather M. Mathews, Esq. (La. Bar #29967)
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307
Telephone  (318) 445-6471
Facsimile  (318) 445-6476
Email:  bdrell@goldweems.com
         hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq. (*admitted pro hac vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone  (816) 983-8000
Facsimile  (816) 983-8080
Email:  mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq. (*admitted pro hac vice*)
Bruce G. Arnold, Esq. (*admitted pro hac vice*)
Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone  (414) 273-2100
Facsimile  (414) 223-5000
Email:  frank.lococo@huschblackwell.com
         bruce.arnold@huschblackwell.com
         lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**