UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                          CASE NO. 25-31257

    DIOCESE OF ALEXANDRIA

        DEBTOR                                      CHAPTER 11

RESPONSE TO THE U.S. TRUSTEE'S POST-TRIAL BRIEF

# EXHIBIT 2
# Emails from Antony Constantini dated January 28, 2026, at 1:46 p.m., and January 27, 2026, at 10:15 pm (the "Final Constantini Emails")

**From:** Constantini, Antony (USTP) <Antony.Constantini@usdoj.gov>
**Sent:** Wednesday, January 28, 2026 1:46 PM
**To:** Chip Naus <rjnaus@wwmlaw.com>; Patrick McCune <PMcCune@wwmlaw.com>
**Cc:** Brad Drell <bdrell@goldweems.com>; Drew, Richard H. (USTP) <Richard.H.Drew@usdoj.gov>; Haugen, Anna (USTP) <Anna.Haugen@usdoj.gov>
**Subject:** RE: Diocese -- UST brief on Motors case law

Dear Chip,
In the light of day, I want to reiterate my apology from last night and make it clear that my entire email from 18:20 yesterday was not acceptable and should never have been sent. You did nothing to deserve vitriol of that kind, and I have the utmost respect for your character and professionalism. It was wrong of me to call them into question. I hope we can eventually work together on good terms again.
-Tony

> **From:** Constantini, Antony (USTP)
> **Sent:** Tuesday, January 27, 2026 22:15
> **To:** 'RJNAUS@WWMLAW.COM' <rjnaus@wwmlaw.com>; 'PMcCune@wwmlaw.com' <pmccune@wwmlaw.com>
> **Cc:** 'Brad Drell' <bdrell@goldweems.com>; Drew, Richard H. (USTP) <Richard.H.Drew@usdoj.gov>; Haugen, Anna (USTP) <Anna.Haugen@usdoj.gov>
> **Subject:** RE: Diocese -- UST brief on Motors case law
>
> Chip,
>
> Your argument is not rubbish. I misspoke and I apologize. At the time I sent the email, I did not feel particularly emotional. However, I am now of the understanding that I let my emotions get the better of me without realizing it. If we can, maybe let's talk about the conflict issue that you mentioned to me, if you have free time, because I would like to make sure I am correctly understanding your own concerns that you raised with me. I feel like this is definitely something I need to understand. Thanks.
>
> -Tony

>> **From:** Constantini, Antony (USTP)
>> **Sent:** Tuesday, January 27, 2026 18:20
>> **To:** RJNAUS@WWMLAW.COM; PMcCune@wwmlaw.com
>> **Cc:** Brad Drell <bdrell@goldweems.com>; Haugen, Anna (USTP) <Anna.Haugen@usdoj.gov>
>> **Subject:** Diocese -- UST brief on Motors case law

Chip,

Your reliance on Motors is rubbish.  But the fact you didn't give me a heads up before the hearing shows what type of attorney you are.

There is a bigger problem, however.  As your partner tried to get you to stop saying to me afterward, you said you raised this argument because you were afraid of someone raising conflict and disqualification in response to a § 503(b) application.  Well…now…that we've dug deeper into your relationship with the Unofficial Ad Hoc Committee, questions as to you and your firm's qualifications to represent the Official Committee exist.  I'm working with the assumption that you don't fail the "adverse interest" test.  Yet, representing a group of personal injury attorneys, who definitely hold interests adverse to some members of the class represented by the Official Committee, in order to pre-negotiate with the Debtor while being paid by the Debtor and being initially approached by the Debtor?  Ummmm, I understand you having concerns about that.  But what I don't understand is why you would ever try to deal with it in this manner.

My suggestion is, think things through before you act, next time.  And stop wasting time / money.

-Tony


**Antony D. Constantini**
Trial Attorney, United States Trustee Program
Department of Justice
300 Fannin Street, Suite 3196, Shreveport, LA 71101
202-567-1128 (work cell)
antony.constantini@usdoj.gov

Confidentiality Notice: The information and attachments contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. § 2510, et seq., and may be protected by attorney-client and/or attorney work-product privileges.  It may contain "Limited Official Use" (LOU) material and is intended only for the use of the recipient named above and no privileges are waived by virtue of this having been sent by email.  If the person actually receiving this email, or any other reader of the email, is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited.  If you have received this communication in error, please immediately notify me and return the original message to me at antony.constantini@usdoj.gov.  Thank you.