# Notice Recipients

District/Off: 0536−3     User: admin     Date Created: 2/6/2026
Case: 25−31257     Form ID: pdf8     Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Antony Constantini | antony.constantini@usdoj.gov |
| aty | Bradley L. Drell | bdrell@goldweems.com |
| aty | Bruce G. Arnold | bruce.arnold@huschblackwell.com |
| aty | Francis H. LoCoco | frank.lococo@huschblackwell.com |
| aty | Heather M. Mathews | hmathews@goldweems.com |
| aty | Lindsey M. Greenawald | lindsey.greenawald@huschblackwell.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Diocese of Alexandria     4400 Coliseum Blvd.     Alexandria, LA 71303

TOTAL: 1