As this hearing has been expedited, and in the interest of fairness to all non-moving parties, the normal procedure of the objection deadline being 7 days prior to the hearing date will be shortened in this matter. Objections may be filed up to the date and time set for the hearing.

**SO ORDERED.**
**DONE and SIGNED February 4, 2026.**

_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 25-31257** |
| **DIOCESE OF ALEXANDRIA** | |
| **DEBTOR**[1] | **CHAPTER 11** |

**ORDER ON MOTION FOR EXPEDITED HEARING**

Considering the *Motion for Expedited Hearing* (the "Motion") filed by the Debtor in the above captioned case, and finding good cause therefor,

**IT IS ORDERED** that the Motion is granted; and

**IT IS ORDERED** that expedited hearings be set for **February 17, 2026, at 10:00 a.m. prevailing Central Time**, at the **Tom Stagg United States Courthouse, Courtroom 4, 300 Fannin Street, Shreveport, Louisiana**, on the following motions seeking emergency, preliminary, and/or interim relief (collectively the "Expedited Requests"):

    a. *Debtor's Expedited Motion for a Protective Order*; and

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

b. *Debtor's Expedited Motion to Appoint John W. Perry, Jr. as Mediator*.

**IT IS ORDERED** that the Proposed Notice submitted as <u>Exhibit A</u> to the Motion is deemed sufficient notice of the hearings on the Expedited Requests; and

**IT IS ORDERED** that counsel to the Debtor is directed to serve this Order and the Proposed Notice on the Core Service List as defined in the Court's *Final Order Approving Debtor's Expedited Motion for an order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Dkt. No. 216].

# # #

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: */s/ Bradley L. Drell*
    Bradley L. Drell, Esq. (La. Bar #24387)
    Heather M. Mathews, Esq. (La. Bar #29967)
    2001 MacArthur Drive
    P.O. Box 6118
    Alexandria, LA 71307
    Telephone   (318) 445-6471
    Facsimile    (318) 445-6476
    Email:       bdrell@goldweems.com
                  hmathews@goldweems.com

    **HUSCH BLACKWELL LLP**
    Mark T. Benedict, Esq. (*admitted pro hac vice*)
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Telephone   (816) 983-8000
    Facsimile    (816) 983-8080
    Email:       mark.benedict@huschblackwell.com

    AND

    Francis H. LoCoco, Esq. (*admitted pro hac vice*)
    Bruce G. Arnold, Esq. (*admitted pro hac vice*)
    Lindsey M. Greenawald, Esq. (*admitted pro hac vice*)
    511 North Broadway, Suite 1100
    Milwaukee, WI 53202

| | |
|---|---|
| Telephone | (414) 273-2100 |
| Facsimile | (414) 223-5000 |
| Email: | frank.lococo@huschblackwell.com |
| | bruce.arnold@huschblackwell.com |
| | lindsey.greenawald@huschblackwell.com |

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**

United States Bankruptcy Court

Western District of Louisiana

In re:                                                                              Case No. 25-31257-JSH

Diocese of Alexandria                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0536-3                                     User: admin                                        Page 1 of 4
Date Rcvd: Feb 04, 2026                           Form ID: pdf8                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

**Recip ID**              **Recipient Name and Address**
db                  + Diocese of Alexandria, 4400 Coliseum Blvd., Alexandria, LA 71303-3513

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**     **Bypass Reason**   **Name and Address**
tr                                           DIP

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert J. Derbes, IV | on behalf of Creditor The Continental Insurance Company ajdiv@derbeslaw.com Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J. Derbes, IV | on behalf of Creditor Continental Casualty Company ajdiv@derbeslaw.com Derbes..AlbertJ.B150683@notify.bestcase.com |
| Antony Constantini | on behalf of U.S. Trustee Office of U. S. Trustee antony.constantini@usdoj.gov |
| Ashley Storey | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. astorey@skarzynski.com |
| Ashley Storey | |

