UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:                                                          CASE NO. 25-31257

**DIOCESE OF ALEXANDRIA**

**DEBTOR**[1]                                                   **CHAPTER 11**

## CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On February 5, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Bar Dates for Filing of General Proofs of Claim** (Substantially as Exhibit D to Docket No. 250)

- **Official Form 410 Proof of Claim Form and Instructions for Proof of Claim** (attached hereto as **Exhibit B**)

Furthermore, on February 5, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C** and on one (1) confidential party not included herein:

- **Notice of Deadline for Filing Claims Relating to or Arising from Abuse** (Substantially as Exhibit C to Docket No. 250)

- **Plain Language Notice** (Substantially as Exhibit E to Docket No. 250)

- **Putative Abuse Survivor Proof of Claim Form** (Substantially as Exhibit B to Docket No. 250)

- **Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof** (Docket No. 250, Pages 1-9)

---

[1] The Debtor's address is 4400 Coliseum Blvd, Alexandria, LA 71303. The last four digits of the Debtor's taxpayer identification number are 1102.

Furthermore, on February 5, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Request from the Diocese of Alexandria to Louisiana Public Offices and Entities** (attached hereto as **Exhibit E**)

- **Notice of Deadline for Filing Claims Relating to or Arising from Abuse** (Substantially as Exhibit C to Docket No. 250)

- **Plain Language Notice** (Substantially as Exhibit E to Docket No. 250)

- **Putative Abuse Survivor Proof of Claim Form** (Substantially as Exhibit B to Docket No. 250)

- **Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof** (Docket No. 250, Pages 1-9)