| | |
|---|---|
| | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) astorey@skarzynski.com |
| Ashley Storey | |
| | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 astorey@skarzynski.com |
| Ashley Storey | |
| | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) astorey@skarzynski.com |
| Bradley L. Drell | |
| | on behalf of Debtor Diocese of Alexandria bdrell@goldweems.com gfarmer@goldweems.com;GoldWeemsBruserSuesRundellAPLC@jubileebk.net;khess@goldweems.com |
| Bruce G. Arnold | |
| | on behalf of Debtor Diocese of Alexandria bruce.arnold@huschblackwell.com |
| Catalina Sugayan | |
| | on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn catalina.sugayan@clydeco.us |
| Cherie D. Nobles | |
| | on behalf of Creditor Interstate Fire & Casualty Company cnobles@fishmanhaygood.com kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com |
| Chris LeBlanc | |
| | on behalf of Interested Party BITCO National Insurance Corporation cleblanc@wbwplaw.com |
| Francis H. LoCoco | |
| | on behalf of Debtor Diocese of Alexandria frank.lococo@huschblackwell.com francis-lococo-1187@ecf.pacerpro.com |
| Harris Winsberg | |
| | on behalf of Creditor Interstate Fire & Casualty Company hwinsberg@phrd.com |
| Heather M. Mathews | |
| | on behalf of Debtor Diocese of Alexandria hmathews@goldweems.com gfarmer@goldweems.com;GoldWeemsBruserSuesRundellAPLC@jubileebk.net;jpippen@goldweems.com |
| James Moffitt | |
| | on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn james.moffitt@clydeco.us |
| Jeff Kahane | |
| | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) jkahane@skarzynski.com |
| John Bucheit | |
| | on behalf of Creditor Interstate Fire & Casualty Company jbucheit@phrd.com |
| Lindsey M. Greenawald | |
| | on behalf of Debtor Diocese of Alexandria lindsey.greenawald@huschblackwell.com lindsey-greenawald-5638@ecf.pacerpro.com |
| Matthew Roberts | |
| | on behalf of Creditor Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Michael Weiss | |
| | on behalf of Creditor Interstate Fire & Casualty Company mweiss@phrd.com elyttle@phrd.com |
| Miranda Turner | |
| | on behalf of Creditor Continental Casualty Company mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Creditor The Continental Insurance Company mturner@plevinturner.com |
| Nathan W. Reinhardt | |
| | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. nreinhardt@skarzynski.com |
| Nathan W. Reinhardt | |
| | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) nreinhardt@skarzynski.com |

| | |
|---|---|
| Nathan W. Reinhardt | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 nreinhardt@skarzynski.com |
| Nathan W. Reinhardt | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) nreinhardt@skarzynski.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Patrick L. McCune | on behalf of Creditor Committee Unsecured Creditors' Committee pmccune@wwmlaw.com rbrown@wwmlaw.com |
| Patrick S. Garrity | on behalf of Creditor Continental Casualty Company pgarrity@derbeslaw.com Garrity.PatrickR72443@notify.bestcase.com |
| Patrick S. Garrity | on behalf of Creditor The Continental Insurance Company pgarrity@derbeslaw.com Garrity.PatrickR72443@notify.bestcase.com |
| Richard A. Rozanski | on behalf of Creditor City of Alexandria Louisiana richard@rarlaw.net |
| Richard A. Rozanski | on behalf of Creditor Southern Heritage Bank richard@rarlaw.net |
| Richard A. Rozanski | on behalf of Creditor Cleco Power LLC richard@rarlaw.net |
| Russell Webb Roten | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. rroten@skarzynski.com |
| Ryan Christine Evans | on behalf of Creditor The Continental Insurance Company revans@plevinturner.com |
| Ryan Christine Evans | on behalf of Creditor Continental Casualty Company revans@plevinturner.com |
| Sheryl Betance | pacerpleadings@stretto.com |
| Soren E. Gisleson | on behalf of Creditor Certain Abuse Survivors soren@hkgclaw.com |
| Thomas J. Madigan, II | on behalf of Interested Party RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC) tmadigan@shergarner.com rbailey@shergarner.com |
| Thomas J. Madigan, II | on behalf of Interested Party Tenecom Ltd. fka Yasuda Fire & Marine Insurance Co. (UK) Ltd. tmadigan@shergarner.com rbailey@shergarner.com |
| Thomas J. Madigan, II | on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn tmadigan@shergarner.com rbailey@shergarner.com |
| Thomas J. Madigan, II | on behalf of Interested Party Certain Underwriters at Lloyds London subscribing to Policy Nos. SL 3741/SLC 5762, ISL 3132/ICO 4087, ISL 3670/ICO 5364, and ISL 3924/ICO 5559 tmadigan@shergarner.com, rbailey@shergarner.com |
| Thomas J. Madigan, II | on behalf of Interested Party Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.) tmadigan@shergarner.com rbailey@shergarner.com |
| Todd C. Jacobs | on behalf of Creditor Interstate Fire & Casualty Company tjacobs@phrd.com |
| Tristan E. Manthey | on behalf of Creditor Interstate Fire & Casualty Company tmanthey@fishmanhaygood.com kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com |

Yongli Yang      on behalf of Interested Party Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company fka Colonial Penn yongli.yang@clydeco.us nancy.lima@clydeco.us

TOTAL: 53