Dated: February 9, 2026

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 655-5795

# Exhibit A



| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AIG | Attn: Keith Taylor | 28 Liberty St | | New York | NY | 10005 | |
| AIG Property Casualty, Inc. | Attn: Mary G. McCarthy and Kevin J. Larner | 28 Liberty Street, Floor 22 | | New York | NY | 10005-1523 | |
| Allianz SE/Resolution Mngmnt | Attn: Amanda Webber | 1465 North McDowell Blvd | Suite 100 | Petaluma | CA | 95954 | |
| Ameriprise Financial | Attn: Michael Upton, Martha Bankston | 207 Ansley Blvd, Suite A | | Alexandria | LA | 71303-3962 | |
| AT&T | | 6503 Coliseum Blvd. | Suite B | Alexandria | LA | 71303 | |
| At-Bay Insurance Services, LLC | | 1 Post Street, 14th Floor | | San Francisco | CA | 94104 | |
| Atmos Energy | | 4323 Hwy. 28 East | | Pineville | LA | 71360 | |
| Atmos Energy Corporation | c/o Bnkrpt Group | Attn: Gregory Wofford | PO Box 650205 | Dallas | TX | 75265-0205 | |
| BITCO Insurance | Attn: Steve Maginas | 3700 Market Square | | Davenport | IA | 52807-2309 | |
| BITCO Insurance Company | c/o Watson, Blanche, Wilson & Posner LLP | Attn: Chris J. LeBlanc | 505 North Boulevard | Baton Rouge | LA | 70802 | |
| BITCO National Insurance Corporation, formerly known as Bituminous Fire and Marine Insurance Company | c/o Watson, Blanche, Wilson & Posner | Attn: Chris J. LeBlanc | 505 North Boulevard | Baton Rouge | LA | 70802 | |
| BMS Group Limited | | One America Square | | London | | EC3N 2LS | United Kingdom |
| Cadence Bank | Attn: Eugene Scriber, Tracy Alletag, Scott Newcomer, Corey Lair, Janine Ferguson | 4600 Jackson Street | | Alexandria | LA | 71303 | |
| Catholic Charities of Central LA | | PO Box 7417 | | Alexandria | LA | 71306 | |
| Catholic Mutual Group | Attn: Meghan Merrell | 10843 Old Mill Rd | | Omaha | NE | 68154 | |
| Certain Underwriters at Lloyd's, London | c/o Clyde & Co US LLP | Attn: Catalina J. Sugayan, James J. Moffitt, Yongli Yang | 30 S. Wacker Dr., Suite 2600 | Chicago | IL | 60607 | |
| Certain Underwriters at Lloyd's, London | c/o Shar Garner Cahill Richter Klein & Hilbert, LLC | Attn: Thomas J. Madigan, II | 909 Poydras Street, 28th Floor | New Orleans | LA | 70112 | |
| Certain Underwriters at Lloyd's, London | c/o Skarzynski Marick & Black LLP | Attn: Ashley I. Storey | One Batter Park Plaza, 32nd Floor | New York | NY | 10004 | |
| Certain Underwriters at Lloyd's, London | c/o Skarzynski Marick & Black LLP | Attn: Nathan W. Reinhardt, Jeff D. Kahane, Russell W. Roten | 333 S. Grand Ave., Suite 3550 | Los Angeles | CA | 90071 | |
| Certain Underwriters Lloyds | Attn: Catalina Sugayan | 30 South Wacker Dr | Ste. 2600 | Chicago | IL | 60606 | |
| Chubb | Attn: Jeremy Burton | 10 Exchange Place | | Jersey City | NJ | 07302 | |
| Chubb Group of Insurance Co.'s | c/o Brandywine Group | 510 Walnut St., WB 1 IE | | Philadelphia | PA | 19106 | |
| Chubb Limited | c/o Chubb North America Claims | PO Box 5122 | | Scranton | PA | 18505-0554 | |
| Church Mutual Insurance Company, S.I. | | 3000 Schuster Lane | | Merrill | WI | 54452 | |
| City of Alexandria | | 625 Murray St. | | Alexandria | LA | 71301 | |
| City of Alexandria, Louisiana | c/o Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | PO Box 13199 | Alexandria | LA | 71315-3199 | |
| City of Pineville | | 405 Sanders St. | POB 3820 | Pineville | LA | 71361 | |
| City of Pineville | Attn: Troy Burns | 910 Main St | | Pineville | LA | 71360 | |
| CLECO | | 2030 Donahue Ferry Road | POB 5000 | Pineville | LA | 71361 | |
| Cleco Power LLC | c/o Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | PO Box 13199 | Alexandria | LA | 71315-3199 | |
| CNA | Attn: Jillian A. Mikrut | 151 N. Franklin 15SE | | Chicago | IL | 60606 | |
| Congregation of Holy Cross Roman Catholic Church | | 129 2nd Street | | Natchitoches | LA | 71457 | |
| Congregation of Holy Cross Roman Catholic Church of the Parish of Avoyelles | | 121 S. Preston Street | | Marksville | LA | 71351 | |
| Congregation of Holy Ghost Roman Catholic Church of the Parish of Avoyelles | | 121 S. Preston Street | | Marksville | LA | 71351 | |
| Congregation of Our Lady of Prompt Succor Roman Catholic Chuch of the Parish of Rapides | | 401 21st St. | | Alexandria | LA | 71301 | |
| Congregation of Our Lady of Sorrows | | PO Box 247 | | Moreauville | LA | 71355 | |
| Congregation of Sacred Heart Roman Catholic Church of the Parish of Avoyelles | | 9986 Bayou des Glaises Street | | Moreauville | LA | 71355 | |
| Congregation of Sacred Heart Roman Catholic Church of the Parish of Rapides | | 600 Lakeview Street | | Pineville | LA | 71360 | |
| Congregation of St. Ann's Roman Catholic Church of Ebarb, Louisiana | | Hwy 482 | | Noble | LA | 71462 | |
| Congregation of St. Joseph Roman Catholic Church of Shreveport, Louisiana | | 204 Patton Avenue | | Shreveport | LA | 71105 | |
| Congregation of St. Joseph's Roman Catholic Church of the Parish of DeSoto | | PO Box 760 | | Mansfield | LA | 71052 | |
| Congregation of St. Paul Roman Catholic Church of Webster | | 410 Fincher Road | | Minden | LA | 71055 | |
| Congregation of St. Pius X Roman Catholic Church of the Parish of Caddo | | 4300 N. Market Street | | Shreveport | LA | 71107 | |
| Congregation of the Holy Spirit Province of the United States | | 6230 Brush Run Road | | Bethel Park | PA | 15102 | |
| Congregaton of Little Flower of Jesus Roman Catholic Church | | 600 South 16th Street | | Monroe | LA | 71201 | |
| Diocese of Alexandria Priest Ret | | 4400 Coliseum Blvd | | Alexandria | LA | 71301 | |
| Diocese of Shreveport | | 3500 Fairfield Ave | | Shreveport | LA | 71104 | |
| Endurance American Specialty Insurance Company | | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Franciscan U of Steubenville | c/o Dawn de Fallo | 114 Brady Circle East | | Steubenville | OH | 43952 | |
| Gallagher Re | Attn: Stewart Johnson | 12750 Merit Dr. | Ste 100 | Dallas | TX | 75251 | |
| Great American Insurance Company | Attn: Paula Unrau, Nathan Wilkins | 301 E. Fourth St. | | Cincinnati | OH | 45202 | |
| Holy Savior Menard School | | 4603 Coliseum Blvd #3518 | | Alexandria | LA | 71303 | |
| HSB (Hartford Steam Boiler) | | 1 State Street | | Hartford | CT | 06102 | |
| Interstate Fire & Casualty Company | c/o Fishman Haygood, L.L.P. | Attn: Tristan Manthey & Cherie Dessauer Nobles | 201 St. Charles Ave., 46th Floor | New Orleans | LA | 70170 | |
| Interstate Fire & Casualty Company | c/o Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts | 303 Peachtree Street, NE, Suite 3600 | Atlanta | GA | 30308 | |
| Interstate Fire & Casualty Company | c/o Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C. Jacobs, John E. Bucheit | Two N. Riverside Plaza, Suite 1850 | Chicago | IL | 60606 | |
| Jesuit High School, Shreveport Loyola Educational Corp. | | 921 Jordan Street | | Shreveport | LA | 71101 | |
| Kinetix | | 400 Murray Street | | Alexandria | LA | 71301 | |
| Kinsale Insurance Company | | 2025 Staples Mill Rd | | Richmond | VA | 23230-3108 | |
| Kinsale Insurance Company | | PO Box 17008 | | Richmond | VA | 23226 | |



| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| LCWCP | | POB 7417 | | Alexandria | LA | 71306 | |
| LCWCP (Louisiana Workers' Compensation Corporation) | | 2237 South Acadian Thruway | | Baton Rouge | LA | 70808 | |
| Lexington Insurance Company (AIG) | | 99 High Street, Floor 25 | | Boston | MA | 02110-2378 | |
| Lloyd's of London | | 280 Park Avenue, East Tower, 25th Floor | | New York | NY | 10017 | |
| Louisiana Catholic Workers' Compensation Pool | | 4400 Coliseum Blvd | | Alexandria | LA | 71303 | |
| Louisiana Department of Education | | 1201 North Third St. | | Baton Rouge | LA | 70802-5243 | |
| Loyola University | | 6363 St. Charles Avenue | | New Orleans | LA | 70118 | |
| Munich Reinsurance | Attn: Gregory Caruso | 555 College Road, East | PO Box 5241 | Princeton | NJ | 08543 | |
| Nativity of the Blessed Virgin Mary Church | | 119 Tally Street | | Campti | LA | 71411 | |
| New York Liquidation Bureau | Attn: Adrienne A. Harris | 180 Maiden Lane | | New York | NY | 10038-3889 | |
| Office of U. S. Trustee, Region 5 | c/o David W. Asbach | Attn: Antony D. Constantini | 300 Fannin Street, Suite 3196 | Shreveport | LA | 71101 | |
| Official Committee of Unsecured Creditors | c/o Wiener, Weiss & Madison, APC | Attn: Patrick L. McCune | 445 Louisiana Avenue | Baton Rouge | LA | 70802 | |
| Official Committee of Unsecured Creditors | c/o Wiener, Weiss & Madison, APC | Attn: R. Joseph (Chip) Naus | 330 Marshall Street, Suite 1000 | Shreveport | LA | 71101 | |
| Official Committee of Unsecured Creditors | c/o Wiener, Weiss & Madison, APC | Attn: R. Joseph Naus | PO Box 21990 | Shreveport | LA | 71120-1990 | |
| Optimum | | 1418 MacArthur Dr. | | Alexandria | LA | 71301 | |
| Province of Our Lady of Guadalupe, Inc | | 770 S. Central Ave | | Atlanta | GA | 30354 | |
| Quadient Leasing | c/o Cunningham Business Systems | 120 Windermere Blvd | | Alexandria | LA | 71303 | |
| Red River Bank | | 1412 Centre Ct. #101 | | Alexandria | LA | 71301 | |
| Regions Bank | c/o Centre Alexandria Branch | 1439 Centre Branch | | Alexandria | LA | 71301 | |
| Regions Bank | c/o Westgate Alexandria Branch | 333 MacArthur Drive | | Alexandria | LA | 71303 | |
| Robinson Law Offices | Attn: Craig Robinson | 700 Camp Street | | New Orleans | LA | 70130 | |
| Sabine State Bank | | 297 Elizabeth St. | | Many | LA | 71449 | |
| Safety National Insurance | | 1832 Schuetz Road | | St. Louis | MO | 63146 | |
| Society of St. Teresa of Jeses | | 18080 St Joseph Way | | Covington | LA | 70433 | |
| Sompo International | | 1221 Avenue of the Americas, Floor 18 | | New York | NY | 10020 | |
| Southern Heritage Bank | | 5211 Jackson St. Ext. | | Alexandria | LA | 71303 | |
| Southern Heritage Bank | c/o Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | PO Box 13199 | Alexandria | LA | 71315-3199 | |
| St. Catherine of Siena Roman Catholic Church | | 7109 Henderson St. | | Shreveport | LA | 71106 | |
| St. Mary Catholic Church Jena, Louisiana | | 1571 N. 2nd Street | | Jena | LA | 71342 | |
| StarStone/CORE Specialty Insurance | | 201 East Fifth Street, Suite 1200 | | Cincinnati | OH | 45202 | |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | Baton Rouge | LA | 70802 | |
| Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company, formerly known as Colonial Penn | c/o Clyde & Co. US LLP | Attn: Catalina J. Sugayan, James J. Moffitt, Yongli Yang | 30 S. Wacker Dr., Suite 2600 | Chicago | IL | 60607 | |
| Swiss Re America Corporation as Administrator for 21st Century Premier Insurance Company, formerly known as Colonial Penn | c/o Shar Garner Cahill Richter Klein & Hilbert, LLC | Attn: Thomas J. Madigan, II | 909 Poydras Street, 28th Floor | New Orleans | LA | 70112 | |
| Swiss Reinsurance Co. Ltd. | c/o Clyde & Co | Attn: Catalina Sugayan | 30 South Wacker Dr., Ste. 2600 | Chicago | IL | 60606 | |
| The Congregation of Sacred Heart Roman Catholic Church of the Parish of Richland, LA | | 716 Francis Street | | Rayville | LA | 71269 | |
| The Congregation of St. John's Roman Catholic Church of the Parish of Caddo | | 939 Jordan Street | | Shreveport | LA | 71101 | |
| The Continental Insurance Company and Continental Casualty Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | 580 California Street, Suite 1200 | San Francisco | CA | 94104 | |
| The Continental Insurance Company and Continental Casualty Company | c/o Plevin & Turner LLP | Attn: Miranda H. Turner, Ryan C. Evans | 1701 Pennsylvania Avenue, NW, Suite 200 | Washington | DC | 20006 | |
| The Continental Insurance Company and Continental Casualty Company | c/o The Derbes Law Firm, LLC | Attn: Albert J. Derbes, IV, Patrick S. Garrity, McKenna D. Dorais | 3027 Ridgelake Drive | Metairie | LA | 70002 | |
| The Hartford Steam Boiler Inspection and Insurance Company | | PO Box 61509 | | King of Prussia | PA | 19406-0909 | |
| The Louisiana Catholic Workers' Compensation Pool (LCWCP) | | PO Box 7417 | | Alexandria | LA | 71306 | |
| Travelers | Attn: Dee K. Anderson | PO Box 2902 | | Hartford | CT | 06104-2902 | |
| U.S. Trustee Program Region 5 | Attn: David W. Asbach, Antony Constantini | c/o Office of the U.S. Trustee | 600 S. Maestri Place Suite 840-T | New Orleans | LA | 70130 | |
| US Central & Southern Province Society of Jesus | | 4511 W. Pine Blvd. | | Saint Louis | MO | 63108-2191 | |
| Waldorf Risk Solutions | Attn: Stephen Scontras | PO Box 590 | | Huntington | NY | 11743 | |
| Waste Connections Alexandria | | 1515 England Drive | | Alexandria | LA | 71303-4109 | |
| Waterworks District No. 3 | | 1306 3rd Street | POB 580 | Tioga | LA | 71477-0580 | |
| WC of Louisiana | | 1515 England Dr. | | Alexandria | LA | 71301 | |
| Westchester Insurance Company (Chubb) | | 11575 Great Oaks Way, Suite 200 | | Alpharetta | GA | 30022 | |
| Westchester Surplus Lines Insurance Company | | Royal Centre Two | 11575 Great Oaks Way, Suite 200 | Alpharetta | GA | 30022 | |
| Xerox Financial Services | | 201 Merritt 7 | | Norwalk | CT | 06581 | |

# Exhibit B

| Fill in this information to identify the case: | |
|---|---|
| Debtor: Diocese of Alexandria | Case Number: 25-31257 |
| United States Bankruptcy Court for the Western District of Louisiana | |

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   _____
   Name

   _____
   Number     Street

   _____
   City              State          ZIP Code

   Contact phone _____

   Contact email _____

   **Where should payments to the creditor be sent?** (if different)

   _____
   Name

   _____
   Number     Street

   _____
   City              State          ZIP Code

   Contact phone _____

   Contact email _____

   Uniform claim identifier (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                          MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

# Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $_____. **Does this amount include interest or other charges?**
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**
☐ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☐ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**
☐ No
☐ Yes. Identify the property: _____

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |

- ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____

- ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____

- ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____

- ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____

- ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____

- ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.     $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                      MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
           First name          Middle name          Last name

Title     _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _____
           Number       Street

               _____
           City                                  State     ZIP Code

Contact phone _____      Email _____

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                     12/24

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

---

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/dioceseofalexandria

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# Exhibit C



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AWKO Law | | 17 E. Main St. #200 | | Birmingham | AL | 35202 |
| Aylstock, Witkin, Kreis & Overholtz | Attn: Reagan Charleston Thomas | 17 E. Main St., Suite 200 | | Pensacola | FL | 32502 |
| Clint Allen - Unsecured Creditors' Committee | c/o Horowitz Law | Attn: Adam Horowitz, Jessica D. Arbour | 110 E. Broward Blvd., Suite 1530 | Ft. Lauderdale | FL | 33301 |
| Constant Legal Group | Attn: Ed Kelley | 737 Bolivar Road, Suite 440 | | Cleveland | OH | 44115 |
| Daniel Mejias, Rachael Moreno - Unsecured Creditors' Committee | c/o Slater Slater Schulman, LLP | 6023 Magazine Street | | New Orleans | LA | 70118 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | Attn: Elise Benezech, Brittany Wolf-Freedman, Gerald E. Meunier | 601 Poydras St. | | New Orleans | LA | 70130 |
| Gainsburgh, Benjamin, et al | | 601 Poydras St | Ste 2355 | New Orleans | LA | 70130-6008 |
| Hart McLaughlin & Eldridge | Attn: Jay Kasperbauer, Jasmine Hanley and Claudia Vickrey | One South Dearborn, Suite 1400 | | Chicago | IL | 60603 |
| Herman, Herman & Katz, L.L.C. | Attn: Soren E. Gisleson & Joseph E. "Jed" Cain | 820 O'Keefe Avenue | | New Orleans | LA | 70113 |
| Horowitz Law | Attn: Adam Horowitz, Jessica D. Arbour | 110 East Broward Blvd. Ste. 1850 | | Fort Lauderdale | FL | 33301 |
| Jeff Anderson & Associates | Attn: Jeff Anderson & Molly Burke | 366 Jackson St. | | St. Paul | MN | 55101 |
| Laborde Earles Law Firm | Attn: Nicholas Rockforte | 1901 Kaliste Saloom Rd. | | Lafayette | LA | 70508 |
| Lamothe Law Firm, LLC | Attn: Julien G. Lamothe, Kristi S. Schubert, Frank E. Lamothe | 400 Poydras St., Suite 1760 | | New Orleans | LA | 70130 |
| Law Offices of Kenneth W. DeJean | Attn: Natalie M. DeJean, Adam R. Credeur, & Kenneth DeJean | 417 W. University Avenue | | Lafayette | LA | 70506 |
| Law Offices-Richard C. Trahant | Attn: Richard Trahant | 2908 Hessmer Avenue | | Metairie | LA | 70002 |
| Lou Doe, Steve Doe, Neo Doe, Gus Doe, Paul Doe v. Diocese of Alexandria | c/o Herman, Katz, Gisleson & Cain, LLP | Attn: Soren E. Gisleson | 909 Poydras Street, Suite 1860 | New Orleans | LA | 70113 |
| Mansfield Melancon Cranmer et al | Attn: Collin Melancon | 404 Europe Street | | Baton Rouge | LA | 70802 |
| Micheal Williams, Thomas Defatta - Unsecured Creditors' Committee | c/o N. Frank Elliott, III, LLC | Attn: N. Frank Elliott | PO Box 3065 | Lake Charles | LA | 70601 |
| N. Frank Elliott, III, LLC | Attn: Norval Frank Elliot, III | PO Box 3065 | | Lake Charles | LA | 70601 |
| Nicholas Rockforte | Attn: Laborde Earles | 1901 Kaliste Saloom Rd | | Lafayette | LA | 70508 |
| Peiffer Wolf Carr Kane Conway & Wise | Attn: Elicia Ford, Corinne Geekie | 935 Gravier St., Suite 1600 | | New Orleans | LA | 70112 |
| Pieffer Wolf et al | | 935 Gravier St. #1600 | | New Orleans | LA | 70112 |
| Romanucci & Blandin | Attn: Martin Gould, Daisy Ayllon | 321 North Clark St., Ste. 900 | | Chicago | IL | 60654 |
| Salim-Beasley, LLC | Attn: Robert L. Salim | 1901 Texas Street | | Natchitoches | LA | 71457 |
| Schlesinger Law | Attn: Scott P. Schlesinger, Jonathan R. Gdanski, Jeffrey L. Haberman, Sarah J. Foster | 1212 Southeast Third Avenue | | Fort Lauderdale | FL | 3316 |
| Shearman-Denenea, LLC | Attn: John H. Denenea, Jr. | 4240 Canal Street, 2nd Floor | | New Orleans | LA | 70119 |
| Slater Slater Schulman, LLP | Attn: Daniel Meyer | 825 Baronne Street | | New Orleans | LA | 70113 |
| T. Taylor Townsend, LLC | Attn: T. Taylor Townsend | 725 Third Street | | Natchitoches | LA | 71457 |
| The Bezou Law Firm | Attn: Jacques F. Bezou, Payton S. Iachney | 534 East Boston St. | | Covington | LA | 70433 |
| Whaley Law Firm | Attn: John Randall Whaley | 6700 Jefferson Highway | Building 12, Suite A | Baton Rouge | LA | 70806 |

# **<u>Exhibit D</u>**



| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Avoyelles Addictive Disorders Clinic | | 114 North Main Street | Marksville | LA | 71351 |
| Avoyelles District Attorney | Attn: Charles A. Riddle, III | PO Box 1200 | Marksville | LA | 71351-1200 |
| Avoyelles Parish Police Jury | | 312 N. Main Street, Courthouse Building | Marksville | LA | 71351 |
| Avoyelles Sheriff | Attn: David Dauzat | 675 Government Street | Marksville | LA | 71351 |
| Caldwell District Attorney | Attn: Brian Frazier | PO Box 839 | Columbia | LA | 71418-0839 |
| Caldwell Parish Police Jury | | PO Box 1737 | Columbia | LA | 71418 |
| Caldwell Sheriff | Attn: Clay Bennett | PO Box 60 | Columbia | LA | 71418 |
| Catahoula District Attorney | Attn: Bradley R. Burget | 4001 Carter Street, Room 9 | Vidalia | LA | 71373-3021 |
| Catahoula Parish Police Jury | | PO Box 258 | Harrisonburg | LA | 71340 |
| Catahoula Sheriff | Attn: Toney Edwards | PO Box 655 | Harrisonburg | LA | 71340 |
| Central Louisiana Human Services District (CLHSD) | | 5411 Coliseum Boulevard | Alexandria | LA | 71303 |
| Concordia District Attorney | Attn: Bradley R. Burget | 4001 Carter Street, Room 9 | Vidalia | LA | 71373-3021 |
| Concordia Parish Police Jury | | 4001 Carter Street, Room 1 | Vidalia | LA | 71373 |
| Concordia Sheriff | Attn: David Hedrick | 4001 Carter Street, Room 7 | Vidalia | LA | 71373 |
| Franklin District Attorney | Attn: Penny Douciere | PO Box 1209 | Winnsboro | LA | 71295 |
| Franklin Parish Police Jury | | 6558 Main Street | Winnsboro | LA | 71295 |
| Franklin Sheriff | Attn: Bryan Linder | 6556 Main Street | Winnsboro | LA | 71295 |
| Grant District Attorney | Attn: James "Jay" P. Lemoine | PO Box 309 | Colfax | LA | 71417-0309 |
| Grant Parish Police Jury | | 200 Main Street | Colfax | LA | 71417 |
| Grant Sheriff | Attn: Steven McCain | PO Box 187 | Colfax | LA | 71417 |
| LaSalle District Attorney | Attn: J. Reed Walters | PO Box 1940 | Jena | LA | 71342-1940 |
| LaSalle General Hospital Behavioral Health Unit | | 187 Ninth Street | Jena | LA | 71342 |
| LaSalle Parish Police Jury | | PO Box 1288 | Jena | LA | 71342 |
| LaSalle Sheriff | Attn: Lane Windham | PO Box 70 | Jena | LA | 71342 |
| Longleaf Hospital (Inpatient and comprehensive addiction treatment) | | 44 Versailles Boulevard | Alexandria | LA | 71303 |
| Louisiana Attorney General | Attn: Liz Murrill | 1885 N 3rd Street | Baton Rouge | LA | 70802 |
| Louisiana Department of Health | c/o Avoyelles Parish Health Unit | 406 Walnut Street | Bunkie | LA | 71322 |
| Louisiana Department of Health | c/o Caldwell Parish Health Unit | 501 Collins Road | Columbia | LA | 71418 |
| Louisiana Department of Health | c/o Catahoula Parish Health Unit | 200 Third Street | Jonesville | LA | 71343 |
| Louisiana Department of Health | c/o Concordia Parish Health Unit | 905 Mickey Gilley Avenue | Ferriday | LA | 71343 |
| Louisiana Department of Health | c/o Franklin Parish Health Unit | 6614 West Main Street | Winnsboro | LA | 71295 |
| Louisiana Department of Health | c/o Grant Parish Health Unit | 340-A Webb Smith Drive | Colfax | LA | 71417 |
| Louisiana Department of Health | c/o LaSalle Parish Health Unit | 1673 North 2nd Street | Jena | LA | 71342 |
| Louisiana Department of Health | c/o Madison Parish Health Unit | 123 Bailey Street | Tallulah | LA | 71282 |
| Louisiana Department of Health | c/o Natchitoches Parish Health Unit | 625 Bienville Extension | Natchitoches | LA | 71457 |
| Louisiana Department of Health | c/o Rapides Parish Health Unit | 5604-A Coliseum Boulevard | Alexandria | LA | 71303 |
| Louisiana Department of Health | c/o Tensas Parish Health Unit | 133 Plank Road St. | Joseph | LA | 71366 |

In re: Diocese of Alexandria
Case No. 25-31257 (JSH)



# Exhibit D
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Louisiana Department of Health | c/o Vernon Parish Health Unit | 406 W. Fertitta Boulevard | Leesville | LA | 71446 |
| Louisiana Department of Health | c/o Winn Parish Health Unit | 301 W. Main Street, Room 101 | Winnfield | LA | 71483 |
| Madison District Attorney | Attn: James E. Paxton | PO Box 1389 | Tallulah | LA | 71282 |
| Madison Parish Police Jury | | 100 North Cedar Street | Tallulah | LA | 71282 |
| Madison Sheriff | Attn: Chad Ezell | 100 North Cedar Street | Tallulah | LA | 71282 |
| Nachitoches Parish Council | | PO Box 799 | Natchitoches | LA | 71458 |
| Natchitoches District Attorney | Attn: Billy Joe Harrington | PO Box 838 | Natchitoches | LA | 71458-0838 |
| Natchitoches Sheriff | Attn: Stuart Wright, Jr. | PO Box 266 | Natchitoches | LA | 71458 |
| Northeast Delta Human Services Authority (NEDHSA) | | 2513 Ferrand Street | Monroe | LA | 71201 |
| Northwest Louisiana Human Services District (NLHSD) | | 1310 North Hearne Avenue | Shreveport | LA | 71107 |
| Rapides District Attorney | Attn: Phillip Terrell, Jr. | PO Drawer 1472 | Alexandria | LA | 71309-1472 |
| Rapides Parish Police Jury | | 701 Murray Street, Suite 201 | Alexandria | LA | 71301 |
| Rapides Sheriff | Attn: Mark Wood | PO Box 1510 | Alexandria | LA | 71309 |
| Tensas Community Health Center | | 1115 Levee Street | St. Joseph | LA | 71366 |
| Tensas District Attorney | Attn: James E. Paxton | PO Box 317 | St. Joseph | LA | 71366-0317 |
| Tensas Parish Police Jury | | 212 Hancock Street | St. Joseph | LA | 71366 |
| Tensas Sheriff | Attn: Robert L. "Rob" Rushing | PO Box 138 | St. Joseph | LA | 71366 |
| Vernon District Attorney | Attn: Terry Lambright | PO Box 1188 | Leesville | LA | 71496-1188 |
| Vernon Parish Police Jury | | PO Box 1548 | Leesville | LA | 71496 |
| Vernon Sheriff | Attn: John S. "Sam" Craft | PO Box 649 | Leesville | LA | 71496 |
| Winn Addictive Disorders Clinic | | 301 West Main Street | Winnfield | LA | 71483 |
| Winn District Attorney | Attn: Chris Nevils | PO Drawer 1374 | Winnfield | LA | 71483 |
| Winn Parish Police Jury | | PO Drawer 951 | Winnfield | LA | 71483-0951 |
| Winn Sheriff | Attn: Josh McAllister | PO Box 950 | Winnfield | LA | 71483 |

# Exhibit E

# REQUEST FROM THE DIOCESE OF ALEXANDRIA TO LOUISIANA PUBLIC OFFICES AND ENTITIES

To Whom it May Concern:

On October 31, 2025, (the "Petition Date") the Diocese of Alexandria (the "Debtor" or "Diocese") filed a voluntary bankruptcy petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Louisiana (the "Court"). The Debtor, its address, case number, proof of claim forms and other relevant information related to this Chapter 11 Case may be obtained at: https://cases.stretto.com/dioceseofalexandria.

Individuals (each an "Putative Abuse Survivor" and collectively, the "Putative Abuse Survivors") who believe that the Diocese, or persons affiliated with the Diocese, is liable for his or her injuries arising from abuse (each a "Putative Abuse Survivor Claim" and collectively, the "Putative Abuse Survivor Claims") must file a claim by **June 8, 2026** (the "Bar Date"). The Diocese is committed to ensuring that comprehensive notice of the Bar Date is provided to all potentially affected individuals. As part of this effort, we are providing Louisiana public offices and entities (see attached list) with a notice package that includes:

- A Plain Language Notice,
- A Proof of Claim form for Putative Abuse Survivors, and
- The Court Order approving these documents and the notice protocol.

**The Diocese respectfully requests that you post the enclosed Plain Language Notice in a prominent location within your office and maintain it until the Bar Date, June 8, 2026.**

Please feel free to contact us with any questions regarding this request or the enclosed materials.

Respectfully,

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
Bradley L. Drell, Esq.
Heather M. Mathews, Esq.
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
Email: bdrell@goldweems.com
hmathews@goldweems.com

**HUSCH BLACKWELL LLP**
Mark T. Benedict, Esq.
4801 Main Street, Suite 1000
Kansas City, MO 64112

1

Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Email: mark.benedict@huschblackwell.com

AND

Francis H. LoCoco, Esq.
Bruce G. Arnold, Esq.
Lindsey M. Greenawald, Esq.
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email:  frank.lococo@huschblackwell.com
	bruce.arnold@huschblackwell.com
	lindsey.greenawald@huschblackwell.com

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, DIOCESE OF ALEXANDRIA**